UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x
                                                    :

UNITED STATES OF AMERICA
                                                    :   **ORDER**

   -v-

                                                    :   S2 24 Cr. 82 (    )

KEONNE RODRIGUEZ,
WILLIAM LONERGAN HILL,                    :

                     Defendants.
- - - - - - - - - - - - - - - - - - - x

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Andrew K. Chan;

It is found that the Indictment in the above-captioned action, S2 24 Cr. 82, is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, and it is therefore

ORDERED that the Indictment, S2 24 Cr. 82, in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:    New York, New York
           April 24, 2024

                                                  _____
                                                  THE HONORABLE SARAH NETBURN  GABRIEL W GORENSTEIN
                                                  UNITED STATES MAGISTRATE JUDGE