UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| UNITES STATES OF AMERICA, | Case No. 24-cr-82 (RMB) |
| Plaintiff, | (ECF Case) |
| – against – | **NOTICE OF APPEARANCE** |
| KEONNE RODRIQUEZ and WILLIAM LONERGAN HILL, | |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that I, Nicholas R. Gersh, a member of this Court in good standing, hereby enter my appearance as counsel of record on behalf of Defendant William Lonergan Hill in the above-captioned action, and request that copies of all papers in this action be served upon me at the address set forth below.

Dated: New York, New York
       July 3, 2024

DECHERT LLP

By: _/s/ Nicholas R. Gersh_
    Nicholas R. Gersh
nicholas.gersh@dechert.com
Three Bryant Park
1095 Avenue of the Americas
New York, New York 10036-6797
Tel.: (212) 649-8755

*Attorneys for William Lonergan Hill*