# EXHIBIT B

**STEPHANE DE NAVACELLE**
AVOCAT AU BARREAU DE PARIS
MEMBER OF THE NEW YORK BAR

*ANCIEN MEMBRE DU CONSEIL DE L'ORDRE*

**The Honorable Sarah Netburn**
**United States Magistrate Judge**
**United States District Court of**
**the Southern District of New York**
**500 Pearl Street**
**New York, New York 10007**

Paris, 3 July 2024

**Re: United States v. William Lonergan Hill, 24 CR 82 (SDNY)(RMB)**

Dear Judge Netburn,

I represent Mr. William Lonergan Hill in connection with issues related to French law arising from the above-captioned matter, and have been working on this matter in conjunction with Roger A. Burlingame of Dechert LLP.

In order to provide an explanation to the U.S. District Court for the Southern District of New York (hereinafter "*the Court*") regarding Mr. Hill's proposal to give this Court interest in a property in France as part of his bail package, I hereby produce this summary note, which provides an outline of the procedures and effects of a mortgage allocation promise under French law (**1**).

In anticipation of the appearance of Mr. Hill before the Court on 9 July 2024, Mr. Renaud Filbien, Mr. Hill's brother-in-law, are prepared to offer the Court a mortgage allocation promise on his apartment located 2 allée Aimé Césaire, 94 450 Limeil-Brévannes in France (hereinafter "*the Property*"). Against this backdrop, I would therefore like to provide an explanation of the measures that have been, and will be, taken to ensure that the Court can obtain a reliable security interest over the Property as part of the proposed bond (**2 and 3**).

### 1. Explanation of a Mortgage Allocation Promise

Under French law, a mortgage allocation promise is a contract by which a debtor commits to grant a mortgage at the request of the creditor and commits not to grant a mortgage to any third party.[1] This promise is thus an interest awarded to the creditor by way of

---

[1] Note that under French law, a mortgage requires that an actual debt be at issue. Because bail is not considered a debt, a mortgage premised on a violation of Mr. Hill's bail would not be enforceable under French law. We have instead fashioned an enforceable mortgage allocation promise, the breach of which would give rise to the same penalties as a breach of a mortgage.

dispossession of the debtor. Once the mortgage allocation promise is signed, if Mr. Hill violates the conditions of his bond, Mr. Filbien will be bound to grant a mortgage to the Court. Pursuant to French law, the Court will then be enabled to seize and sell the property.

### 2. Steps Taken Thus Far to Create a Mortgage Allocation Promise

I confirm that the following steps have been taken to date to create the mortgage allocation promise:

1. A Notaire, Ms. Anaëlle Robin, C&C Notaires, 72, avenue de Wagram, Paris (75017) was engaged to advise Mr. Filbien in the drafting of the mortgage allocation promise.

2. Ms. Robin obtained an official mortgage statement of the property located at 2 allée Aimé Césaire, 94 450 Limeil-Brévannes, France from the Land Registry of Limeil-Brévannes. A copy of this document is attached hereto as Exhibit A. This document provides confirmation that title to this property is vested in Mr. Filbien. This document also confirms that the property is free of any mortgages and has no legal charges registered over it.

3. An expert witness valuation report from Efficity (a French real estate services company headquartered in Paris) was obtained, which estimates the current value of the Property as €272,700. A copy of this report is attached hereto as Exhibit B. A valuation report from Safti (a French real estate services company headquartered in Paris) estimates the current value of the Property between €262,227 to €281,797. A copy of this report is attached hereto as Exhibit C. At the approximate exchange rate applicable as of the current date (€1 = $1.08), the Property's value is therefore estimated at $294,289 according to Efficity and between $282,987 and $304,106 according to Safti.

4. Mr Filbien has been duly informed that the signature of the mortgage allocation promise for the benefit of the Court means that he will commit to mortgage his property at the request of the Court in the event that Mr. Hill violates his bail conditions. A copy of this document of information signed by Mr Filbien is attached hereto as Exhibit D.

5. Upon the Court's acceptance of Mr. Hill's proposed bond, a registered copy of the draft mortgage allocation promise, signed by Mr. Filbien, will be prepared for submission to the Land Registry if you so request.

The original versions of each of these documents (including the Land registry, expert witness valuation reports, letter of information) are currently in escrow at Ms. Robin's office.

### 3. Remaining steps to finalize the mortgage allocation promise

Please accept this letter as an agreement on my part, once the Court renders its decision regarding Mr. Hill's conditions of release and recognizes the mortgage allocation promise as part of Mr. Hill's bail package, to perfect the Court's interest in the Property by assisting Mr. Filbien in signing a registered version of the mortgage allocation promise and, if you so request,

submitting this document to the Land Registry, as well as providing the Court with an original signed version. I commit to doing so within 10 days after notification to us by Dechert LLP that such decision has been rendered.

Once the mortgage allocation promise has been submitted to the Land Registry, the Court will have first priority interest in the Property, and Mr. Filbien will be prohibited from selling or otherwise mortgaging the Property for the duration of the agreement.

Best regards,

Stéphane de Navacelle

_Attachments_

- _Exhibit No. A:_ Official mortgage statement of the property located at 2 allée Aimé Césaire, 94 450 Limeil-Brévannes
- _Exhibit No. B:_ Valuation report from Efficity
- _Exhibit No. C_: Valuation report from Safti
- _Exhibit No. D_: Letter of information signed by Mr. Renaud Filbien

# EXHIBIT A



**Etat-réponse délivré automatiquement par le
service Accès des Notaires au Fichier Immobilier**

**VAL-DE-MARNE - délivré le 17 juin 2024**

**Dossier ANF n°:** ANF_2024_02575867
**Demande de renseignements n°:** 075239INOT2024000023049293H1
**Déposée le** 17/06/2024 par l'ADSN
**Réf. dossier:** AR1024743INOT000023049293 / HF AFFECTATION HYPOTHECAIRE FI
**Paiement par virement n°:** 1278322

| LE PRESENT DOCUMENT CONTIENT LES DONNEES SUIVANTES : |
|---|

| | | |
|---|---|---|
| **COPIE DE FICHES**<br>*(STOCK)* | du **01/01/1956** au **02/05/2002** | 4 face(s) de copie(s) de fiche(s) délivrée(s)<br><br>**Sous réserve de recherches complémentaires** |
| **RELEVE DES FORMALITES**<br>*(FLUX)* | du **03/05/2002** (*) au **12/05/2024** (**) | 21 formalité(s) délivrée(s) |
| **REGISTRE DES DEPOTS**<br>*(FLUX)* | du **13/05/2024** au **13/06/2024** (***) | Aucune formalité délivrée |

(*) Date d'informatisation du fichier immobilier interrogé (**) Date de mise à jour fichier  (***) Date de l'arrêté d'enregistrement prise en compte pour la délivrance de l'état réponse

<table>
<tr><td>

**Etat-réponse délivré automatiquement par le service Accès des Notaires au Fichier Immobilier**

**VAL-DE-MARNE - délivré le 17 juin 2024**

</td><td>

**Dossier ANF n°:** ANF_2024_02575867
**Demande de renseignements n°:** 075239INOT2024000023049293H1
**Déposée le** 17/06/2024 par l'ADSN
**Réf. dossier:** AR1024743INOT000023049293 / HF AFFECTATION HYPOTHECAIRE FI
**Paiement par virement n°:** 1278322

</td></tr>
</table>

| LE PRESENT DOCUMENT CONTIENT LES DONNEES SUIVANTES : |
|---|

| | | |
|---|---|---|
| **COPIE DE FICHES** *(STOCK)* | du **01/01/1956** au **02/05/2002** | 4 face(s) de copie(s) de fiche(s) délivrée(s) **Sous réserve de recherches complémentaires** |
| **RELEVE DES FORMALITES** *(FLUX)* | du **03/05/2002** (*) au **12/05/2024** (**) | 21 formalité(s) délivrée(s) |
| **REGISTRE DES DEPOTS** *(FLUX)* | du **13/05/2024** au **13/06/2024** (***) | Aucune formalité délivrée |

(*) Date d'informatisation du fichier immobilier interrogé (**) Date de mise à jour fichier  (***) Date de l'arrêté d'enregistrement prise en compte pour la délivrance de l'état réponse

9404P03 200328490000000 R

| A B C D E F G H I J K L M | A B C D E F G H I J K L M | A B C D E F G H I J K L M | A B C D E F G H I J K L M |
|---|---|---|---|
| N O P Q R S T U V W X Y Z | N O P Q R S T U V W X Y Z | N O P Q R S T U V W X Y Z | N O P Q R S T U V W X Y Z |
| 0 1 2 3 4 5 6 7 8 9 | 0 1 2 3 4 5 6 7 8 9 | 0 1 2 3 4 5 6 7 8 9 | 0 1 2 3 4 5 6 7 8 9 |

COMMUNE : **LIMEIL - BREVANNES**   SECTION : AC   N° du PLAN : 1   RUE : Les sables de Brevannes   N°

## I. — DÉSIGNATION DE L'IMMEUBLE

Terrain                    2308 L²

Propriété du mural. 29.01.1996

## II. — LOTISSEMENT (Désignation des lots ou appartements)

| Numéros | Bâtiment | Escalier | Étage | Nombre de pièces principales ou nature du lot | Millièmes | Renseignements complémentaires |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| | | | | | | |

## III. — FORMALITÉS CONCERNANT L'IMMEUBLE DÉSIGNÉ CI-CONTRE (ou les lots le composant)

### A. — MUTATIONS   SERVITUDES ACTIVES

| Immeuble totalité ou lots | Dates, numéros et nature des formalités | Observations |
|---|---|---|
| | 1) 20 mai 1983 Vol 3485 n°9 ATTESTATION après décès du 18 03 1970 de CHAMPEIL né le 8 01 1887 laissant son épouse BEAUDET née le 28 06 1905 donataire et légataire en toute propriété après délivrance de legs par CHAMPEIL né le 14 10 1912 agissant comme habile à se dire et porter seule héritière de CHAMPEIL ses nommé, CECCARELLI né le 31 10 1933 et CECCARELLI né le 17 06 1939 agissant en qualité de légataires de CHAMPEIL Évaluation 300 000 F | report très AAI et art 6, 9.1983. |
| au profit | 2) 29 janvier 1996 Vol 1996 P n°384 DONATION du 22 décembre 1995 Me ROBINEAUD not ass à Verrières (Vienne) par BEAUDET née le 28 06 1905 à MUNAULT né le 24 04 1959 et MUNAULT née le 27 03 1961 Attributaires Évaluation 370 674 F (ptie de) RESERVE D'USUFRUIT au profit de la donatrice. chacun pour moitié. | AAI PARTAGE |

### B. — CHARGES, PRIVILÈGES ET HYPOTHÈQUES

| Immeuble totalité ou lots | Dates, numéros et nature des formalités | Observations |
|---|---|---|
| | 2 janvier 1970. Vol 16047 n° 1 BAIL 5.06.1969 J'Domainqui lot à Paris pour une durée de 3.6 ou 9 années à compter du 1.01.1969 par CHAMPEIL né le 8.01.1887 CECCARELLI né le 8.12.1867 de Champeil née le 14 10 1912 son père en profit de La SARL Société de Sables de Brevannes (R 3595) loyer annuel 250 F | expire |
| | 8) 29 janvier 1996 Vol 1996 P n°384 ACTE du 22 12 1995 Me ROBINEAUD not ass à Verrières (Vienne) contenant notamment RESERVE DU DROIT DE RETOUR et INTERDICTION D'ALIENER OU D'HYPOTHEQUER au profit de la donatrice (voir ftés 2 cadre A) | AAI |

9404P03 200328490000000 V

| II. — LOTISSEMENT (Désignation des lots ou appartements) (suite) | | | | | | | A. — MUTATIONS   SERVITUDES ACTIVES (suite) | | | B. — CHARGES, PRIVILÈGES ET HYPOTHÈQUES (suite) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Numéro | Bâtiment | Escalier | Étage | Nombre de pièces principales ou nature du lot | Millièmes | Renseignements complémentaires | Immeuble totalité ou lots | Dates, numéros et nature des formalités | Observations | Immeuble totalité ou lots | Dates, numéros et nature des formalités | Observations |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | | | | | | |

Demande de renseignements n° 075239INOT2024000023049293H1

9404P03 200328500000000 R

| A B C D E F G H I J K L M | A B C D E F G H I J K L M | A B C D E F G H I J K L M | A B C D E F G H I J K L M |
|---|---|---|---|
| N O P Q R S T U V W X Y Z | N O P Q R S T U V W X Y Z | N O P Q R S T U V W X Y Z | N O P Q R S T U V W X Y Z |
| 0 1 2 3 4 5 6 7 8 9 | 0 1 2 3 4 5 6 7 8 9 | 0 1 2 3 4 5 6 7 8 9 | 0 1 2 3 4 5 6 7 8 9 |

COMMUNE : **LIMEIL - BREVANNES**       SECTION : AC  Nº du PLAN : 2  RUE : Lot " Les Sables de Brévannes "      Nº

### I. — DÉSIGNATION DE L'IMMEUBLE

Un terrain ....... 37 a 32 ca

Provient du rural

### II. — LOTISSEMENT (Désignation des lots ou appartements)

| Numéros 1 | Bâtiment 2 | Escalier 3 | Étage 4 | Nombre de pièces principales ou nature du lot 5 | Millième 6 | Renseignements complémentaires 7 |
|---|---|---|---|---|---|---|
| | | | | | | |

### III. — FORMALITÉS CONCERNANT L'IMMEUBLE DÉSIGNÉ CI-CONTRE (ou les lots le composant)

#### A. — MUTATIONS   SERVITUDES ACTIVES

| Immeuble totalité ou lots | Dates, numéros et nature des formalités | Observations |
|---|---|---|
| 1/2 | 1) 23 août 1982 Vol 3277 n° 5 ATTESTATION du 30 juin 1982, Me CHARDON not ass à Villeneuve St Georges après le décès survenu le 15 02 1982 de THIBAULT né le 2 10 1907 laissant son épouse VIDAL née le 30 07 1904 donataire de la totalité en usufruit et pour héritier THIBAULT né le 26 03 1935 Évaluation : 63500 F (partie) | avec AC 206 Report fait |
| 1/2 | 2) 20 octobre 1993 Vol 1993 P n° 3886 ATTESTATION du 10 septembre 1993 Me CHARDON not ass à Villeneuve St Georges après le décès survenu le 26 mars 1991 de VIDAL née le 30 07 1904 laissant pour héritier THIBAULT né le 26 03 1935 Évaluation : 223 380 F | |

#### B. — CHARGES, PRIVILÈGES ET HYPOTHÈQUES

| Immeuble totalité ou lots | Dates, numéros et nature des formalités | Observations |
|---|---|---|
| | 1) 3 septembre 1969 Vol 15895 n° 10 Me DIEULESAINT notaire à Villeneuve St Georges le 7 août 1969 : Convention de servitude de passage de canalisation au profit de la Nté LYONNAISE des EAUX et de l'ECLAIRAGE (P 397) | Report |

Modèle B

Nº 3281 – Imprimerie Nationale – 1 472884 M 32 F – Avril 1991

9404P03 200328500000000 V

| | | | | | | | A. — MUTATIONS   SERVITUDES ACTIVES *(suite)* | | | B. — CHARGES, PRIVILÈGES ET HYPOTHÈQUES *(suite)* | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| II. — **LOTISSEMENT (Désignation des lots ou appartements)**   *(suite)* | | | | | | | | | | | | | |
| Numéros | Bâtiment | Escalier | Étage | Nombre de pièces principales ou nature du lot | Millièmes | Renseignements complémentaires | Immeuble totalité ou lots | Dates, numéros et nature des formalités | Observations | Immeuble totalité ou lots | Dates, numéros et nature des formalités | Observations |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | | | | | | |

Demande de renseignements n° 075239INOT2024000023049293H1

| N° ordre : 1 | Date de dépôt : **11/10/2021** | Référence d'enliassement : **9404P02 2021V8021** | Date de l'acte : 06/10/2021 |
|---|---|---|---|
| | Nature de l'acte : **HYPOTHEQUE LEGALE DU TRESOR** | | |
| | Rédacteur : ADM PRS CRETEIL VAL DE MARNE/CRETEIL | | |
| | Domicile élu : CRETEIL | | |

## FORMALITÉ EN ATTENTE

*Il vous appartient de déposer une nouvelle demande de renseignements pour connaître le sort des formalités révélées en attente et non régularisées.*

**Cette formalité est une charge :** Oui

| N° ordre : 2 | Date de dépôt : **18/01/2022** | Référence de dépôt : **9404P02 2022D2209** | Date de l'acte : |
|---|---|---|---|
| | Nature de l'acte : **REJET DEFINITIF TOTAL de la formalité initiale du 11/10/2021 Sages : 9404P02 Vol 2021V N° 08021** | | |
| | Rédacteur :  / | | |

*Disposition n° 1 de la formalité 9404P02 2022D2209/UD1 :*

REJET DEFINITIF TOTAL DE LA FORMALITE. DECISION DU RESPONSABLE DU SERVICE DE LA PUBLICITE FONCIERE LE 24/11/2021.

**Cette formalité est une charge :** Oui

| N° ordre : 3 | Date de dépôt : **28/01/2009** | Réference d'enliassement : **9404P03 2009P362** | Date de l'acte : 01/12/2008 |
|---|---|---|---|
| | Nature de l'acte : **VENTE & DIVISION** | | |
| | Rédacteur : NOT THERET/PARIS | | |

Demande de renseignements n° 075239INOT2024000023049293H1

*Disposition n° 1 de la formalité 9404P03 2009P362/UD1 : DIVISION*

| Immeuble mère | | | | Immeuble fille | | | |
|---|---|---|---|---|---|---|---|
| Commune | Désignation cadastrale | Volume | Lot | Commune | Désignation cadastrale | Volume | Lot |
| LIMEIL-BREVANNES | AC 3 | | | LIMEIL-BREVANNES | AC 556 à 567 | | |

*Disposition n° 2 de la formalité 9404P03 2009P362/UD1 : VENTE*

| Disposant, Donateur | | |
|---|---|---|
| Numéro | Désignation des personnes | Date de naissance ou N° d'identité |
| 1 | AVENIR DE LIMEIL BREVANNES | 449 460 674 |

| Bénéficiaire, Donataire | | |
|---|---|---|
| Numéro | Désignation des personnes | Date de naissance ou N° d'identité |
| 2 | PITCH PROMOTION SA | 422 989 715 |

| Immeubles | | | | | |
|---|---|---|---|---|---|
| Bénéficiaires | Droits | Commune | Désignation cadastrale | Volume | Lot |
| 2 | TP | LIMEIL-BREVANNES | AC 558 | | |
| | | | AC 575 | | |

TP : Toute propriété

**Prix/évaluation :** 421 941,00 EUR

**Complément :**

Prix hors taxe.

Acte complémentaire du 05/12/2008 contenant constatation de la non réalisation de la condition résolutoire.

| N° ordre : 4 | Date de dépôt : **28/01/2009** | Référence d'enliassement : **9404P03 2009P372** | Date de l'acte : 03/12/2008 |
|---|---|---|---|
| | Nature de l'acte : **ETAT DESCRIPTIF DE DIVISION EN VOLUMES & DIVISIONS** | | |
| | Rédacteur : NOT THERET/PARIS | | |

*Disposition n° 1 de la formalité 9404P03 2009P372/UD1 : DIVISION*

| Immeuble mère | | | | Immeuble fille | | | |
|---|---|---|---|---|---|---|---|
| Commune | Désignation cadastrale | Volume | Lot | Commune | Désignation cadastrale | Volume | Lot |
| LIMEIL-BREVANNES | AC 2 | | | LIMEIL-BREVANNES | AC 592 à 595 | | |

*Disposition n° 2 de la formalité 9404P03 2009P372/UD1 : ETAT DESCRIPTIF DE DIVISION EN VOLUMES*

| Disposants | | |
|---|---|---|
| Numéro | Désignation des personnes | Date de naissance ou N° d'identité |
| 1 | AVENIR DE LIMEIL BREVANNES | 449 460 674 |

| Immeubles | | | |
|---|---|---|---|
| Commune | Désignation cadastrale | Volume | Lot |
| LIMEIL-BREVANNES | AC 564 à 565<br>AC 593 à 594 | | |
| | | 1 à 15 | |

**Cette formalité est une charge :** Oui

**Complément :**

a) Division de l'immeuble en 15 volumes numérotés de 1à 15.

b) Cahier des charges.

c) Statut de l'association dénommée "ASSOCIATION FONCIERE URBAINE LIBRE LIMEIL BALLASTIERE SUD ILOT 7".

d) Constitution de servitudes de passage

- Fonds dominant : Volumes 2 à 15 Fonds servant : Volume 1

*Disposition n° 2 de la formalité 9404P03 2009P372/UD1 : ETAT DESCRIPTIF DE DIVISION EN VOLUMES*

    - Fonds dominant : Volumes 13, 14, 15 Fonds servant : Volume 10

    - Fonds dominant : Volumes 2 à 8 Fonds servant : Volume 10

    - Fonds dominant : Volumes 2 à 8, 10 à 12, 14, 15 Fonds servant : Volume 13

    - Fonds dominant : Volumes 11et 12 Fonds servant : Volume 13

    e) Constitution d'une servitude d'utilisation

    - Fonds dominant : Volumes 2 à 8, 11 et 12 Fonds servant : Volume 9

| N° ordre : 5 | Date de dépôt : **28/01/2009**      Référence d'enliassement : **9404P03 2009P373** | Date de l'acte : 03/12/2008 |
|---|---|---|
| | Nature de l'acte : **ETAT DESCRIPTIF DE DIVISION EN VOLUMES & DIVISION** | |
| | Rédacteur : NOT THERET/PARIS | |

*Disposition n° 1 de la formalité 9404P03 2009P373/UD1 : DIVISION*

| Immeuble mère | | | | Immeuble fille | | | |
|---|---|---|---|---|---|---|---|
| Commune | Désignation cadastrale | Volume | Lot | Commune | Désignation cadastrale | Volume | Lot |
| LIMEIL-BREVANNES | AC 1 | | | LIMEIL-BREVANNES | AC 590 à 591 | | |

*Disposition n° 2 de la formalité 9404P03 2009P373/UD1 : ETAT DESCRIPTIF DE DIVISION EN VOLUMES*

| Disposants | | |
|---|---|---|
| Numéro | Désignation des personnes | Date de naissance ou N° d'identité |
| 1 | AVENIR DE LIMEIL BREVANNES | 449 460 674 |

| Immeubles | | | |
|---|---|---|---|
| Commune | Désignation cadastrale | Volume | Lot |
| LIMEIL-BREVANNES | AC 566 | | |
| | AC 591 | | |
| | AC 595 | | |

*Disposition n° 2 de la formalité 9404P03 2009P373/UD1 : ETAT DESCRIPTIF DE DIVISION EN VOLUMES*

| Immeubles | | | |
|---|---|---|---|
| Commune | Désignation cadastrale | Volume | Lot |
| | | 1 à 31 | |

**Cette formalité est une charge :** Oui

**Complément :**

1) Division des parcelles AC 566, 591, 595 en 31 volumes numérotés de 1 à 31

2) Cahier des charges

3) Statuts de l'association dénommée "ASSOCIATION FONCIERE URBAINE LIBRE LIMEIL BALLASTIERE SUD ILOT 8".


*Disposition n° 3 de la formalité 9404P03 2009P373/UD1 : SERVITUDES PARTICULIERES*

Constitution de servitudes :

1) De passage véhicules

- Fonds dominant : Volumes 2, 3, 20 Fonds servant : Volume 1

2) De passage piétons

- Fonds dominant : Volumes 2, 3, 11, 12, 14, 28, 29 Fonds servant : Volume 13

- Fonds dominant : Volume 4 Fonds servant : Volume 2

- Fonds dominant : Volumes 5, 6 Fonds servant : Volume 3

- Fonds dominant : Volume 3 Fonds servant : Volume 2

3) De passage VMC

- Fonds dominant : Volume 2 Fonds servant : Volumes 1, 17 à 20, 22,à 31

- Fonds dominant : Volume 3 Fonds servant : Volumes 7 à 12, 14 à 16

4) De passage de réseaux d'eaux pluviales et VMC

- Fonds dominant : Volume 2 Fonds servant : Volumes 1, 20

5) De passage de réseaux d'eau et électricité

- Fonds dominant : Volumes 4, 18 à 28 Fonds servant : Volume 2

*Disposition n° 3 de la formalité 9404P03 2009P373/UD1 : SERVITUDES PARTICULIERES*

    - Fonds dominant : Volumes 4 à 12, 14 à 17, 29 à 31 Fonds servant : Volume 3

    6) De passage de colonne sèche

    - Fonds dominant : Volume 2 Fonds servant : Volume 31

    7) De passage de conduit de fumée

    - Fonds dominant : Volumes 18, 24, 27, 31 Fonds servant : Volume 2

    - Fonds dominant : Volumes 7, 11,15, 16 Fonds servant : Volume 3

    8) De passage de ventilation basse

    - Fonds dominant : Volume 20 Fonds servant : Volume 21

    9) D'implantation de gaine de ventilation

    - Fonds dominant : Volume 2 Fonds servant : Volume 24

    - Fonds dominant : Volume 2 Fonds servant : Volume 22

    - Fonds dominant : Volume 4 Fonds servant : Volume 2

    - Fonds dominant : Volume 3 Fonds servant : Volumes 2, 8, 14, 16, 29

    10) De vues

    - Fonds dominant : Volumes 2, 3, 11, 12, 14, 28, 29 Fonds servant : volume 13

    - Fonds dominant : Volume 7 Fonds servant : Volume 3

    11) De ventilation et de puits de lumière

    - Fonds dominant : Volume 20 Fonds servant : Volume 2

    12) D'implantation de boîtes aux lettres

    - Fonds dominant : Volumes 8 à 12, 14 à 19, 22 à 31 Fonds servant : Volume 2

**Cette formalité est une charge :** Oui

| N° ordre : 6 | Date de dépôt : **27/09/2010** | Référence d'enliassement : **9404P03 2010P4689** | | Date de l'acte : 03/09/2010 |
| --- | --- | --- | --- | --- |
| | Nature de l'acte : **MODIFICATION D'ETAT DESCRIPTIF DE DIVISION EN VOLUMES** | | | |
| | Rédacteur : NOT THERET/PARIS | | | |

*Disposition n° 1 de la formalité 9404P03 2010P4689/UD1 : DIVISION DU LOT DE VOLUME 3 EN VOL 32 A 36*

| Immeuble mère | | | | Immeuble fille | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Commune | Désignation cadastrale | Volume | Lot | Commune | Désignation cadastrale | Volume | Lot |
| LIMEIL-BREVANNES | AC 566 AC 591 AC 595 | 3 | | LIMEIL-BREVANNES | AC 566 AC 591 AC 595 | 32 à 36 | |

*Disposition n° 2 de la formalité 9404P03 2010P4689/UD1 : SERVITUDES PARTICULIERES*

Constitution de servitudes:

VOLUME N° 32 en tant que FONDS DOMINANT:

-servitude de passage de piéton et de vue sur le VOL. 13

-servitude de passage de gaines de ventilation VMC sur les VOL. 7 à 12 et 14 à 16

-servitude de passage véhicules sur le VOL.1

-servitude d'implantation de gaine de ventilation sur les VOL. 2, 8, 14, 16 et 29

- servitude de passage piétons sur le VOL.2

en tant que FONDS SERVANT :

-servitude de passage piétons au profit des VOL. 5 et 6

-servitude de passage de réseaux au profit des VOL. 7 à 12, 14 à 17, 29 à 31 et 33 à 36 pour l'alimentation en eau et les VOL.4, 5 et 6 pour l'alimentation en éléctricité.

-servitude de passage de conduit de fumée au profit des VOL. 7, 11, 15 et 16.

-servitude de vue au profit du VOL. 7

-diverses servitudes de passage de gaines et d'implantation des terrasses

Demande de renseignements n° 075239INOT2024000023049293H1

*Disposition n° 2 de la formalité 9404P03 2010P4689/UD1 : SERVITUDES PARTICULIERES*

    VOLUME N°2 en tant que FONDS SERVANT :

    -diverses servitudes

**Cette formalité est une charge :** Oui

| N° ordre : 7 | Date de dépôt : **27/09/2010**      Référence d'enliassement : **9404P03 2010P4697**      Date de l'acte : 03/09/2010 |
|---|---|
| | Nature de l'acte : **ETAT DESCRIPTIF DE DIVISION ET REGLEMENT DE COPROPRIETE** |
| | Rédacteur : NOT THERET/PARIS |

*Disposition n° 1 de la formalité 9404P03 2010P4697/UD1 :*

**FORMALITE EN ATTENTE**

    *Il vous appartient de déposer une nouvelle demande de renseignements pour connaître le sort des formalités révélées en attente et non régularisées.*

| N° ordre : 8 | Date de dépôt : **03/12/2010**      Référence d'enliassement : **9404P03 2010P6051**      Date de l'acte : 26/11/2010 |
|---|---|
| | Nature de l'acte : **ATTESTATION RECTIFICATIVE VALANT REPRISE POUR ORDRE de la formalité initiale du 27/09/2010 Sages : 9404P03 Vol 2010P N° 04697** |
| | Rédacteur : NOT THERET/PARIS |

*Disposition n° 1 de la formalité 9404P03 2010P6051/UD1 : ETAT DESCRIPTIF DE DIVISION du 03/09/2010*

| Disposants | | |
|---|---|---|
| Numéro | Désignation des personnes | Date de naissance ou N° d'identité |
| 1 | EXPANSIEL PROMOTION | 582 056 339 |

| Immeubles | | | |
|---|---|---|---|
| Commune | Désignation cadastrale | Volume | Lot |
| LIMEIL-BREVANNES | AC 566<br>AC 591 | | |

*Disposition n° 1 de la formalité 9404P03 2010P6051/UD1 : ETAT DESCRIPTIF DE DIVISION du 03/09/2010*

| **Immeubles** | | | |
|---|---|---|---|
| Commune | Désignation cadastrale | Volume | Lot |
| | AC 595 | 32 | |
| LIMEIL-BREVANNES | AC 566<br>AC 591<br>AC 595 | 32 | 32001 à 32144 |

**Complément :**

Rectification au niveau de la désignation des lots

| N° ordre : 9 | Date de dépôt : **19/08/2011** | Réference d'enliassement : **9404P03 2011P4784** | Date de l'acte : 22/06/2011 |
|---|---|---|---|
| | Nature de l'acte : **CONVENTION** | | |
| | Rédacteur : ADM PREFECTURE/CRETEIL | | |

*Disposition n° 1 de la formalité 9404P03 2011P4784/UD1 : CONVENTION N° 2344*

**FORMALITE EN ATTENTE**

*Il vous appartient de déposer une nouvelle demande de renseignements pour connaître le sort des formalités révélées en attente et non régularisées.*

**Cette formalité est une charge :** Oui

| N° ordre : 10 | Date de dépôt : **26/10/2011** | Réference d'enliassement : **9404P03 2011P6069** | Date de l'acte : 13/10/2011 |
|---|---|---|---|
| | Nature de l'acte : **LOCATION ACCESSION** | | |
| | Rédacteur : NOT BRANDON/PARIS | | |

Demande de renseignements n° 075239INOT2024000023049293H1

*Disposition n° 1 de la formalité 9404P03 2011P6069/UD1 :*

| Disposant, Donateur | | |
|---|---|---|
| Numéro | Désignation des personnes | Date de naissance ou N° d'identité |
| 2 | EXPANSIEL PROMOTION | 582 056 339 |

| Bénéficiaire, Donataire | | |
|---|---|---|
| Numéro | Désignation des personnes | Date de naissance ou N° d'identité |
| 1 | FILBIEN | 11/10/1973 |

| Immeubles | | | | | |
|---|---|---|---|---|---|
| Bénéficiaires | Droits | Commune | Désignation cadastrale | Volume | Lot |
| 1 | TP | LIMEIL-BREVANNES | AC 566<br>AC 591<br>AC 595 | 32 | 32039<br>32084 à 32085 |

TP : Toute propriété

**Prix/évaluation :** 251 000,00 EUR

| N° ordre : 11 | Date de dépôt : **13/12/2011** | Référence de dépôt : **9404P03 2011D13196** | Date de l'acte : 22/06/2011 |
|---|---|---|---|
| | Nature de l'acte : **REPRISE POUR ORDRE de la formalité initiale du 19/08/2011 Sages : 9404P03 Vol 2011P N° 04784** | | |
| | Rédacteur : ADM DRIHL/CRETEIL | | |

*Disposition n° 1 de la formalité 9404P03 2011D13196/UD1 :*

**FORMALITE EN ATTENTE**

*Il vous appartient de déposer une nouvelle demande de renseignements pour connaître le sort des formalités révélées en attente et non régularisées.*

*Disposition n° 1 de la formalité 9404P03 2011D13196/UD1 :*

**Cette formalité est une charge :** Oui

| N° ordre : 12 | Date de dépôt : **30/04/2012** | Référence d'enliassement : **9404P03 2012P2067** | Date de l'acte : 25/04/2012 |
|---|---|---|---|
| | Nature de l'acte : **ATTESTATION RECTIFICATIVE VALANT REPRISE POUR ORDRE de la formalité initiale du 19/08/2011 Sages : 9404P03 Vol 2011P N° 04784** | | |
| | Rédacteur : ADM DIRECTION REGIONALE & INTERDEPARTEM. DE L'HEBERGEMENT & LOGT/CRETEIL | | |

*Disposition n° 1 de la formalité 9404P03 2012P2067/UD1 : CONVENTION DU 22/06/2011*

Convention entre l'ETAT et VALOPHIS HABITAT OFFICE PUBLIC DE L'HABITAT DU VAL DE MARNE sur l'immeuble à Limeil Brevannes cadastré AC 566, AC 591, AC 595 lot volume 2, ayant pour objet de fixer les droits et obligationqs des parties prévus par les articles L.351-2 (2° ou3°) du code de construction et de l'habitation, pour un programme de 64 logements. La présente convention expire le 30/06/2062.

Attestation rectificative confirmant la désignation des biens objet de la convention.

**Cette formalité est une charge :** Oui

| N° ordre : 13 | Date de dépôt : **06/12/2012** | Référence d'enliassement : **9404P03 2012P5536** | Date de l'acte : 23/11/2012 |
|---|---|---|---|
| | Nature de l'acte : **SERVITUDE** | | |
| | Rédacteur : NOT THERET/PARIS | | |

*Disposition n° 1 de la formalité 9404P03 2012P5536/UD1 :*

| Propriétaires | | |
|---|---|---|
| Numéro | Désignation des personnes | Date de naissance ou N° d'identité |
| 1 | COMMUNE DE LIMEIL BREVANNES | 219 400 447 |
| 2 | EXPANSIEL PROMOTION | 582 056 339 |
| 3 | SYNDICAT DES COPROPRIETAIRES DE LA RESIDENCE VILLA VERDE A LIMEIL BREVANNES 2 A 8 ALLEE AIME CESAIRE ET 13 PLACE LOUIS ARAGON | |
| 4 | VALOPHIS HABITAT OFFICE PUBLIC DE L'HABITAT DU VAL DE MARNE | 785 769 555 |

Demande de renseignements n° 075239INOT2024000023049293H1

*Disposition n° 1 de la formalité 9404P03 2012P5536/UD1 :*

| Immeubles | | | | | |
|-----------|------|---------|----------------------|--------|-----|
| Propriétaires | Fonds | Commune | Désignation cadastrale | Volume | Lot |
| 1 | FD | LIMEIL-BREVANNES | AB 512 AB 515 | | |
| 2et3 | FS | LIMEIL-BREVANNES | AC 566 AC 591 AC 595 | 32 | |
| 4 | FS | LIMEIL-BREVANNES | AC 566 AC 591 AC 595 | 2 | |

FD : Fonds dominant FS : Fonds servant

**Prix/évaluation :** 1 000,00 EUR

**Cette formalité est une charge :** Oui

**Complément :**

1) SERVITUDE d'implantation , de passage eT d'accès des équipements solaires thermiques

2) SERVITUDE d'implantation ,de passage et d'accès des équipements photovoltaîque en toiture.

3) SERVITUDE d'implantation ,de passage et d'accès aux canalisations du réseau primaire de chaleur en sous sol

| N° ordre : 14 | Date de dépôt : **17/07/2013**    Référence d'enliassement : **9404P03 2013P3275** | Date de l'acte : 04/07/2013 |
|---------------|------------------------------------------------------------------------------------|------------------------------|
| | Nature de l'acte : **CONTRAT DE LOCATION ACCESSION** | |
| | Rédacteur : NOT BRANDON/PARIS | |

*Disposition n° 1 de la formalité 9404P03 2013P3275/UD1 :*

| Disposant, Donateur | | |
|---|---|---|
| Numéro | Désignation des personnes | Date de naissance ou N° d'identité |
| 3 | EXPANSIEL PROMOTION | 582 056 339 |

| Bénéficiaire, Donataire | | |
|---|---|---|
| Numéro | Désignation des personnes | Date de naissance ou N° d'identité |
| 1 | CHEN | 30/10/1978 |
| 2 | WANG | 17/01/1979 |

| Immeubles | | | | | |
|---|---|---|---|---|---|
| Bénéficiaires | Droits | Commune | Désignation cadastrale | Volume | Lot |
| tous | PI | LIMEIL-BREVANNES | AC 566 AC 591 AC 595 | | |
| tous | PI | LIMEIL-BREVANNES | AC 566 AC 591 AC 595 | 32 | |
| tous | PI | LIMEIL-BREVANNES | AC 566 AC 591 AC 595 | 32 | 32004 32128 |

PI : Indivision en pleine propriété

*Disposition n° 1 de la formalité 9404P03 2013P3275/UD1 :*

**Prix/évaluation :** 247 800,00 EUR

**Cette formalité est une charge :** Oui

| N° ordre : 15 | Date de dépôt : **02/04/2014** | Référence d'enliassement : **9404P03 2014P1403** | Date de l'acte : 01/04/2014 |
|---|---|---|---|
| | Nature de l'acte : **PROCES-VERBAL DU CADASTRE N° 1898 G** | | |
| | Rédacteur : ADM CENTRE DES IMPÔTS FONCIERS DE CRETEIL/CRETEIL | | |

## FORMALITÉ EN ATTENTE

*Il vous appartient de déposer une nouvelle demande de renseignements pour connaître le sort des formalités révélées en attente et non régularisées.*

| N° ordre : 16 | Date de dépôt : **14/08/2014** | Référence de dépôt : **9404P03 2014D6849** | Date de l'acte : |
|---|---|---|---|
| | Nature de l'acte : **REJET DEFINITIF TOTAL de la formalité initiale du 02/04/2014 Sages : 9404P03 Vol 2014P N° 01403** | | |
| | Rédacteur : / | | |

*Disposition n° 1 de la formalité 9404P03 2014D6849/UD1 :*

REJET DEFINITIF PAR DECISION DU 04/08/2014

| N° ordre : 17 | Date de dépôt : **09/10/2014** | Référence d'enliassement : **9404P03 2014P4180** | Date de l'acte : 15/09/2014 |
|---|---|---|---|
| | Nature de l'acte : **VENTE SUITE A CONTRAT DE LOCATION ACCESSION** | | |
| | Rédacteur : NOT REBERAT/PARIS | | |

*Disposition n° 1 de la formalité 9404P03 2014P4180/UD1 :*

| Disposant, Donateur | | |
|---|---|---|
| Numéro | Désignation des personnes | Date de naissance ou N° d'identité |
| 2 | EXPANSIEL PROMOTION | 582 056 339 |

Demande de renseignements n° 075239INOT2024000023049293H1

*Disposition n° 1 de la formalité 9404P03 2014P4180/UD1 :*

| Bénéficiaire, Donataire | | |
|---|---|---|
| Numéro | Désignation des personnes | Date de naissance ou N° d'identité |
| 1 | FILBIEN | 11/10/1973 |

| Immeubles | | | | | |
|---|---|---|---|---|---|
| Bénéficiaires | Droits | Commune | Désignation cadastrale | Volume | Lot |
| 1 | TP | LIMEIL-BREVANNES | AC 566<br>AC 591<br>AC 595 | 32 | 32039<br>32084 à 32085 |

TP : Toute propriété

**Prix/évaluation :** 251 000,00 EUR

| N° ordre : 18 | Date de dépôt : **30/10/2019**     Référence de dépôt : **9404P03 2019D11308** | Date de l'acte : |
|---|---|---|
| | Nature de l'acte : **2013P3275 CORRECTION DE FORMALITE de la formalité initiale du 17/07/2013 Sages : 9404P03 Vol 2013P N° 03275** | |
| | Rédacteur : / | |

*Disposition n° 1 de la formalité 9404P03 2019D11308/UD1 : Contrat de location accession du 04/07/2013*

| Disposant, Donateur | | |
|---|---|---|
| Numéro | Désignation des personnes | Date de naissance ou N° d'identité |
| 3 | EXPANSIEL PROMOTION | 582 056 339 |

*Disposition n° 1 de la formalité 9404P03 2019D11308/UD1 : Contrat de location accession du 04/07/2013*

| **Bénéficiaire, Donataire** | | |
|---|---|---|
| Numéro | Désignation des personnes | Date de naissance ou N° d'identité |
| 1 | CHEN | 30/10/1978 |
| 2 | WANG | 17/01/1979 |

| **Immeubles** | | | | | |
|---|---|---|---|---|---|
| Bénéficiaires | Droits | Commune | Désignation cadastrale | Volume | Lot |
| tous | PI | LIMEIL-BREVANNES | AC 566<br>AC 591<br>AC 595 | 32 | 32004<br>32128 |

PI : Indivision en pleine propriété

**Prix/évaluation :** 0,00 EUR

**Cette formalité est une charge :** Oui

**Complément :**

CORRECTION DE FORMALITE : C'est à tort et par erreur que les parcelles d'assise ainsi que le lot volume 32 ont été indiqués comme immeubles individuels faisant partis du contrat alors que seul les lots de copropriétés font partis du contrat de location.

| N° ordre : 19 | Date de dépôt : 28/01/2009 | Référence d'enliassement : **9404P03 2009P373** | Date de l'acte : 03/12/2008 |
|---|---|---|---|
| | Nature de l'acte : **ETAT DESCRIPTIF DE DIVISION EN VOLUMES & DIVISION** | | |
| | Rédacteur : NOT THERET/PARIS | | |

*Disposition n° 1 de la formalité 9404P03 2009P373/UD1 : DIVISION*

| Immeuble mère | | | | Immeuble fille | | | |
|---|---|---|---|---|---|---|---|
| Commune | Désignation cadastrale | Volume | Lot | Commune | Désignation cadastrale | Volume | Lot |
| LIMEIL-BREVANNES | AC 1 | | | LIMEIL-BREVANNES | AC 590 à 591 | | |

*Disposition n° 2 de la formalité 9404P03 2009P373/UD1 : ETAT DESCRIPTIF DE DIVISION EN VOLUMES*

| Disposants | | |
|---|---|---|
| Numéro | Désignation des personnes | Date de naissance ou N° d'identité |
| 1 | AVENIR DE LIMEIL BREVANNES | 449 460 674 |

| Immeubles | | | |
|---|---|---|---|
| Commune | Désignation cadastrale | Volume | Lot |
| LIMEIL-BREVANNES | AC 566 | | |
| | AC 591 | | |
| | AC 595 | | |
| | | 1 à 31 | |

**Cette formalité est une charge :** Oui

**Complément :**

1) Division des parcelles AC 566, 591, 595 en 31 volumes numérotés de 1 à 31

2) Cahier des charges

3) Statuts de l'association dénommée "ASSOCIATION FONCIERE URBAINE LIBRE LIMEIL BALLASTIERE SUD ILOT 8".

*Disposition n° 3 de la formalité 9404P03 2009P373/UD1 : SERVITUDES PARTICULIERES*

Constitution de servitudes :

1) De passage véhicules

- Fonds dominant : Volumes 2, 3, 20 Fonds servant : Volume 1

2) De passage piétons

- Fonds dominant : Volumes 2, 3, 11, 12, 14, 28, 29 Fonds servant : Volume 13

- Fonds dominant : Volume 4 Fonds servant : Volume 2

- Fonds dominant : Volumes 5, 6 Fonds servant : Volume 3

- Fonds dominant : Volume 3 Fonds servant : Volume 2

3) De passage VMC

- Fonds dominant : Volume 2 Fonds servant : Volumes 1, 17 à 20, 22,à 31

- Fonds dominant : Volume 3 Fonds servant : Volumes 7 à 12, 14 à 16

4) De passage de réseaux d'eaux pluviales et VMC

- Fonds dominant : Volume 2 Fonds servant : Volumes 1, 20

5) De passage de réseaux d'eau et électricité

- Fonds dominant : Volumes 4, 18 à 28 Fonds servant : Volume 2

- Fonds dominant : Volumes 4 à 12, 14 à 17, 29 à 31 Fonds servant : Volume 3

6) De passage de colonne sèche

- Fonds dominant : Volume 2 Fonds servant : Volume 31

7) De passage de conduit de fumée

- Fonds dominant : Volumes 18, 24, 27, 31 Fonds servant : Volume 2

- Fonds dominant : Volumes 7, 11,15, 16 Fonds servant : Volume 3

8) De passage de ventilation basse

- Fonds dominant : Volume 20 Fonds servant : Volume 21

9) D'implantation de gaine de ventilation

- Fonds dominant : Volume 2 Fonds servant : Volume 24

- Fonds dominant : Volume 2 Fonds servant : Volume 22

- Fonds dominant : Volume 4 Fonds servant : Volume 2

Demande de renseignements n° 075239INOT2024000023049293H1

*Disposition n° 3 de la formalité 9404P03 2009P373/UD1 : SERVITUDES PARTICULIERES*

- Fonds dominant : Volume 3 Fonds servant : Volumes 2, 8, 14, 16, 29

10) De vues

- Fonds dominant : Volumes 2, 3, 11, 12, 14, 28, 29 Fonds servant : volume 13

- Fonds dominant : Volume 7 Fonds servant : Volume 3

11) De ventilation et de puits de lumière

- Fonds dominant : Volume 20 Fonds servant : Volume 2

12) D'implantation de boîtes aux lettres

- Fonds dominant : Volumes 8 à 12, 14 à 19, 22 à 31 Fonds servant : Volume 2

**Cette formalité est une charge :** Oui

| N° ordre : 20 | Date de dépôt : 28/01/2009 | Référence d'enliassement : **9404P03 2009P384** | Date de l'acte : 03/12/2008 |
|---|---|---|---|
| | Nature de l'acte : **VENTE & ACTE COMPLEMENTAIRE** | | |
| | Rédacteur : NOT THERET/PARIS | | |

*Disposition n° 1 de la formalité 9404P03 2009P384/UD1 :*

**FORMALITE EN ATTENTE**

*Il vous appartient de déposer une nouvelle demande de renseignements pour connaître le sort des formalités révélées en attente et non régularisées.*

**Cette formalité est une charge :** Oui

| N° ordre : 21 | Date de dépôt : 04/03/2009 | Référence d'enliassement : **9404P03 2009P890** | Date de l'acte : 20/02/2009 |
|---|---|---|---|
| | Nature de l'acte : **ATTESTATION RECTIFICATIVE VALANT REPRISE POUR ORDRE** de la formalité initiale du 28/01/2009 Sages : **9404P03 Vol 2009P N° 00384** | | |
| | Rédacteur : NOT BRANDON/PARIS | | |

*Disposition n° 1 de la formalité 9404P03 2009P890/UD1 : VENTE DU 3/12/2008*

| Disposant, Donateur | | |
|---|---|---|
| Numéro | Désignation des personnes | Date de naissance ou N° d'identité |
| 1 | AVENIR DE LIMEIL BREVANNES | 449 460 674 |

| Bénéficiaire, Donataire | | |
|---|---|---|
| Numéro | Désignation des personnes | Date de naissance ou N° d'identité |
| 2 | LA CHAUMIERE | 582 056 339 |

| Immeubles | | | | | |
|---|---|---|---|---|---|
| Bénéficiaires | Droits | Commune | Désignation cadastrale | Volume | Lot |
| 2 | TP | LIMEIL-BREVANNES | AC 566 <br> AC 591 <br> AC 595 | 1 à 3 | |

TP : Toute propriété

**Prix/évaluation :** 609 851,00 EUR

**Cette formalité est une charge :** Oui

**Complément :**

Prix hors taxe

Acte complémentaire du 05/12/2008 contenant constatation de la non réalisation de la condition résolutoire

Attestation rectificative régularisant la dénomination de la société bénéficiaire (Lire "LA CHAUMIERE" au lieu de "SOCIETE ANONYME COOPERATIVE DE PRODUCTION D'HLM LA CHAUMIERE")

Demande de renseignements n° 075239INOT2024000023049293H1



**Annexe - Etat réponse**

**Dossier ANF n° : ANF_2024_02575867**
**Demande de renseignements : 075239INOT2024000023049293H1**

Dates d'informatisation des fichiers immobiliers absorbés par **VAL-DE-MARNE** :

**CRETEIL 1** : 02/05/2002           **CRETEIL 3** : 02/10/2000          **CRETEIL 4** :  02/10/2000

Pour la lecture et l'analyse des fiches hypothécaires, voici un rappel des abréviations courantes utilisées dans les fiches personnelles de propriétaire et d'immeuble

| | | | | | |
|---|---|---|---|---|---|
| **Acc.** | Accessoires | **F.G.** | Fiche générale | **Ppal** | Principal |
| **A. Im. ou A.I.** | Affecté avec d'autres immeubles | **F.I.** | Fiche d'immeuble | **Ptie** | Partie de |
| **B.N.P.** | Banque nationale de Paris | **F.P.** | Fiche particulière de lot de copropriété | **P.P.D.** | Privilège de prêteur de deniers |
| **C.F.F.** | Crédit Foncier de France | **Fté** | Formalité | **P.V.** | Procès-verbal |
| **D.E.** | Domicile élu | **H.C.** | Hypothèque conventionnelle | **Rad.** | Radiation |
| **D.P.** | Domaine public | **Int.** | Intérêt | **R.C.P** | Règlement de copropriété |
| **E.D.D.** | Etat descriptif de division | **Not.** | Notaire | **Vol. n°** | Volume - numéro |

Pour joindre l'assistance ANF, contactez l'ADSN au **0800 306 212** (service et appel gratuits) ou connectez-vous avec votre compte ID.NOT au site **ADSN Direct** (https://adsn-direct.freshdesk.com/support/login)

### Mention informatique & Libertés

Conformément aux conditions générales d'utilisation, vos données personnelles font l'objet d'un traitement par l'ADSN (95, avenue des logissons – 13107 VENELLES) permettant les échanges entre votre étude et la DGFIP dans le cadre de la  délivrance dématérialisée de renseignements ou de copies de documents figurant au fichier immobilier de la DGFIP.

Les données vous concernant sont conservées pendant une durée de 15 ans à partir de la date de délivrance de l'état-réponse, à des fins de traitement de contentieux éventuels.

Vous pouvez accéder aux données vous concernant directement auprès du Responsable de traitement ou de son Délégué à la protection des données à l'adresse suivante : cil.groupeadsn@adnov.fr. Le cas échéant, vous pouvez également demander la rectification ou l'effacement des données vous concernant, obtenir la limitation du traitement de ces données ou vous y opposer pour motif légitime. Vous pouvez introduire une réclamation auprès de la CNIL.



**Annexe - Etat réponse**

**Dossier ANF n° : ANF_2024_02575867**
**Demande de renseignements : 075239INOT2024000023049293H1**

## IMMEUBLES PRIS EN COMPTE POUR LA RECHERCHE

| Code | Commune | Désignation cadastrale | Volume | Lot |
|------|---------|------------------------|--------|-----|
| 044 | LIMEIL-BREVANNES | AC 566<br>AC 591<br>AC 595 | 32 | 32039<br>32084 à 32085 |

# EXHIBIT B



# ici, on réussit votre étude de marché



# ÉTUDE DE MARCHÉ

---

## VOTRE APPARTEMENT

### Appartement | 4 pièces Limeil-Brévannes



**ADRESSE**
2 Allée Aimé Césaire
94450 Limeil-Brévannes



**A L'ATTENTION DE**

M. et Mme FILBIEN

Karina.filbien@forest-hill.com
06.73.53.75.70



**SUPERFICIE**
79 m2

# ÉTUDE DE MARCHE

## VOTRE INTERLOCUTEUR UNIQUE



 Siham Ben Allaoui

 +33 7 69 64 77 29

 sbenallaoui@efficity.com

 www.efficity.com/sbenallaoui

 Je suis spécialiste de la transaction immobilière dans votre ville. Mon rôle est de vous aider à vendre votre bien dans les meilleurs délais, au meilleur prix. 



 Agent noté par ses clients :

# MÉTHODES ET OUTILS D'ANALYSE

Cette étude de marché est une expertise poussée de la valeur de votre bien. Elle a pour but de vous permettre d'appréhender la valeur de votre bien d'un point de vue rationnel et objectif. Ceci grâce à la compilation de données issues du marché (biens vendus, biens à vendre, estimations réalisées par notre réseau de consultants, etc.) et des caractéristiques de votre bien. Dans cette étude de marché, nous nous sommes appuyés sur 3 méthodes d'analyse afin de vous proposer le prix qui vous permettra de vendre votre bien dans les meilleurs délais au meilleur prix.

## L'estimation en ligne

Déjà utilisé par plus de 2 000 000 d'estimateurs, l'outil d'estimation en ligne créé par efficity vous permet d'obtenir une première estimation de votre bien. Notre méthode de calcul tient compte de l'évolution du marché de l'immobilier, des spécificités de votre bien, de son environnement, de son positionnement par rapport aux autres biens en vente et de son attractivité sur notre base de 1 000 000 acquéreurs potentiels.

## L'analyse de la concurrence

Cette analyse place votre bien dans son univers concurrentiel. L'univers concurrentiel est représenté par l'ensemble des biens similaires au vôtre, actuellement en vente dans votre zone géographique. Ces données permettent de comparer votre bien en tenant compte de ses forces/faiblesses et du prix demandé par les autres propriétaires. Vous pourrez alors évaluer l'intérêt que peut susciter votre bien.

## L'analyse du marché

Cette étape vous permettra de positionner votre bien par rapport au marché de l'immobilier sur votre secteur. Pour cela, nous référençons les prix au m² actuels, leur évolution sur les 12 derniers mois et la distribution des biens par prix au m². Tous ces éléments vous apporteront des informations fiables et transparentes sur les prix actuellement pratiqués dans votre quartier.

# CARACTÉRISTIQUES DE VOTRE BIEN

## DESCRIPTIF DE VOTRE BIEN



| **79** | **4** | **3** |
|--------|-------|-------|
| Surface Habitable | Nombre de pièces | Nombre de chambres |

| | | | | | |
|---|---|---|---|---|---|
| ASCENSEUR | → | OUI | LOUÉ | → | NON |
| BESOIN DE TRAVAUX | → | NON | BALCON | → | NON |
| TERRASSE | → | OUI | JARDIN | → | NON |
| STATIONNEMENT | → | OUI | | | |

## ÉTAT DE L'IMMEUBLE

SANS TRAVAUX ET BIEN ENTRETENU

## POINTS FORTS ET POINTS FAIBLES

### Points forts

Terrasses x2, et dernier étage

### Points faibles

6

# L'ESTIMATION EN LIGNE

efficity regroupe une équipe de data analystes et informaticiens développant un algorithme d'estimation immobilière depuis plus de 10 ans. Cette dernière collabore avec les experts immobiliers sur le terrain pour ajuster au maximum la fiabilité de l'estimation. Certains facteurs peuvent accroître la précision de l'estimation qui a été faite de votre bien : absences de particularités exceptionnelles, secteur très homogène en terme d'habitations ou avec un fort volume de transactions. Notre méthode d'estimation s'appuie sur différents facteurs détaillés ci-dessous.

## Ventes actées

Nous avons accès à 100% des transactions réalisées en France (5 millions de ventes depuis 2015). Ces données sont celles qui ont le plus de poids dans notre algorithme.

## Annonces en ligne

Afin d'enrichir notre base de calcul, nous référençons également tous les biens en vente * pour ajuster le prix moyen à l'offre du marché sur votre zone.

*Source SeLoger*

## Caractéristiques de votre bien

A partir du prix moyen au m2 carré de votre secteur, nous ajoutons ou retranchons de la valeur selon les caractéristiques de votre bien (matériaux, époque de construction, état de la façade et des parties communes, etc.)

## VALEUR DE L'ESTIMATION EN LIGNE

| Prix minimum | Prix moyen | Prix maximum |
|---|---|---|
| 257350 € | 272700 € | 288050 € |

# EXHIBIT C



C801206004938924

|||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||

WILLIAM LONERGAN HILL
RUA DOM DUARTE , 2 2ESQ
LISBOA
1100-198 LISBOA

Documento emitido a: **10 de maio 2024**
Período de faturação: **5 de abril a 4 de maio 2024**



**Eletricidade**

**48,90 €**

**Gás Natural**

**Aderir**



**Serviços**

**3,98 €**



**Taxas e Impostos**

**12,91 €**



Quanto tenho
a pagar?
**65,79 €**
Débito na minha
conta a partir de:
**18 jun 2024**

### As minhas mensagens

Conheça todos os descontos, planos de energia e serviços disponíveis em edp.pt, através da linha de atendimento 213 53 53 53 (dias úteis das 9h às 20h - chamada para a rede fixa nacional), ou numa loja ou agente EDP.



**Aviso** de segurança

Proteja-se das fraudes e antes de qualquer pagamento verifique se:
· O remetente do SMS é EDPC
· O remetente do e-mail é faturaedp@edp.pt
· As entidades Multibanco associadas à sua fatura são 12223, 23013, 21196 ou 20174

### O que marca o meu contador

Vazio   1 4 6 8
Ponta   9 9 0
Cheias  2 4 8 9

Nº 28202200588391

Leitura **estimada**
a 4 de maio 2024

Dê as leituras entre 1 de junho e 3 de junho 2024 na app EDP, online em particulares.cliente.edp.pt, do WhatsApp (911 955 282) ou do 800 10 53 53 (24h- chamada gratuita)
Se enviar fora destas datas, parte do consumo será estimado.



Escolhemos liderar a transição energética.
Por isso, incorporamos nas nossas ações e na nossa nova imagem os pilares de uma transição justa e sustentável.
Somos a mesma EDP, cada vez mais virada para o futuro.

Nós escolhemos a Terra.

edp

### Os meus dados

**Nome do titular**
WILLIAM LONERGAN HILL

**Morada de fornecimento**
RUA D DUARTE , 2 2EQ  LISBOA

**NIF**
316691879

**Código de contrato**
160806004150

**IBAN**
PT500007***********644**3
**Banco** BES
**Ident. credor** PT34100781
**Mandato** 16010012608724

**CPE (Código Ponto Entrega)**
PT 0002 000 037 940 587 HC

**Potência**
6,9 kVA (simples)

### Área de clientes e contactos

**Área de cliente**
App EDP ou particulares.cliente.edp.pt
**Apoio ao cliente**
- 213 53 53 53 (dias úteis das 9h às 20h - chamada para a rede fixa nacional)
- edp.pt/particulares/apoio-cliente
**Para envio de cartas**
Apartado 12121, Loja CTT Picoas, 1061-819 Lisboa
**Leituras e dados pagamento**
- Área de cliente na App EDP ou particulares.cliente.edp.pt
- 800 10 53 53 - Atendimento automático (24h - chamada gratuita)
- 911 95 52 82 - Atendimento apenas via WhatsApp
**Avarias** Eletricidade 800 506 506
(24h - chamada gratuita)

EDPC801-20600493924
Emitido por programa certificado nº 631/AT - Conserve este documento - Válido como recibo após boa cobrança
EDP Comercial - Comercialização de Energia, S.A. Sede social Avenida 24 de Julho, nº 12 1249-300 Lisboa
Registo na CRC e NIPC 503504564 Capital social € 64 500 005

11052024

## Eletricidade - Tarifa Social

**Fatura nº FT2024 K3424/340017237748**          **De: 10 de maio 2024**          **Valor: 57,87 €**          **ATCUD:JFCV42BX-340017237748**

**4% desconto (Pack EDP Easy + débito direto + fatura eletrónica)**



| Descrição | Quantidade | x | Preço | = | Valor | Desconto | Total s/IVA | IVA |
|---|---|---|---|---|---|---|---|---|
| **Consumo real** | | | | | | | | |
| Simples | | | | | | | | |
| 5 abr a 10 abr 2024 | 20 kWh | | 0,1943 € | | 3,89 € | 4% (-0,16 €) | **3,73 €** | 6% |
| Desconto Tarifa Social | 20 kWh | | 0,0473 € | | -0,95 € | | **-0,95 €** | 6% |
| 5 abr a 10 abr 2024 | 54 kWh | | 0,1943 € | | 10,49 € | 4% (-0,42 €) | **10,07 €** | 23% |
| Desconto Tarifa Social | 54 kWh | | 0,0473 € | | -2,55 € | | **-2,55 €** | 23% |

A 10 de abril recebemos uma leitura de 1370 em vazio, 949 em ponta e 2384 em cheias. Antes desta, tínhamos uma leitura de 1349 em vazio, 933 em ponta e 2347 em cheias a 4 de abril. Assim, o seu consumo real entre estas datas foi 21 kWh (1370 - 1349) em vazio, 16 kWh (949 - 933) em ponta e 37 kWh (2384 - 2347) em cheias. Uma vez que a sua oferta pressupõe uma só leitura, o consumo medido é somado e faturado do seguinte modo: simples 74 kWh (21 + 16 + 37). O valor faturado foi dividido devido à alteração de IVA.

| Descrição | Quantidade | x | Preço | = | Valor | Desconto | Total s/IVA | IVA |
|---|---|---|---|---|---|---|---|---|
| **Consumo estimado** | | | | | | | | |
| Simples | | | | | | | | |
| 11 abr a 4 mai 2024 | 80 kWh | | 0,1943 € | | 15,54 € | 4% (-0,62 €) | **14,92 €** | 6% |
| Desconto Tarifa Social | 80 kWh | | 0,0473 € | | -3,78 € | | **-3,78 €** | 6% |
| 11 abr a 4 mai 2024 | 164 kWh | | 0,1943 € | | 31,87 € | 4% (-1,27 €) | **30,60 €** | 23% |
| Desconto Tarifa Social | 164 kWh | | 0,0473 € | | -7,76 € | | **-7,76 €** | 23% |

A 4 de maio estimamos que o seu contador marcaria 1468 em vazio, 990 em ponta e 2489 em cheias. Assim, estimamos que o seu consumo foi de 98 kWh em vazio, 41 kWh em ponta e 105 kWh em cheias. Uma vez que a sua oferta pressupõe uma só leitura, o consumo estimado é somado e faturado do seguinte modo: simples 244 kWh (98 + 41 + 105). O valor faturado foi dividido devido à alteração de IVA.

| Descrição | Quantidade | x | Preço | = | Valor | Desconto | Total s/IVA | IVA |
|---|---|---|---|---|---|---|---|---|
| **Potência** (6,9 kVA) | | | | | | | | |
| 5 abr a 10 abr 2024 | 6 dias | | 0,3544 € | | 2,13 € | 4% (-0,09 €) | **2,04 €** | 23% |
| Desconto Tarifa Social | 6 dias | | 0,1862 € | | -1,12 € | | **-1,12 €** | 23% |
| 11 abr a 4 mai 2024 | 24 dias | | 0,3544 € | | 8,51 € | 4% (-0,34 €) | **8,17 €** | 23% |
| Desconto Tarifa Social | 24 dias | | 0,1862 € | | -4,47 € | | **-4,47 €** | 23% |

O total da fatura inclui os encargos relativos ao acesso às redes no valor de -1,32 € (antes de IVA), dos quais:

Potência          2,11 € (0,0705 € x 30dias)

Energia Simples          -3,43 € (-0,0108 € x 318kWh)

CIEG [-0,56 €]

O restante valor de 50,22 € (antes de IVA) corresponde a custos com energia e estrutura comercial (valores definidos pelo comercializador).

 Total          **48,90 €**          sem IVA

Valor a transportar: 48,90 €

EDP Comercial - Comercialização de Energia, S.A. Sede social Avenida 24 de Julho, nº 12 1249-300 Lisboa
Registo na CRC e NIPC 503504564 Capital social € 64 500 005
Emitido por programa certificado nº 631/AT - Conserve este documento - Válido como recibo após boa cobrança
EDPC80L2060045388924

## Que impostos de eletricidade pago?

**A taxa de Exploração Direção Geral de Energia e Geologia (DGEG)** corresponde à taxa de utilização e exploração das instalações elétricas e é paga ao Estado. É uma taxa fixa cujo valor é determinado por Portaria.

**O Imposto Especial de Consumo de Eletricidade (IEC)** integrado na subcategoria de imposto sobre os produtos petrolíferos e energéticos (ISP) é pago ao Estado. Este imposto foi criado em 2012 e é aplicado pelos comercializadores de eletricidade aos seus clientes. Em Portugal continental a taxa está fixa em 0,001 € por kWh.

**A Contribuição para o Audiovisual (CAV)** destina-se a financiar o serviço público de radiodifusão e de televisão, sendo entregue à Autoridade Tributária e Aduaneira que posteriormente a entregará à Rádio e Televisão de Portugal, S. A. Esta contribuição tem um valor mensal de 2,85 € + IVA (6%). O valor mensal da contribuição é reduzido para 1 € + IVA (6%) para os clientes economicamente vulneráveis. Estão isentos de pagamento os clientes com consumo anual inferior a 400 kWh ou com atividades exclusivamente agrícolas.

## Eletricidade - Tarifa Social

**Fatura nº FT2024 K3424/340017237748**    De: 10 de maio 2024    Valor: 57,87 €    ATCUD:JFCV42BX-340017237748

Valor transportado: 48,90 €

### Taxas e Impostos

| Descrição | Quantidade | x | Preço | = | Valor | Abatimentos | Total s/IVA | IVA |
|---|---|---|---|---|---|---|---|---|
| **DGEG** | 1 mês | | 0,07 € | | 0,07 € | | **0,07 €** | 23 % |
| **IEC** (isento) | | | | | | | | |
| 5 abr a 4 mai 2024 | | | | | | | | |
| **IVA (13,92 €)** | 13,92 € | | 6 % | | **0,84 €** | | | |
| **IVA (34,98 € + 0,07 €)** | 35,05 € | | 23 % | | **8,06 €** | | | |

   Total   **8,97 €**

pXai - Processado por programa certificado n.º 631/AT

Zona de qualidade de serviço - A
O desconto correspondente à tarifa social incluído no Acesso às Redes é de 20,63 €.

**Diferença entre o preço do seu contrato e a tarifa regulada**
Se optasse pela tarifa regulada, pagaria pelo mesmo consumo de eletricidade desta fatura -7,90 € (não incluindo taxas e impostos).
**Oferta em condições de preço regulado**
Informamos que, de momento, a EDP Comercial não disponibiliza uma oferta comercial equiparada ao regime de tarifa regulada para o seu contrato de energia.

## Contribuição Audiovisual

**Fatura nº FT2024 K1724/170010569142**    De: 10 de maio 2024    Valor: 3,02 €    ATCUD:JFC24ZRR-170010569142



| Descrição | Quantidade | x | Preço | = | Valor | Abatimentos | Total s/IVA | IVA |
|---|---|---|---|---|---|---|---|---|
| **Contribuição Audiovisual** | 1 mês | | 2,85 € | | 2,85 € | | **2,85 €** | 6% |
| **IVA (2,85 €)** | 2,85 € | | 6 % | | **0,17 €** | | | |

   Total   **3,02 €**

LHlt - Processado por programa certificado n.º 631/AT

## Serviços - EDP Easy

**Fatura nº FT2024 K3424/340017238338**    De: 10 de maio 2024    Valor: 4,90 €    ATCUD:JFCV42BX-340017238338



| Descrição | Quantidade | x | Preço | = | Valor | Desconto | Total s/IVA | IVA |
|---|---|---|---|---|---|---|---|---|
| Mensalidade - EDP Easy | 1 | | 3,98 € | | 3,98 € | | **3,98 €** | 23 % |
| 20 abr 2024 | | | | | | | | |

Total   **3,98 €**   sem IVA

Valor a transportar: 3,98 €

EDPC8D1-206004938924
Emitido por programa certificado nº 631/AT - Conserve este documento - Válido como recibo após boa cobrança
EDP Comercial - Comercialização de Energia, S.A. Sede social Avenida 24 de Julho, n.º 12 1249-300 Lisboa
Registo na CRC e NIPC 503504564 Capital social € 64 500 005

## Serviços - EDP Easy

**Fatura nº FT2024 K3424/340017238338**          **De: 10 de maio 2024**          **Valor: 4,90 €**          **ATCUD:JFCV42BX-340017238338**

Valor transportado: 3,98 €

### Taxas e Impostos

| Descrição | Quantidade | x | Preço | = | Total | | Total s/IVA | IVA |
|---|---|---|---|---|---|---|---|---|
| IVA (3,98 €) | 3,98 € | | 23% | | 0,92 € | | | |
| | | | | | |  | Total | **0,92 €** |

G79Z - Processado por programa certificado n.º 631/AT

**Evite atrasos no pagamento das faturas.**

O incumprimento da data limite de pagamento pode dar lugar à cobrança de juros de mora, à interrupção do fornecimento e/ou à exigência de caução, nos termos do contrato, da legislação e regulamentação aplicáveis. O atraso no pagamento da fatura pode ainda dar lugar à cobrança do valor de 1,5 euros.

**Outras informações.**

Poderá esclarecer as suas dúvidas em qualquer momento na área de apoio ao cliente em edp.pt, através da área de cliente, da app EDP, da linha de atendimento 213 53 53 53 (dias úteis das 9h às 20h - chamada para a rede fixa nacional), ou das nossas lojas.

Para informações sobre resolução de litígios, consulte os procedimentos aplicáveis e a lista de entidades competentes disponível no seu contrato de energia ou em edp.pt.

Para informações sobre ofertas de energia elétrica ou de gás natural, consulte o portal Poupa Energia da ADENE - Agência para a Energia em https://poupaenergia.pt, o simulador de preços de energia da Entidade Reguladora dos Serviços Energéticos (ERSE) em https://simulador.precos.erse.pt/ e o simulador de rotulagem de energia elétrica da ERSE em https://simulador.rotulagem.erse.pt/

Poderá apresentar reclamações por escrito, através do Livro de Reclamações em formato eletrónico, disponível em edp.pt, do Livro de Reclamações em suporte de papel, disponível nas lojas EDP, ou através dos restantes meios de atendimento disponibilizados pela EDP Comercial e identificados no seu contrato de energia.

## O meu desempenho energético





EDP(SRD-20600438924
Emitido por programa certificado nº 631/AT - Conserve este documento - Válido como recibo após boa cobrança
EDP Comercial - Comercialização de Energia, S.A. Sede social Avenida 24 de Julho, n.º 12 1249-300 Lisboa
Registo na CRC e NIPC 503504564  Capital social: € 64 500 005

# EXHIBIT D

**The Honorable Sarah Netburn**
**United States Magistrate Judge**
**United States District Court of**
**the Southern District of New York**
**500 Pearl Street**
**New York, New York 10007**


Paris, 3 July 2024

**Re: United States v. William Lonergan Hill, 24 CR 82 (SDNY)(RMB)**

Dear Judge Netburn,

I am writing regarding the above-mentioned case in anticipation of the appearance of Mr. William Lonergan Hill, my brother-in-law, before the U.S. District Court for the Southern District of New York (hereinafter "*the Court*") on 9 July 2024.

As part of Mr. Hill's bail package, I am prepared to offer the Court a mortgage allocation promise on my apartment located 2 allée Aimé Césaire, 94 450 Limeil-Brévannes in France (hereinafter "*my Property*").

This mortgage allocation promise has been already drafted by a French Notaire. I have been informed and perfectly understand that:

- if the Court accepts the mortgage allocation promise as part of Mr. Hill's bail package, I will sign the mortgage allocation promise which will be submitted to the Land Registry if you so request.
- I will then be prohibited from selling or otherwise mortgaging the Property for the duration of the agreement.
- In case of Mr. Hill violates the conditions of his bond, I will be bound to grant a mortgage to the Court. Pursuant to French law, the Court will then be enabled to seize and sell my Property.

Yours sincerely,

Renaud Filbien