# EXHIBIT C





The Honorable Sarah Netburn
United States Magistrate Judge
United States District Court of the
Southern District of New York
500 Pearl Street
New York, New York 10007United
States of America

Lisbon, 03rd of July, 2024

Subject: United States v. HILL (1:24-cr-00082)

Dear Judge Netburn,

We represent Mr. William Lonergan Hill in relation to issues of Portuguese law.

At the direction of Mr. Hill and Roger Burlingame of Dechert LLP, we have created a legal structure to provide the Court with a security interest in the following property: fraction G of the urban building located at Rua Dom Duarte, nº 2, 2º Esquerdo (Esq), in the parish of Santa Maria Maior, municipality of Lisbon, described in the Land Registry Office of Lisbon, under number 42, of the parish of Santa Justa, inscribed in the urban matrix under article 580 of the parish of Santa Maria Maior (the "Property").

In anticipation of the Court issuing an order setting conditions of Mr. Hill's release (the "Order"), and of Mr. Hill and his wife, Mrs. **Sabrina Kherbiche Hill,** entering into a related bond agreement (the "Bond"), we provide below an explanation of the steps we have taken, and will take, to ensure that the Court's security interest in the Property will be properly registered and perfected under Portuguese law. We also include an explanation as to how the interest in the Property could be enforced in the event that the terms of the contemplated Order and Bond were to be breached by Mr. Hill.

We confirm that the following steps have been taken to date:

Avenida Engenheiro Marcelo Morgado, n.º 14 R/C B, 2500-919 Caldas da Rainha

Rua Luciano Cordeiro, n.º 123, 4º Esq,. 1050-139 Lisboa | Avenida da Liberdade, n.º 90, 1º andar, Escritório B, 8200-002 Albufeira

PORTUGAL

Téléphone (+351) 213507000 / (+351) 913 868 699

adv.catia.neves@gmail.com / cnt@catiantavares-avocats.com

 

1. We obtained from the Land Registry Office an official copy of the register of title which confirms that Mr. William Lonergan Hill and his wife, Mrs. Sabrina Kherbiche Hill, are the sole owners of the Property and that the Property is free of any encumbrances (see **enclosure 1** herewith).

2. We also obtained the land registry of the tax authorities, which confirms that Mr. William Lonergan Hill is the owner of the Property in the eyes of the tax authorities (see **enclosure 2** herewith).

3. We have determined the current market value of the Property by employing a real estate service company, which put the Property's valuation at €1,050,000 (see **enclosure 3** herewith).

4. We have prepared a unilateral voluntary mortgage agreement (the "Promissory Deed"), in which both William Lonergan Hill and his wife, Mrs. Sabrina Kherbiche Hill, have promised to mortgage the identified Property in favor of the Clerk of Court for the United States District Court of the Southern District of New York upon entry of the Order (see **enclosure 4, 5** and **6** herewith).

5. The Promissory Deed has been registered with the competent authorities so that the provisional registration of the mortgage is already included in the permanent land certificate, showing that the final deed of mortgage will be registered upon entry of the Order (see **enclosure 1** herewith).

6. Since the Order and Bond have not yet been issued, I am holding power of attorney permitting me to execute the final deed of mortgage on behalf of Mr. Hill and Mrs. Hill to the benefit of the Clerk of the Court for the United States District Court for the Southern District of New York (see **enclosure 7** herewith).

7. Under the terms of this mortgage, should Mr. Hill fail to fulfill his responsibilities assumed in the Order, the Court will possess an interest of US $3,000,000 in the Property – i.e., well in excess of the Property's value.

8. Once the Order and Bond have been issued, I will arrange for the necessary steps to be taken to secure the Court's interest in the property. Specifically, as soon as possible but not later than five business days after confirmation to us by Dechert LLP of the entry of the Order and Bond, I will ensure the

Avenida Engenheiro Marcelo Morgado, n.º 14 R/C B, 2500-919 Caldas da Rainha

Rua Luciano Cordeiro, n.º 123, 4.º Esq,, 1050-139 Lisboa | Avenida da Liberdade, n.º 90, 1.º andar, Escritório B, 8200-002 Albufeira

PORTUGAL

Téléphone (+351) 213507000 / (+351) 913 868 699

adv.catia.neves@gmail.com / cnt@catiantavares-avocats.com



execution of the deed of mortgage before the notary and record it in the land registry. I will also then provide the updated land registry certificate.

9. Please accept this letter as an undertaking on behalf of me and my firm to execute the above mortgage and to have it registered with the Land Registry within that time frame.

Once the final mortgage is executed and registration has been completed, the Clerk of the Court will have a first priority charge over the property securing all liabilities that Mr. Hill and Mrs. Hill may now or in the future owe under the Order and/or Bond up to US$3,000,000. They will also be precluded from disposing of, or otherwise encumbering, the property without written consent from the Court.

The mortgage is a guarantee *in rem*. It gives the creditor the right to be paid, with priority or preference over any other creditors, for the value of certain and specific assets belonging to the debtor or to a third party.

Were Mr. Hill to violate the Bond, an action could be initiated in Portugal that would result in  the judicial sale of the Property, with the proceeds provided to the Court to satisfy the mortgage.

Yours sincerely,


Cátia Neves Tavares

Advogada (Lawyer registered at the Portuguese Bar Association)



**Enclosures:**

1- Land Registry Office - official copy of the register of title.
2- Land registry of the tax authorities.
3- Valuation of the property.
4- Promissory unilateral voluntary mortgage agreement

Avenida Engenheiro Marcelo Morgado, n.° 14 R/C B, 2500-919 Caldas da Rainha

Rua Luciano Cordeiro, n.° 123, 4° Esq., 1050-139 Lisboa | Avenida da Liberdade, n.° 90, 1° andar, Escritório B, 8000-002 Albufeira

PORTUGAL

Téléphone (+351) 213507000 / (+351) 913 868 699

adv.catia.neves@gmail.com / cnt@catiantavares-avocats.com



5- Notarial deed of promissory unilateral voluntary mortgage agreement
6- Notarial deed of promissory unilateral voluntary mortgage agreement (rectification)
7- Draft notarial mortgage deed.

Avenida Engenheiro Marcelo Morgado, n.º 14 R/C B, 2500-919 Caldas da Rainha

Rua Luciano Cordeiro, n.º 123, 4º Esq,, 1050-139 Lisboa | Avenida da Liberdade, n.º 90, 1º andar, Escritório B, 8200-002 Albufeira

PORTUGAL

Téléphone (+351) 213507000 / (+351) 913 868 699

adv.catia.neves@gmail.com / cnt@catiantavares-avocats.com

# EXHIBIT 1



cátia neves tavares
— Advogada / Law Office —

### CERTIFICADO DE TRADUÇÃO

**KARINA LEANDRO,** Advogada Estagiária, portadora da cédula profissional n.º 49403LE, emitida pela Ordem dos Advogados, inscrita desde 09/10/2023, com escritório na Rua Luciano Cordeiro, 123, 4º esq, 1050-139 Lisboa, e no seu domicílio profissional em Lisboa.

### CERTIFICO:

Que, no dia três de julho de dois mil e vinte e quatro, compareceu perante mim, **Tatiana Vanessa Afonso Loureiro**, solteira, maior, natural de Campo grande, Lisboa, de nacionalidade portuguesa, portadora do Cartão de Cidadão nº 14200112 0 ZY1, emitido pela República Portuguesa e válido até 16/01/2030, com domicílio profissional na, Rua Luciano Cordeiro, 123, 4º Esq, 1050-139 Lisboa, a qual me declarou sob compromisso de honra que a tradução anexa, que por si foi feita, é a tradução correta e fiel do documento escrito em língua portuguesa, assumindo pela mesma completa responsabilidade. --------

O documento escrito em língua portuguesa, a tradução para inglês e este certificado estão devidamente assinados pela tradutora e por mim. ------------------------------------------------------

Verifiquei a identidade da outorgante por exibição do Cartão de Cidadão. ---------------------

Esta certificação é efetuada nos termos do Art. 38º do DL 76-A/2006 de 29.03 e da Portaria 675-B/2006 de 29.06, pelo que possui força probatória idêntica à que teria se o ato tivesse sido realizado com intervenção notarial. ------------------------------------------------------------------

Lisboa, 03 de julho de 2024.

**Registado na O.A. em 2024-07-03**

**Sob o nº 49403LE/57**

**Sem emolumentos**

A Tradutora,

*[assinatura]*

A Advogada Estagiária,

*[assinatura]*

Karina Leandro
Advogada Estagiária - CP 49403LE
Rua Luciano Cordeiro, 123, 4º Esq
1050-139 Lisboa

Rua Luciano Cordeiro, n.º 139, 4º Esq., 1050-139 Lisboa | Avenida da Liberdade, n.º 90, 1º andar, Escritório B, 8200-002 Albufeira
PORTUGAL
Tel: (+351) 213 530 274 / (+351) 913 868 699
geral@cntavocats.com



# Certidão Permanente

Código de acesso: PP-2955-38368-110631-000042



Karina Leandro
Advogada Estagiária - CP 49403L
Rua Luciano Cordeiro, 123, 4º Esq
1050-139 Lisboa

### DESCRIÇÃO FRACÇÃO AUTÓNOMA

COMPOSIÇÃO:
SEGUNDO ANDAR ESQUERDO - Habitação.

O(A) Conservador(a)
Aurora da Conceição Reis Magno

### INSCRIÇÕES - AVERBAMENTOS - ANOTAÇÕES

AP. 24 de 1990/06/27 - Constituição da Propriedade Horizontal

--------------------------------------------------------------------------
Conservatória do Registo Predial de Mafra.
AP. 961 de 2011/12/22  11:24:33 UTC - Alteração de Propriedade Horizontal
Registado no Sistema em: 2011/12/22 11:24:33 UTC

--------------------------------------------------------------------------
1ª Conservatória do Registo Predial de Loures.
AP. 1480 de 2014/04/16  14:40:14 UTC - Alteração de Propriedade Horizontal
Registado no Sistema em: 2014/04/16 14:40:14 UTC

--------------------------------------------------------------------------
Conservatória do Registo Civil, Predial, Comercial e Automóveis de Bombarral
AP. 3627 de 2017/03/10  17:10:29 UTC - Alteração de Propriedade Horizontal
Registado no Sistema em: 2017/03/10 17:10:29 UTC

--------------------------------------------------------------------------
2ª Conservatória do Registo Predial de Leiria
AP. 3675 de 2017/10/04  17:40:50 UTC - Aquisição
Registado no Sistema em: 2017/10/04 17:40:50 UTC

CAUSA : Compra

SUJEITO(S) ATIVO(S):

** M. PESTANA  - INVESTIMENTOS IMOBILIÁRIOS, UNIPESSOAL, LDA
NIPC 510164986
Sede: Rua Jau, nº 54, Alcântara, Lisboa

SUJEITO(S) PASSIVO(S):

** MARGARIDA JUDITE DA CUNHA BRUNO NAUGTON SIMÃO PESTANA
NIF 186001240

Conservatória do Registo Predial da ~~Case 1:24-cr-00083-RMB~~ Document 32-3 Filed 07/03/24 ~~Page 9 of 92~~ Freguesia de Santa Justa Lisboa

42/19881012 - G

INSCRIÇÕES - AVERBAMENTOS - ANOTAÇÕES

O(A) Notário(a)
Diamantino Rodrigues Matias



--------------------------------------------------------------------------------

Conservatória do Registo Predial de Seixal
AP. 5913 de 2023/03/29  17:04:36 UTC - Aquisição
Registado no Sistema em: 2023/03/29 17:04:36 UTC

CAUSA : Compra

SUJEITO(S) ATIVO(S):

**  WILLIAM LONERGAN HILL
NIF 316691879
Nacionalidade NORTEAMERICANA
Casado/a com SABRINA KHERBICHE HILL
Morada: 31 Avenue D'Italie, 75013, Paris,
Localidade: França

SUJEITO(S) PASSIVO(S):

**  M. PESTANA - INVESTIMENTOS IMOBILIÁRIOS, UNIPESSOAL, LDA
NIPC 510164986

sujeitos ativos casados no regime francês de comunhão de adquiridos


                    O(A) Conservador(a) de Registos em Substituição
                           Isabel Maria Delgado Amaro
--------------------------------------------------------------------------------
Conservatória do Registo Predial de Seixal
OFICIOSO
AVERB. - OF. de 2023/04/04  19:21:58 UTC - Rectificação
Registado no Sistema em: 2023/04/04 19:21:58 UTC
DA APRESENT. 5913 de 2023/03/29 - Aquisição

SUJEITO(S) ATIVO(S):
**  WILLIAM LONERGAN HILL
NIF 316691879
Nacionalidade NORTEAMERICANA
Casado/a com SABRINA KHERBICHE HILL
**  SABRINA KHERBICHE HILL
NIF 316690679
Nacionalidade FRANCESA
Casado/a com WILLIAM LONERGAN HILL
                    O(A) Conservador(a) de Registos em Substituição
                           Isabel Maria Delgado Amaro
--------------------------------------------------------------------------------
Conservatória do Registo Predial de Agualva-Cacém
AP. 2728 de 2024/06/24  15:21:59 UTC - Promessa de Oneração
Registado no Sistema em: 2024/06/24 15:21:59 UTC

SUJEITO(S) ATIVO(S):

**  ESCRIVÃO DO TRIBUNAL DO DISTRITO SUL DO ESTADO DE NOVA IORQUE (ESTADOS UNIDOS DA AMÉRICA)
Sede: ESTADOS UNIDOS DA AMÉRICA

Conservatória ~~do Registo Predial de~~ Case 1:24-cr-00082-RMB    Document 32-3    Filed 07/03/24    Page 10 of 92 Freguesia Santa Justa
Lisboa

42/19881012 - G

## INSCRIÇÕES - AVERBAMENTOS - ANOTAÇÕES

HIPOTECA VOLUNTÁRIA

FUNDAMENTO: Garantir o bom pagamento do montante de três milhões de dólares norte americanos
(correspondente a dois milhões setecentos e noventa e oito mil setecentos e sessenta euros),
como fiança a prestar junto do Escrivão do mencionado tribunal, para libertação de William
Lonergan Hill, no processo que corre contra este no Tribunal do Distrito Sul de Nova Iorque (
Estados Unidos da América), se assim for ordenado pelo Tribunal.


O(A) Conservador(a) de Registos em Substituição
Elisa Maria Farinha Alves
--------------------------------------------------------------------------------------------
### REGISTOS PENDENTES
Não existem registos pendentes.
--------------------------------------------------------------------------------------------
Certidão permanente disponibilizada em 19-06-2024 e válida até 19-12-2024



**Karina Leandro**
Advogada Estagiária - CP 49403L
Rua Luciano Cordeiro, 123, 4º Esq
1050-139 Lisboa

Lisbon Land Registry Office                                Parish of Santa Justa
                                                                    42/19881012 - G



Permanent Certificate
Access code: PP-2955-38368-110631-000042

## DESCRIPTION AUTONOMOUS FRICTION



**COMPOSITION:**

SECOND FLOOR LEFT - RESIDENTIAL

The Conservative

Aurora da Conceição Reis Magno

### REGISTRATION - AMENDMENTS – ANNOTATIONS

AP. 24 of 1990/06/27- Constitution of horizontal property

--------------------------------------------------------------------------------------------------------------------

Mafra Land Registry Office

AP. 961 of 2011/12/22 11:24:33 UTC - Alteration of Horizontal Property

Registered in the system at: 2011/12/22 11:24:33 UTC

1st Land Registry Office of Loures.

AP. 1480 of 2014/04/16 14:40:14 UTC - Alteration of Horizontal Property

Registered in the System on: 2014/04/16 14:40:14 UTC

Civil, Land, Commercial and Automobile Registry Office of Bombarral

AP. 3627 of 2017/03/10 17:10:29 UTC - Alteration of Horizontal Property

Registered in the System on: 2017/03/10 17:10:29 UTC

2nd Land Registry Office of Leiria

AP. 3675 of 2017/10/04 17:40:50 UTC – Acquisition

Lisbon Land Registry Office

Parish of Santa Justa
42/19881012 -



Registered in the System on: 2017/10/04 17:40:50 UTC

Karina Leandro
Advogada Estagiária EP 49403L
Rua Luciano Cordeiro, 123, 4º Esq
1050-139 Lisboa

Cause: Acquisition
Active Subject:
** M. PESTANA - INVESTIMENTOS IMOBILIÁRIOS, UNIPESSOAL, LDA
NIPC 510164986
HEAD OFFICE : Rua Jau, nº 54, Alcântara, Lisboa

Passive subject :
** MARGARIDA JUDITE DA CUNHA BRUNO NAUGTON SIMÃO PESTANA
NIF 186001240

### REGISTRATION - AMENDMENTS – ANNOTATIONS

The Notary

Diamantino Rodrigues Matias

---

Seixal Land Registry Office
AP. 5913 of 2023/03/29 17:04:36 UTC - Acquisition
Registered in the System on: 2023/03/29 17:04:36 UTC

Cause: Acquisition

ACTIVE SUBJECT(S):
** WILLIAM LONERGAN HILL
NIF 316691879
Nationality NORTH AMERICAN
Married to SABRINA KHERBICHE HILL
Address: 31 Avenue D'Italie, 75013, Paris,
Place: France

PASSIVE SUBJECT(S):
** M. PESTANA - INVESTIMENTOS IMOBILIÁRIOS, UNIPESSOAL, LDA
NIPC 510164986

active subjects married under the French community of acquisitions regime

C.R.P Lisbon                    Current information                    Page

Lisbon Land Registry Office

Parish of Santa Justa
42/19881012 - G

The Substitute Conservative of Registrations
Isabel Maria Delgado Amaro



---------------------------------------------------------------------------------------------------------------

Seixal Land Registry Office
OFFICER
AVERB. - OF. of 2023/04/04 19:21:58 UTC - Rectification
Registered in the System on: 2023/04/04 19:21:58 UTC
FROM PRESENT. 5913 of 2023/03/29 – Acquisition

**Karina Leandro**
Advogada Estagiária LEP 49403L
Rua Luciano Cordeiro, 123, 4º Esq
1050-139 Lisboa

ACTIVE SUBJECT(S):
** WILLIAM LONERGAN HILL
NIF 316691879
Nationality NORTH AMERICAN
Married to SABRINA KHERBICHE HILL

** SABRINA KHERBICHE HILL
NIF 316690679
French nationality
Married to WILLIAM LONERGAN HILL

The Substitute Conservative of Registrations

Isabel Maria Delgado Amaro

---------------------------------------------------------------------------------------------------------------

Agualva-Cacém Land Registry Office
AP. 2728 of 2024/06/24 15:21:59 UTC - Pledge
Registered in the System on: 2024/06/24 15:21:59 UTC

ACTIVE SUBJECT(S):
** CLERK OF THE COURT FOR THE SOUTHERN DISTRICT OF THE STATE OF NEW YORK
(UNITED STATES OF AMERICA)
Headquarters: UNITED STATES OF AMERICA

Lisbon Land Registry Office

Parish of Santa Justa
42/19881012 - G



## REGISTRATION - AMENDMENTS – ANNOTATIONS

VOLUNTARY MORTGAGE

BACKGROUND: To guarantee the proper payment of the sum of three million US dollars (corresponding to two million seven hundred and ninety-eight thousand seven hundred and sixty euros),as bail to be lodged with the Registrar of the aforementioned court, for the release of William Lonergan Hill, in the case pending against him in the Southern District Court of New York (United States of America), if so ordered by the Court.

The Substitute Conservative of Registrations

Elisa Maria Farinha Alves

-------------------------------------------------------------------------------------------------------------
**Pending registrations**

There are no pending registrations
-------------------------------------------------------------------------------------------------------------
Permanent certificate made available on 19-06-2024 and valid until 19-12-2024

**Karina Leandro**
Advogada Estagiária CP 49403L
Rua Luciano Cordeiro, 123, 4º Esq
1050-139 Lisboa

C.R.P Lisbon                    Current information                    Page

www.predialonline.mj.pt        2024/07/03 19:40:26 UTC        www.casapronta.mj.pt



ORDEM DOS ADVOGADOS

**REGISTO ONLINE DOS ACTOS DOS ADVOGADOS**
Artigo 38.º do Decreto-Lei n.º 76-A/2006, de 29-03

Portaria n.º657-B/2006, de 29-06

**Dr.(a) Karina Leandro**
CÉDULA PROFISSIONAL: 49403LE
IDENTIFICAÇÃO DA NATUREZA E ESPÉCIE DO ACTO
    Certificação de traduções de documentos
IDENTIFICAÇÃO DOS INTERESSADOS
    Tatiana Vanessa Afonso Loureiro
    Cartão de Cidadão nº. 142001120ZY1
EXECUTADO A: 2024-07-03 19:56
REGISTADO A: 2024-07-03 19:59
COM O Nº: 49403LE/57

Poderá consultar este registo em http://oa.pt/atos
usando o código 46722595-573157

Karina Leandro
Advogada Estagiária CP 49403L
Rua Luciano Cordeiro, 123, 4º Esq
1050-139 Lisboa

www.oa.pt

EXHIBIT 2

Enclosure 2



 **S.   R.**

## PROCURADORIA-GERAL DA REPÚBLICA

Ref.ª/réf./ref.

---

### APOSTILLE

#### Convention de La Haye du 5 octobre 1961

1.  País/Pays/Country: **Portugal**
    Este documento público/Le présent acte public/This public document

2.  Foi assinado por/a été signé par/has been signed by **karina Leandro**

3.  Agindo na qualidade de/agissant dans la qualité de/acting in the  capacity of **Advogada-Estagiária 49403L**

4.  E tem o selo de/est revêtu du sceau de/bears the seal of **karina Leandro**

#### Reconhecido/Attesté/Certified

5.  Em/à/at **Lisboa**

6.  A /le /the **26 de junho de 2024**

7.  Pela Procuradora-Geral da República /par le Procureur général de la République/by the Attorney General

8.  Sob o nº /sous le nº /Nº  **16766-2024**

9.  Selo/sceau/seal


　　　　　　10.   Assinatura/signature/signature

Lucília Maria das Neves França Morgadinho Gago

---

*A presente Apostila apenas certifica a assinatura, a qualidade em que o signatário do ato atuou e o selo/carimbo que consta do ato. Não certifica o conteúdo do documento para o qual foi emitida.*

*Cette Apostille ne certifie que la signature, la qualité en laquelle le signataire de l'acte a agi et le sceau/timbre dont cet acte est revêtu. Elle ne certifie pas le contenu du document pour lequel elle a été émise.*

*This Apostille only certifies the signature, the capacity of the signer and the seal/stamp it bears. It does not certify the content of the document for which it was issued.*

*La presente Apostilla sólo certifica la firma, la capacidad del signatario y el sello/timbre que ostenta. La Apostilla no certifica el contenido del documento para el cual se expidió.*



cõua noves tavares
—— Advogada / Law Office ——

## TRANSLATION CERTIFICATE

**KARINA LEANDRO**, Trainee Lawyer, holder of professional card no. 49403LE, issued by the Portuguese Bar Association, registered since 09/10/2023, with office at Rua Luciano Cordeiro, 123, 4º esq, 1050-139 Lisboa, and at her professional domicile in Lisbon. ---------

## I HEREBY CERTIFY:

That on on the twenty-five  June two thousand and twenty-four, came before me, **MARIA MANUELA FERNANDES COSTA FARIA DOS SANTOS**, **Fiscal Number 142.657.182**, divorced, born in Sé Nova, Coimbra, of Portuguese nationality, holder of Citizen Card number 04471126 3ZY8 issued by the Portuguese Republic and valid until 29/10/2030, with professional domicile at Rua Luciano Cordeiro, 123, 4º Esq, 1050-139 Lisboa, who has declared to me on oath that the attached translation, which was made by her, is the correct and faithful translation of the document written in Portuguese, taking full responsibility for it. ----------------------------

The document written in Portuguese, the translation into English and this certificate are duly signed by the translator and myself. --------------------------------------------------------------------

I have verified the identity of the translator by looking at the Citizen Card mentioned above

This certification is carried out under the terms of Article 38 of Decree-Law 76-A/2006 of 29.03 and Ministerial Order 675-B/2006 of 29.06, so it has the same probative force as if the act had been carried out with the intervention of a notary. ------------------------------------

Lisbon, 25th June 2024.

**Registered at the O.A. on the  2024-06-25**

**Under no. 49403LE/37**

**No emoluments**

**Karina Leandro**
Advogada Estagiária - CP 49403L
Rua Luciano Cordeiro, 123, 4º Esq
1050-139 Lisboa

Rua Miguel Bombarda, n.º 70, R/C, Loja 1, 2500-238 Caldas da Rainha
Rua Luciano Cordeiro, n.º 123, 4º Esq., 1050-139 Lisboa | Avenida da Liberdade, n.º 90, 1º andar, Escritório B, 8200-002 Albufeira
PORTUGAL
Tel. (+351) 213 530 724 / (+351) 913 868 699
geral@cntavocats.com

Karina Leandro
Advogada Estagiária - CP-49403L
Rua Luciano Cordeiro, 123, 4º Esq
1050-139 Lisboa

**AT**
**autoridade**
**tributária e aduaneira**

**CADERNETA PREDIAL URBANA**

SERVIÇO DE FINANÇAS: 3085 - LISBOA-3

## IDENTIFICAÇÃO DO PRÉDIO

**DISTRITO:** 11 - LISBOA **CONCELHO:** 06 - LISBOA **FREGUESIA:** 65 - SANTA MARIA MAIOR

**ARTIGO MATRICIAL:** 580 **NIP:**

## LOCALIZAÇÃO DO PRÉDIO

**Av./Rua/Praça:** Rua D. Duarte n.º 2 a n.º 2C e Rua João das Regras n.º 6 a n.º 6-B **Nº:** 6 **Lugar:** Lisboa **Código Postal:** 1100-198 LISBOA

## DESCRIÇÃO DO PRÉDIO

**Tipo de Prédio:** Prédio em Regime de Prop. Horiz.

**Descrição:** prédio em regime de Propriedade Horizontal conforme esc. lavrada no 9º Cart. not. de Lx em 15.06.1990.

O Imóvel foi inscrito anteriormente a 1951.

**Nº de pisos do artigo:** 6

## ÁREAS (em  m²)

**Área total do terreno:** 384,0000 m² **Área de implantação do edifício:** 384,0000 m² **Área bruta privativa total:** 1.988,0000 m² **Área de terreno integrante das fracções:** 0,0000 m²

## FRACÇÃO AUTÓNOMA:  G

## LOCALIZAÇÃO DA FRACÇÃO

**Av./Rua/Praça:** Rua D. Duarte n.º 2 a n.º 2C e Rua João das Regras n.º 6 a n.º 6-B **Nº:** 6 **Lugar:** Lisboa **Código Postal:** 1100-198 LISBOA

**Andar/Divisão:** 2ºE

## ELEMENTOS DA FRACÇÃO

**Afectação:** Habitação **Tipologia/Divisões:** T2 **Permilagem:** 80,0000 **Nº de pisos da fracção:** 1

## ÁREAS (em  m²)

**Área do terreno integrante:** 0,0000 m² **Área bruta privativa:** 168,0000 m² **Área bruta dependente:** 0,0000 m²

## DADOS DE AVALIAÇÃO

**Ano de inscrição na matriz:** 1988 **Valor patrimonial actual (CIMI):** €143.085,35 **Determinado no ano:** 2023

**Tipo de coeficiente de localização:** Habitação **Coordenada X:** 112.656,00 **Coordenada Y:** 194.578,00 **Mod 1 do IMI nº:** 7024594 **Entregue em :** 2017/03/10 **Ficha de avaliação nº:** 10571839 **Avaliada em :** 2017/05/13

| Vt* | = | Vc | x | A | x | Ca | x | Cl | x | Cq | x | Cv |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 133.040,00 | | 603,00 | x | 160,8000 | x | 1,00 | x | 3,50 | x | 0,980 | x | 0,40 |

Vt = valor patrimonial tributário, Vc = valor base dos prédios edificados, A = área bruta de construção mais a área excedente à área de implantação, Ca = coeficiente de afectação, Cl = coeficiente de localização, Cq = coeficiente de qualidade e conforto, Cv = coeficiente de vetustez, sendo A = (Aa + Ab) x Caj + Ac + Ad, em que Aa representa a área bruta privativa, Ab representa as áreas brutas dependentes, Ac representa a área do terreno livre até ao limite de duas vezes a área de implantação, Ad representa a área do terreno livre que excede o limite de duas vezes a área de implantação, (Aa + Ab) x Caj = 100 x 1,0 + 0,90 x (160 - 100) + 0,85 x (Aa + Ab - 160,0000).

Tratando-se de terrenos para construção, A = área bruta de construção integrada de Ab.

* Valor arredondado, nos termos do nº2 do Art.º 38º do CIMI.

## TEVE ORIGEM NOS ARTIGOS

**AT**
**autoridade**
**tributária e aduaneira**

**CADERNETA PREDIAL URBANA**
SERVIÇO DE FINANÇAS: 3085 - LISBOA-3

Karina Leandro
Advogada Estagiária - CP 49403L
Rua Luciano Cordeiro, 123, 4º Esq
1050-139 Lisboa

*DISTRITO:* 11 - LISBOA **CONCELHO:** 06 - LISBOA **FREGUESIA:** 31 - SANTA JUSTA (EXTINTA) **Tipo:**
URBANO **Artigo:** 115 **Fracção:** G

| TITULARES |
|---|

**Identificação fiscal:** 316691879 **Nome:** WILLIAM LONERGAN HILL

**Morada:** R DOM DUARTE N 2 2 ESQ, LISBOA, 1100-198 LISBOA

**Tipo de titular:** Propriedade plena **Parte:** 1/1 **Documento:** ESCRITURA PUBLICA **Entidade:** 157085554

| Emitido via internet em 2024-06-19 |
|---|

O Chefe de Finanças



(Maria Delfina Ramalhinho Gamanho)

| ELEMENTOS PARA A VALIDAÇÃO DO DOCUMENTO |
|---|

**NIF EMISSOR:** 211423238

**CÓDIGO DE VALIDAÇÃO:**

ZFRHVYLLZFNX

Para validar este comprovativo aceda ao site em
www.portaldasfinancas.gov.pt, opção Serviços>Outros
Serviços>Validação de Documento e introduza o nº de
contribuinte e código de validação indicados ou faça a
leitura do código QR fornecido. Verifique que o documento
obtido corresponde a este comprovativo.

Karina Leandro
Advogada Estagiária - CP 49403L
Rua Luciano Cordeiro, 123, 4º Esq
1050-139 Lisboa

**Urban land registry**
TAX OFFICE: 3085 - LISBON-3

## IDENTIFICATION

LISBOA **MUNICIPALITY:** 06 – LISBOA **PARISH:** 65 - SANTA MARIA MAIOR

ARTICLE: 580 NIP:

## BUILDING LOCATION

STREET/ SQUARE: Rua D. Duarte n.º 2 a n.º 2C e Rua João das Regras n.º 6 a n.º 6-B **Nº:**6 **Place:** Lisbon **POSTAL CODE:** 1100-198 Lisbon

## BUILDING DESCRIPTION

**Type of Building:** Horizontal property building
**Description:** building under the regime of Horizontal Property according to the deed drawn up at the 9th Notary Public of Lx on15.06.1990.
The building has been registered before 1951
**No. of floors in the article:** 6

### AREAS (in m2)

**Total land area:** 384,0000 m² **Building implantation area:** 384,0000 m² **Total private gross area:** 1.988,0000 m²
**Land area of the fractions:** 0.0000 m2

## AUTONOMOUS FRACTION: G

### FRACTION LOCATION

**AV/ STREET/ SQUARE:** Rua D. Duarte n.º 2 a n.º 2C e Rua João das Regras n.º 6 a n.º 6-B **Nº:**6 **Place:** Lisbon **POSTAL CODE:** 1100-198 LISBOA
**Floor/Division:** 2ºE

### FRACTION ELEMENTS

**Allocation:** Residential **Type/divisions:** T2 **Permillage:** 80,0000 **No. of floors in the fraction:**1

### AREAS (in m2)

**Integral land area:** 0.0000 m2 **Private gross area**168,0000 m² **Dependent gross area:** 0,0000 m²

### EVALUATION DATA

110665 - SANTA MARIA MAIOR - U - 580 – G



**Karina Leandro**
**Advogada Estagiária - CP 49403L**
**Rua Luciano Cordeiro, 123, 4º Esq**
**1050-139 Lisboa**

...ration in the matrix: 1988 **Current asset value (CIMI):** €143.085,35 **Determined in the year:** 2023

...ation coefficient: Residential **Coordinate X:** 112.656,00 **Coordinate Y:** 194.578,00 **Mod 1 of IMI Nº**

...elivered on: 2017/03/10 **Valuation form nº** 10571839 **Valued on:** 2017/05/13

| VT* | = | Vc | x | A | x | Ca | x | Ci | x | Cq | x | Cv |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 133.040,00 | = | 603,00 | x | 160,8000 | x | 1,00 | x | 3,50 | x | 0,980 | x | 0,40 |

$VT$=taxable asset value, $Vc$=basic value of built buildings, $A$=gross construction area plus the area exceeding the implantation area, $Ca$=assignment coefficient, $Ci$=location coefficient, $Cq$=quality and comfort coefficient, $Cv$=vegetation coefficient, where $A = (Aa+ Ab)$ x $Caj + Ac + Ad$, where $Aa$ represents the gross private area, $Ab$ represents the gross dependent areas, $Ac$ represents the area of free land up to the limit of twice the implantation area, $Ad$ represents the area of free land that exceeds the limit of twice the implantation area $(Aa + Ab)$x $Caj = 1.00$ x $(Aa+ Ab- 0.000)$.

In the case of buildable land, $A$ = the total buildable area of $Ab$
* Rounded value, in accordance with Article 38 of the CIMI

## ORIGINATED FROM THE ARTICLES

**DISTRICT:** 11 – LISBOA **MUNICIPALITY:** 06 – LISBOA **PARSIH:** 31 - SANTA JUSTA (EXTINTA) **TYPE:** URBAN **ARTICLE:** 115 **FRACTION:** G

## OWNERS

**Tax identification:** 316691879 **Name:** WILLIAM LONERGAN HILL
**Address:** R DOM DUARTE N 2 2 ESQ, LISBOA, 1100-198 LISBOA
**Type of ownership:** Full ownership of property **Part:**1/1 **Document:** Public deed **Entity:** 157085554

issued via internet on 2024-06-19

## ELEMENTS FOR VALIDATION OF THE DOCUMENT

**ISSUER NIF:** 211423238

**VALIDATION CODE:** ZFRHVYLLZFNX

To validate this proof, access the website at www.portaldasfinancas.gov.pt, option Services - Other Services - Document Validation and enter the taxpayer number and validation code indicated or scan the QR code provided. Check that the document obtained corresponds to this proof.

110665 - SANTA MARIA MAIOR - U - 580 – G



# ORDEM DOS ADVOGADOS

### REGISTO ONLINE DOS ACTOS DOS ADVOGADOS
Artigo 38.º do Decreto-Lei n.º 76-A/2006, de 29-03

Portaria n.º657-B/2006, de 29-06

**Dr.(a) Karina Leandro**
CÉDULA PROFISSIONAL: 49403LE
IDENTIFICAÇÃO DA NATUREZA E ESPÉCIE DO ACTO
Certificação de traduções de documentos
IDENTIFICAÇÃO DOS INTERESSADOS
MARIA MANUELA FERNANDES COSTA FARIA DOS SANTOS
Cartão de Cidadão nº. 044711263ZY8?
EXECUTADO A: 2024-06-25 12:27
REGISTADO A: 2024-06-25 12:30
COM O Nº: 49403LE/37

Poderá consultar este registo em http://oa.pt/atos
usando o código 46627361-638424

**Karina Leandro**
Advogada Estagiária - CP 49403LE
Rua Luciano Cordeiro, n 123, 4º Esq
1050-139 Lisboa

# EXHIBIT 3



Enclosure 3



S.   R.

### PROCURADORIA-GERAL DA REPÚBLICA

Ref.ª/réf./ref.

---

## APOSTILLE

### Convention de La Haye du 5 octobre 1961

1. País/Pays/Country: **Portugal**
   Este documento público/Le présent acte public/This public document

2. Foi assinado por/a été signé par/has been signed by **karina Leandro**

3. Agindo na qualidade de/agissant dans la qualité de/acting in the  capacity of **Advogada-Estagiária 49403L**

4. E tem o selo de/est revêtu du sceau de/bears the seal of **karina Leandro**

### Reconhecido/Attesté/Certified

5. Em/à/at **Lisboa**

6. A /le /the **26 de junho de 2024**

7. Pela Procuradora-Geral da República /par le Procureur général de la République/by the Attorney General

8. Sob o nº /sous le nº /Nº  **16762-2024**

9. Selo/sceau/seal

    10.    Assinatura/signature/signature

Lucília Maria das Neves Franco Morgadinho Gago

---

*A presente Apostila apenas certifica a assinatura, a qualidade em que o signatário do ato atuou e o selo/carimbo que consta do ato. Não certifica o conteúdo do documento para o qual foi emitida.*

*Cette Apostille ne certifie que la signature, la qualité en laquelle le signataire de l'acte a agi et le sceau/timbre dont cet acte est revêtu. Elle ne certifie pas le contenu du document pour lequel elle a été émise.*

*This Apostille only certifies the signature, the capacity of the signer and the seal/stamp it bears. It does not certify the content of the document for which it was issued.*

*La presente Apostilla sólo certifica la firma, la capacidad del signatario y el sello/timbre que ostenta. La Apostilla no certifica el contenido del documento para el cual se expidió.*



cátia neves tavares
—— Advogada / Law Office ——

## PHOTOCOPY CERTIFICATION

KARINA LEANDRO, Trainee Lawyer, holder of professional card no. 49403LE, issued by the Portuguese Bar Association, registered since 09/10/2023, with office at Rua Luciano Cordeiro, 123, 4º esq, 1050-139 Lisboa, and at her professional domicile in Lisbon. -------

### I HEREBY CERTIFY:

That the photocopy of the document called " Property Evaluation" here attached, initialed and numbered by me, consists of 13 (thirteen) pages and corresponds to the original. ----------------------------------------------------------------------------------------------------
This certification is carried out under the terms of Article 38 of Decree-Law 76-A/2006 of 29.03 and Ministerial Order 675-B/2006 of 29.06, so it has the same probative force as if the act had been carried out with the intervention of a notary. --------------------------------

Lisbon, 25th June 2024.

Registered at the O.A. on the  2024-06-25
Under no. 49403LE/44
No emoluments

The Trainee lawyer,

Karina Leandro
Advog/da E  Estabiária  CP 49403L
Rua Luciano Cordeiro, 123, 4º Esq
1050-139 Lisboa

Rua Luciano Cordeiro, nº 123, 4 Esq, 1050-139 Lisboa, Portugal
Téléphone (+351) 213 530 724 / (+351) 913 868 699
geral@cntavocats.com / cnt@cntavocats.com



cátia novas tavares
— Advogada / Law Office —

**TRANSLATION CERTIFICATE**

**KARINA LEANDRO**, Trainee Lawyer, holder of professional card no. 49403LE, issued by the Portuguese Bar Association, registered since 09/10/2023, with office at Rua Luciano Cordeiro, 123, 4º esq, 1050-139 Lisboa, and at her professional domicile in Lisbon. ---------

**I HEREBY CERTIFY:**

That on on the twenty-five  June two thousand and twenty-four, came before me, **MARIA MANUELA FERNANDES COSTA FARIA DOS SANTOS**, **Fiscal Number 142.657.182**, divorced, born in Sé Nova, Coimbra, of Portuguese nationality, holder of Citizen Card number 04471126 3ZY8 issued by the Portuguese Republic and valid until 29/10/2030, with professional domicile at Rua Luciano Cordeiro, 123, 4º Esq, 1050-139 Lisboa, who has declared to me on oath that the attached translation, which was made by her, is the correct and faithful translation of the document written in Portuguese, taking full responsibility for it. ----------------------------

The document written in Portuguese, the translation into English and this certificate are duly signed by the translator and myself. -------------------------------------------------------------------

I have verified the identity of the translator by looking at the Citizen Card mentioned above

This certification is carried out under the terms of Article 38 of Decree-Law 76-A/2006 of 29.03 and Ministerial Order 675-B/2006 of 29.06, so it has the same probative force as if the act had been carried out with the intervention of a notary. -----------------------------------

Lisbon, 25th June 2024.

Registered at the O.A. on the  2024-06-25

Under no. **49403LE/41**

**No emoluments**

Karina Leandro
Advogada Estagiária - CP 49403L
Rua Luciano Cordeiro, 123, 4º Esq
1050-139 Lisboa

Karina Leandro
Advogada Estagiária - CP 49403L
Rua Lucian      eiro, 123, 4º Esq
1050-139 Lisboa

Rua Miguel Bombarda, n.º 70, R/C, Loja 1, 2500-238 Caldas da Rainha
Rua Luciano Cordeiro, n.º 123, 4º Esq., 1050-139 Lisboa | Avenida da Liberdade, n.º 90, 1º andar, Escritório B, 6200-002 Albufeira
PORTUGAL
Tel: (+351) 213 530 724 / (+351) 913 868 699
geral@cntavocats.com





**Karina Leándro**
**Advogada Estagiária - CP 49403L**
**Rua Luciano Cordeiro, 123, 4º Esq**
**1050-139 Lisboa**

# AVALIAÇÃO DE IMÓVEL

Apartamento T2 – Santa Maria Maior - Lisboa

Cliente:

Sr. William Lonergan Hill

SOL IDILICO Unipessoal, Lda
NIF 515 592 412
Licença 17372 AMI

Rua Artur Napoleão, 12, 2865-692 Fernão Ferro
geral.imovengenharia@gmail.com

Advog          i       - CP **49403L**
Rua Luc             ro, 123, **4º Esq**
                 Lisboa



**Karina Leandro**
Advogada Estagiária - CP 49403L
Rua Luciano Cordeiro, 123, 4º Esq
1050-139 Lisboa

**Critérios do Estudo**

A elaboração deste relatório foi precedida de uma visita ao imóvel em avaliação, para inspeção das suas características próprias e envolventes.

Não foram consideradas existências de quaisquer servidões públicas ou atos de usufruto. Não foi omitida ou deturpada qualquer informação que possa ser relevante para a determinação do valor de mercado do imóvel.

**Resumo do Estudo Elaborado:**

| | |
|---|---|
| Destinatário: | Sr. William Lonergan Hill |
| Identificação do Imóvel: | Rua D. Duarte n.º 2 a n.º 2C e Rua João das Regras n.º 6 a n.º 6B, 2º E, Lisboa, 1100-198 Lisboa<br>Descrito na Matriz Predial Urbana sob o art.º 580 |
| Dados Registrais ou Confrontações: | Inscrito na Conservatória do Registo Predial de Lisboa, sob o nº 42 |
| Certificado Energético: | Letra D – SCE154666735, valido até 03/08/2027 |
| Metodologia Aplicada: | Método Comparativo de Mercado |
| Data da Visita: | 20 de Junho de 2024 |
| Responsável pelo Estudo: | Maria João Pinto |

SOL IDILICO Unipessoal, Lda
NIF 515 592 412
Licença 17372 AMI

**Karina Leandro**
Advogada Estagiária - CP 49403L
Rua Luciano Cordeiro, 123, 4º Esq
1050-139 Lisboa

Rua Artur Napoleão, 12, 2865-592 Fernão Ferro
geral.imovengenharia@gmail.com

**Karina Leandro**
Advogada Estagiária CP 49403L
Rua Luciano Cordeiro, 123, 4º Esq
1050-139 Lisboa



1. **Objetivo do Estudo**

Este estudo foi elaborado com a finalidade de dar a conhecer ao proprietário do imóvel qual o valor de mercado aconselhado para fins de venda.

2. **Considerações e Premissas Gerais**

A metodologia do presente estudo compreendeu uma visita ao imóvel para constatação das suas características construtivas, tipológicas e caracterização da realidade urbana envolvente. Não foi realizado ou obtido qualquer ensaio estrutural, pelo que não se pode emitir nenhuma garantia sobre o estado das estruturas. Foi efetuada uma aferição dos valores de mercado de imóveis de características comparáveis.

As informações legais e técnicas referidas neste relatório são fornecidas pela sua consultora imobiliária e são referidas com fins meramente informativos, sendo o relatório elaborado para o seu uso exclusivo.

3. **Método de Análise do Mercado**

A determinação dos valores do património imobiliário foi baseada no seguinte método:

O método de comparação consiste em relacionar o valor de um imóvel com os dados relativos a transação de propriedades com características semelhantes ou comparáveis. O uso deste método no presente estudo serviu como parâmetro referencial por utilizar os dados diretamente recolhidos no mercado, proporcionando um carácter objetivo dos dados recolhidos, segundo critérios de homogeneidade, de modo a permitir a comparação e determinar quais as características mais relevantes.

**Karina Leandro**
Advogada Estagiária - CP 49403L
Rua Luciano Cordeiro, 123, 4º Esq
1050-139 Lisboa

Rua Artur Napoleão, 12, 2865-592 Fernão Ferro
geral.imovengenharia@gmail.com



Karina Leandro
Advogada Estagiária / CP 49403L
Rua Luciano Cordeiro, 123, 4º Esq
1050-139 Lisboa



**4.   Valores de Mercado**

No presente relatório foram calculados os seguintes valores:

O **VALOR DE MERCADO** corresponde ao montante que pode ser razoavelmente esperado pela transação entre o comprador e um vendedor interessados, com equidade entre ambos, nenhum deles estando obrigado a vender ou comprar e ambos estando conhecedores de todos os fatores relevantes a uma determinada data.

O **VALOR DE VENDA IMEDIATA** representa o valor do imóvel pressupondo a sua venda pública forçada após os melhores esforços de oferta, durante um curto período de tempo.

**5.   Características do seu Imóvel**

**5.1   Características:**

| | |
|---|---|
| Tipo de Imóvel: | Apartamento |
| Tipologia: | T2 |
| Idade: | 36 anos |
| Área Bruta Privativa: | 168,00 m2 |
| Área Útil Privativa: | 140,28 m2 |
| Estado de Conservação: | Usado como novo |
| Acabamentos: | Usado como novo |
| Vistas: | Bom |

**5.2   Descrição Geral**

O imóvel em avaliação é um apartamento T2 destinado a habitação, inserido no Centro da Cidade de Lisboa (Baixa), próximo de vários acessos, serviços e comércio. O imóvel é

Karina Leandro
Advogada Estagiária - CP 49403L
Rua Luciano Cordeiro, 123, 4º Esq
1050-139 Lisboa

Rua Artur Napoleão, 12, 2865-592 Fernão Ferro
geral.imovengenharia@gmail.com

Karina Leandro
Advogada Estagiária - CP 49403L
Rua Luciano Cordeiro, 123, 4º Esq
1050-139 Lisboa



constituído por 1 sala de estar com 33,31m2, 1 sala de jantar com 15,14m2, 1 cozinha
totalmente equipada com 10,92 m2, 1 quarto com 16,45 m2, 1 suite com closet com uma
área total de 39,44m2 e 1 casa de banho.

O imóvel foi construído há 36 anos. Porém, foi alvo de remodelação, mantendo a sua traça
antiga, valorizando assim, a linha arquitetónica da zona, encontrando-se em bom estado de
conservação (novo).


**6.   Premissas do Estado**

A elaboração do presente Relatório foi antecipada de uma visita detalhada ao imóvel, com
vista a verificar as características do mesmo e da sua envolvente.

Os valores de mercado apresentados pressupõe que o imóvel tal como nos foi apresentado
se encontra devidamente legalizado e que tem licença de utilização para os fins a que se
destina.


**7.   Enquadramento no Mercado Imobiliário**


**7.1 Prospeção de Mercado**

Foi efetuada uma prospeção de mercado de forma a obter valores de venda de apartamentos
novos e/ou usados, de modo a podermos concluir quais os valores reais que melhor se
ajustam ao imóvel objeto de avaliação. Podemos ainda concluir qual a situação de oferta e
procura para produtos imobiliários semelhantes e comparáveis ao estudo.


Foram consultadas diversas fontes do mercado imobiliário e referem-se, de seguida, alguns
dos imóveis encontrados e considerados mais significativos.

De forma a termos uma perceção melhor dos valores praticados na zona, reunimos 5 imóveis
com características e áreas semelhantes ao aqui avaliado.

Karina Leandro
Advogada Estagiária - CP 49403L
Rua Luciano Cordeiro, 123, 4º Esq
1050-139 Lisboa



**Karina Leandro**
**Advogada Estagiária - CP 49403L**
**Rua Luciano Cordeiro, 123, 4º Esq**
**1050-139 Lisboa**



IMOV
ENGENHARIA
IMOBILIÁRIA & ENGENHARIA

| Foto | Area Útil | Tipologia | Valor |
|---|---|---|---|
| | 107m2 | T2 | 1.020.000,00 |
| | 110m2 | T2 | 1.400.000,00 |
| | 125m2 | T2 | 990.000,00 |
| | 162m2 | T2 | 1.500.000,00 |
| | 110m2 | T2 | 1.250.000,00 |

**Karina Leandro**
**Advogada Estagiária - CP 49403L**
**Rua Luciano Cordeiro, 123, 4º Esq**
**1050-139 Lisboa**





Karina Leandro
Advogada Estagiária - CP 49403L
Rua Luciano Cordeiro, 123, 4º Esq
1050-139 Lisboa

## 7.2 Análise da Prospeção

Os imóveis são comercializados por valores unitários à volta dos 6.640,00€/m2, variando estes valores em função da área, localização especifica, data da construção e estado de conservação.

## 7.3 Pontos Qualitativos

Como pontos positivos do imóvel e sua inserção no mercado local, destacamos:

a) Localização;
b) Qualidade da construção;
c) Infraestruturas que o imóvel apresenta a nível do exterior;
d) Acabamentos de luxo.

## 7.4 Conclusão

Assim e face ao exposto, nomeadamente características do seu imóvel, atual oferta de mercado, pontos favoráveis e menos favoráveis, o valor de m2 para o imóvel aqui em avaliação deve ser 6.250€/m2 o que perfaz um valor de venda de: 1.050.000,00€.

Seixal, 21 de Junho de 2024

Agente Imobiliária:

Sol Idílico Unipessoal Lda
NIF 515499412
Rua Luís de Camões, Lote 364, Loja A
2865-601 Fernão Ferro

Karina Leandro
Advogada Estagiária - CP 49403L
Rua Luciano Cordeiro, 123, 4º Esq
1050-139 Lisboa

(Real Estate Agency Logo)

**Karina Leandro**
**Advogada Estagiária - CP 49403L**
**Rua Luciano Cordeiro, 123, 4º Esq**
**1050-139 Lisboa**

# PROPERTY EVALUATION

2 Bedroom Apartment - Santa Maria Maior – Lisbon

Client:

Sr. William Lonergan Hill

SOL IDíLICO Unipessoal, Lda
NIF 515 592 412
Licence 17372 AMI

Rua Artur Napoleão, 12, 2885-592 Fernão Ferro
geral.imovengenharia@gmail.com

**Karina Leandro**
**Advogada Estagiária - CP 49403L**
**Rua Luciano Cordeiro, 123, 4º Es**
**1050-139 Lisboa**



(Real Estate Agency Logo)

Karina Leandro
Advogada Estagiária - CP 49403L
Rua Luciano Cordeiro, 123, 4º Esq
1050-139 Lisboa

**Study Criteria**

The preparation of this report was preceded by a visit to the property under evaluation, to inspect its own characteristics and surroundings.
No public easements or acts of usufruct were taken into account. No information has been omitted or misrepresented that may be relevant to determining the market value of the property.

**Summary of the Study:**

Client:                                         Sr. William Lonergan Hill

Property identification:                 Rua D. Duarte n.º 2 a n.º 2C and Rua João das Regras n.º 6 a n.º 6B, 2º E, Lisboa, 1100-198 Lisboa
                                                    Described in the Urban Land Registry under art. 580

Registration Data or Confrontations:   Registered with the Lisbon Land Registry under no. 42

Energy Certificate:                      Letter D - SCE154666735, valid until 03/08/2027

Methodology applied:                    Market Comparison Method

Date of visit:                           June 20th, 2024

Responsible for the Study:              Maria João Pinto

SOL IDÍLICO Unipessoal, Lda
NIF 515 592 412
Licence 17372 AMI

Rua Artur Napoleão, 12, 2865-592 Fernão Ferro
geral.imovengenharia@gmail.com

Karina Leandro
Advogada Estagiária - CP 49403L
Rua Luciano Cordeiro, 123, 4º Esq
1050-139 Lisboa



Karina Leandro
Advogada Estagiária - CP 49403L
Rua Luciano Cordeiro, 123, 4º Esq
1050-139 Lisboa

(Real Estate Agency Logo)

### 1. Purpose of the Study

This study was carried out in order to inform the property owner of the recommended market value for sale.

### 2. General Considerations and Premises

The methodology of this study included a visit to the building to check its constructive and typological characteristics and to characterize the surrounding urban reality. No structural tests were carried out or obtained, so no guarantee can be given as to the state of the structures. A comparison was made of the market values of properties with comparable characteristics.

The legal and technical information referred to in this report is provided by your real estate consultant and is referred to for information purposes only, and the report has been prepared for that exclusive use.

### 3. Market Analysis Method

The real estate values were determined using the following method:

The comparison method consists of relating the value of a property to the transaction data of properties with similar or comparable characteristics. The use of this method in this study served as a benchmark for using data directly collected from the market, providing an objective character of the data collected, according to criteria of homogeneity, in order to allow comparison and determine which characteristics are most relevant.

### 4. Market Values

The following figures have been calculated in this report:

**MARKET VALUE** corresponds to the amount that can reasonably be expected from the transaction between the interested buyer and seller, with equity between them, neither of

SOL IDILICO Unipessoal, Lda
NIF 515 592 412
Licence 17372 AMI

Rua Artur Napoleão, 12, 2865-592 Fernão Ferro
geral.imovengenharia@gmail.com

Karina Leandro
Advogada Estagiária - CP 49402L
Rua Luciano Cordeiro, 123, 4º Esq.
1050-139 Lisboa

**Karina Leandro**
Advogada Estagiária - CP 49403L
Rua Luciano Cordeiro, 123, 4º Esq
1050-139 Lisboa

(Real Estate Agency Logo)

### 6.  State Premises

The preparation of this report was preceded by a detailed visit to the property in order to verify its characteristics and surroundings.

The market values presented assume that the property as presented to us is duly legalized and has a license for its intended use.

### 7.  Real Estate Market

#### 7.1 Market Research

Market research was carried out in order to obtain sales values for new and/or used apartments, so that we could conclude which real values best match the property being evaluated. We can also conclude what the supply and demand situation is for real estate products that are similar and comparable to the study.

Various sources on the real estate market were consulted and the following are some of the properties found and considered most significant.

In order to get a better idea of the prices in the area, we've put together 5 properties with similar characteristics and areas to the one evaluated here.

SOL IDILICO Unipessoal, Lda
NIF 515 592 412
Licence 17372 AMI

Rua Artur Napoleão, 12, 2865-592 Fernão Ferro
geral.imovengenharia@gmail.com

Karina Leandro
Advogada Estagiária - CP 49403L
Rua Luciano Cordeiro, 123, 4º Esq
1050-139 Lisboa





## ORDEM DOS ADVOGADOS

**REGISTO ONLINE DOS ACTOS DOS ADVOGADOS**
Artigo 38.º do Decreto-Lei n.º 76-A/2006, de 29-03

Portaria n.º657-B/2006, de 29-06

**Dr.(a) Karina Leandro**
CÉDULA PROFISSIONAL: 49403LE
IDENTIFICAÇÃO DA NATUREZA E ESPÉCIE DO ACTO
    Certificação de traduções de documentos
IDENTIFICAÇÃO DOS INTERESSADOS
    MARIA MANUELA FERNANDES COSTA FARIA DOS SANTOS
    Cartão de Cidadão nº. 044711263ZY8?
EXECUTADO A: 2024-06-25 12:27
REGISTADO A: 2024-06-25 12:30
COM O Nº: 49403LE/41

Poderá consultar este registo em http://oa.pt/atos
usando o código 46627365-529182

Karina Leandro
Advogada Estagiária CP 49403L
Rua Luciano Correio, 123, 4º Esq
1050-139 Lisboa

Karina Leandro
Advogada Estagiária CP 49403L
Rua Luciano Correio, 123, 4º Esq
1050-139 Lisboa



# ORDEM DOS ADVOGADOS

**REGISTO ONLINE DOS ACTOS DOS ADVOGADOS**
Artigo 38.º do Decreto-Lei n.º 76-A/2006, de 29-03

Portaria n.º657-B/2006, de 29-06

**Dr.(a) Karina Leandro**
CÉDULA PROFISSIONAL: 49403LE
IDENTIFICAÇÃO DA NATUREZA E ESPÉCIE DO ACTO
    Certificação de fotocópias
IDENTIFICAÇÃO DOS INTERESSADOS
    Maria João Marques Pinto
    Cartão de Cidadão nº. 100857450ZW9
    William Lonergan Hill
    Passaporte nº. 545398934
EXECUTADO A: 2024-06-25 13:31
REGISTADO A: 2024-06-25 13:36
COM O Nº: 49403LE/44

Poderá consultar este registo em http://oa.pt/atos
usando o código 46628516-185514

Karina Leandro
Advogada 49403L
Rua Luciano ... Lei ... 3, 4º Esq
1050-139 Lisboa

# EXHIBIT 4



Enclosure 4



S.     R.

## PROCURADORIA-GERAL DA REPÚBLICA

Ref.ª/réf./ref.

### APOSTILLE

**Convention de La Haye du 5 octobre 1961**

1.  País/Pays/Country: **Portugal**
    Este documento público/Le présent acte public/This public document

2.  Foi assinado por/a été signé par/has been signed by **karina Leandro**

3.  Agindo na qualidade de/agissant dans la qualité de/acting in the  capacity of **Advogada-Estagiária 49403L**

4.  E tem o selo de/est revêtu du sceau de/bears the seal of **karina Leandro**

#### Reconhecido/Attesté/Certified

5.  Em/à/at **Lisboa**

6.  A /le /the **26 de junho de 2024**

7.  Pela Procuradora-Geral da República /par le Procureur général de la République/by the Attorney General

8.  Sob o nº /sous le nº /Nº  **16763-2024**

9.  Selo/sceau/seal

> 10.    Assinatura/signature/signature

Lucília Maria das Neves Franco Morgadinho Gago

*A presente Apostila apenas certifica a assinatura, a qualidade em que o signatário do ato atuou e o selo/carimbo que consta do ato. Não certifica o conteúdo do documento para o qual foi emitida.*

*Cette Apostille ne certifie que la signature, la qualité en laquelle le signataire de l'acte a agi et le sceau/timbre dont cet acte est revêtu. Elle ne certifie pas le contenu du document pour lequel elle a été émise.*

*This Apostille only certifies the signature, the capacity of the signer and the seal/stamp it bears. It does not certify the content of the document for which it was issued.*

*La presente Apostilla sólo certifica la firma, la capacidad del signatario y el sello/timbre que ostenta. La Apostilla no certifica el contenido del documento para el cual se expidió.*

Rua da Escola Politécnica, n.º 140 1269-269 LISBOA PORTUGAL * Telf.: 21 392 19 00 * 21 394 98 00  *  Fax: 21 397 52 55
E-mail: correiopgr@pgr.pt



*côua noues tauaros*

------ Arlvogada / Law Office ------

## PHOTOCOPY CERTIFICATION

*KARINA LEANDRO*, Trainee Lawyer, holder of professional card no. 49403LE, issued by the Portuguese Bar Association, registered since 09/10/2023, with office at Rua Luciano Cordeiro, 123, 4º esq, 1050-139 Lisboa, and at her professional domicile in Lisbon. -------

### I HEREBY CERTIFY:

That the photocopy of the document called "Unilateral Voluntary Mortgage Promissory Contract" here attached, initialed and numbered by me, consists of 6 (six) pages and corresponds to the original. ------------------------------------------------------------------------------
This certification is carried out under the terms of Article 38 of Decree-Law 76-A/2006 of 29.03 and Ministerial Order 675-B/2006 of 29.06, so it has the same probative force as if the act had been carried out with the intervention of a notary. --------------------------------

Lisbon, 25th June 2024.

Registered at the O.A. on the  2024-06-25
Under no. 49403LE/42
No emoluments

The Trainee lawyer,

**Karina Leandro**
**Advogada Estagiária - CP 49403L**
**Rua Luciano Cordeiro, 123, 4º Esq**
**1050-139 Lisboa**

| | |
|---|---|
| **CONTRATO PROMESSA UNILATERAL DE HIPOTECA VOLUNTÁRIA** | **UNILATERAL VOLUNTARY MORTGAGE PROMISSORY CONTRACT** |
| **DE :** | **FROM:** |
| **WILLIAM LONERGAN HILL E  SABRINA KHERBICHE HILL** | **WILLIAM LONERGAN HILL AND SABRINA KHERBICHE HILL** |
| Lisboa, 21 de JUNHO de 2024. | Lisbon, June 21th, 2024 |

Karina Leandro
Advogada Estagiária - CP 49403L
Rua Luciano Cordeiro, 123, 4º Esq
1050-139 Lisboa

1

| CONTRATO PROMESSA DE HIPOTECA VOLUNTÁRIA | VOLUNTARY MORTGAGE PROMISSORY CONTRACT |
|---|---|
| WILLIAM LONERGAN HILL, NIF 316691879, maior, natural de New York, de nacionalidade americana, portador do passaporte n.º 545398934 emitido pelas autoridades competentes dos Estados Unidos da América, em 22.02.2016 e válido até 21.02.2026, e **Sabrina Kherbiche Hill**, maior, natural da Argélia, de nacionalidade francesa, NIF **316690678** portadora do passaporte n.º 21EF27958, válido até 29.12.2031, ambos casados sob o regime francês equiparado no ordenamento jurídico português ao da comunhão de adquiridos, residentes em Rua Dom Duarte, nº 2, 2ºesq, 1100-198 Lisboa, aqui representados pelo procurador **VÍTOR MANUEL ALVES COSTA, NIF 198.773.242**, casado, natural de São Sebastião da Pedreira, Lisboa, de nacionalidade portuguesa, portador do Cartão de Cidadão nº 10035104 2ZX3 e válido até 24/02/2030, com domicílio profissional na Rua Luciano Cordeiro, 123, 4º esq., 1050-139 Lisboa, com poderes para o ato, ora em diante designados por "OUTORGANTES"; | **WILLIAM LONERGAN HILL**, NIF 316691879, of legal age, born in New York, of American nationality, holder of passport no. 545398934 issued by the competent authorities of the United States of America, on 22.02.2016 and valid until 21.02.2026, and **Sabrina Kherbiche Hill**, of legal age, born in Algeria, of French nationality, NIF 316690678, holder of passport no. 21EF27958, valid until 29.12.2031, both married under the French regime, which in Portuguese law is equivalent to the communion of acquisitions, residing at Rua Dom Duarte, nº 2, 2ºesq, 1100-198 Lisboa, here represented by **VÍTOR MANUEL ALVES COSTA, NIF 198.773.242**, married, born in São Sebastião da Pedreira, Lisbon, of Portuguese nationality, holder of Citizen Card no. 10035104 2ZX3 and valid until 24.02.2030, with a professional address at Rua Luciano Cordeiro, 123, 4º esq, 1050-139 Lisboa, with the power to act as their attorney, hereinafter referred to as the «PARTIES»; |
| **É ESTABELECIDO E REDUZIDO A ESCRITO O PRESENTE CONTRATO PROMESSA DE CONSTITUÇÃO DE HIPOTECA VOLUNTÁRIA, QUE SE REGE PELAS CLÁUSULAS SEGUINTES:** | **THIS PROMISSORY CONTRACT FOR THE CONSTITUTION OF A VOLUNTARY MORTGAGE, WHICH IS RULED BY THE FOLLOWING CLAUSES, IS HEREBY ENTERED AND MADE IN WRITING:** |
| **CLÁUSULA PRIMEIRA**<br>OS OUTORGANTES são donos e legítimos proprietários do seguinte imóvel: Rua Dom Duarte, nº 2, 2º Esq., da freguesia de Santa Maria Maior, concelho de Lisboa, descrito na Conservatória do Registo Predial de Lisboa, sob o número 42, da freguesia de Santa Justa, inscrito na matriz urbana sob o artigo 580 da freguesia Santa Maria Maior. | **FIRST CLAUSE**<br>THE PARTIES are the legitimate owners of the following property: Rua Dom Duarte, nº 2, 2º Esq., in the parish of Santa Maria Maior, municipality of Lisbon, described in the Land Registry Office of Lisbon, under number 42, of the parish of Santa Justa, inscribed in the urban matrix under article 580 of the parish of Santa Maria Maior. |

Karina Leandro
Advogada Estagiária - CP 494031
Rua Luciano Cordeiro, 123, 4º Esq
1050-139 Lisboa

| CLÁUSULA SEGUNDA | SECOND CLAUSE |
|---|---|
| 1. ...termos do presente contrato, os **OUTORGANTES** ... constituir, a favor do Escrivão do Tribunal ...al dos Estados Unidos do Distrito Sul de Nova Iorque, ...teca voluntária sobre o imóvel supra identificado, ...stinado a garantir a fiança para a libertação de **WILLIAM LONERGAN HILL** no processo que corre contra o mesmo nos Estados Unidos da América, Distrito Sul de Nova Iorque, se assim for ordenado pelo Tribunal. | 1. Under the terms of this contract, the PARTIES promise to establish, in favor of the Clerk of Court for the United States District Court for the Southern District of New York, a voluntary mortgage on the property identified above, intended to secure the bond for WILLIAM LONERGAN HILL's release in the proceedings against him in the United States of America, United States District Court for the Southern District of New York, if it is ordered by the Court. |
| 2. A fiança a ser prestada pelo WILLIAM LONERGAN HILL a favor do Escrivão do Tribunal do Distrito Sul de Nova Ioque será no valor de $3,000,000 (três milhões de dólares). | 2. The bail to be provided by WILLIAM LONERGAN HILL in favor of the Clerk of the Southern District Court of New York shall be in the amount of $3,000,000 (three million dollars). |
| **CLÁUSULA TERCEIRA** | **THIRD CLAUSE** |
| 1. Os OUTORGANTES prometem constituir hipoteca com toda a plenitude legal, sobre o Imóvel identificado na primeira cláusula, livre de qualquer ónus ou encargos, e, abrange todas as suas benfeitorias, pertenças e acessões, presentes e futuras, bem como as indemnizações por sinistro, expropriação, ou quaisquer outras que o Escrivão do Tribunal Distrital dos Estados Unidos do Distrito Sul de Nova Iorque, credor hipotecário, poderá receber diretamente de quem competir, até integral cumprimento das responsabilidades asseguradas pela indicada hipoteca. | 1. The PARTIES promise to establish a fully legal mortgage on the Property identified in the first clause, free of any liens or charges, and that covers all its improvements, belongings and accessions, present and future, as well as compensation for accidents, expropriation, or any other amounts that the Clerk of Court for the United States District Court for the Southern District of New York, the mortgage creditor, may receive directly from whoever should pay them, until fulfillment of the responsibilities secured by the indicated mortgage. |
| 2. Quando necessário, os OUTORGANTES, obriga-se a requerer junto da competente Conservatória todos os averbamentos, retificações e registos necessários à identificação correta e atualizada do Imóvel hipotecado. | 2. When necessary, the PARTIES undertake to request from the competent Registry Office all the endorsements, corrections and records necessary for the correct and updated identification of the mortgaged Property. |
| **CLÁUSULA QUARTA** | **FOURTH CLAUSE** |
| **1.** O Escrivão do Tribunal Distrital dos Estados Unidos do Distrito Sul de Nova Iorque, após a constituição de hipoteca prometida, poderá promover a execução da hipoteca logo que o OUTORGANTE esteja em incumprimento. | 1. The Clerk of Court for the United States District Court for the Southern District of New York, after the close of the promised mortgage, may execute the mortgage as soon as a PARTY is in default. |
| 2. A hipoteca prometida poderá ser executada quando e se forem violadas quaisquer condições da fiança impostas pelo | 2. The promised mortgage may be executed when and if any bail conditions imposed by the United States District Court |

Karina Leandro
Advogada Estagiária - CP 49403L
Rua Luciano Cordeiro, 123, 4º Esq
1050-139 Lisboa

...tal dos Estados Unidos do Distrito Sul de Nova ...lliam Lonergan Hill.

...móvel acima identificado, que os OUTORGANTES ...em hipotecar vier a ser alienado ou doado, ou se for ...qualquer forma onerado, ou se de um modo geral e por ...quer outra causa, a presente hipoteca vier a diminuir de ...lor, sem autorização expressa do Tribunal Distrital dos ...Estados Unidos do Distrito Sul de Nova Iorque , pode o ...Escrivão do Tribunal do Distrito Sul de Nova Iorque exigir, de imediato, o cumprimento das obrigações que a hipoteca garante.

for the Southern District of New York on William Lonergan Hill are violated.

3. If the Property identified above, which the PARTIES promise to mortgage, were to be alienated or donated, or encumbered in any way, or if in general and for any other reason, this mortgage comes to decrease in value without the express authorization of the United States District Court for the Southern District of New York, then the Clerk of Court for the United States District Court for the Southern District of New York may demand, immediately, the fulfillment of the obligations that the mortgage guarantees;

### CLÁUSULA QUINTA

Todas as despesas e encargos decorrentes da celebração da constituição da hipoteca prometida, dos atos de registo da hipoteca prometida, aqui se incluindo o do seu futuro cancelamento, bem como o cumprimento de todas as obrigações fiscais inerentes, são da responsabilidade dos OUTORGANTES.

### FIFTH CLAUSE

All expenses and charges arising from the close of the promised mortgage, the acts of registration of the promised mortgage, here including its future cancellation, as well as the fulfillment of all inherent tax obligations, are the responsibility of the PARTIES.

### CLÁUSULA SEXTA

1. A presente promessa de hipoteca será sujeita a registo predial.  Os OUTORGANTES comprometem-se a entregar cópia da documentação referente ao registo, de modo a comprovar o mesmo.

2. A marcação da celebração da constituição da hipoteca prometida fica a cargo dos OUTORGANTES, devendo ser celebrado no prazo máximo de 5 (cinco) dias úteis, a contar da data da decisão do Tribunal Distrital dos Estados Unidos do Distrito Sul de Nova Iorque estabelecendo fiança que tenha como condição a constituição da hipoteca prometida. Para o efeito, os OUTORGANTES conferiram já a necessária procuração a VÍTOR MANUEL ALVES COSTA.

### SIXTH CLAUSE

1. The present promissory mortgage will be registered in the land registry. The PARTIES undertake to deliver a copy of the documentation relating to the register, in order to prove it.

2. Scheduling the close of the promised mortgage is the responsibility of the PARTIES and must be concluded within a maximum period of 5 (five) business days, counting from the date of the decision of the United States District Court for the Southern District of New York establishing bail that includes as a condition the execution of the promised mortgage. To this end, the PARTIES have already granted the necessary power of attorney to VÍTOR MANUEL ALVES COSTA.

3. THE PARTIES undertake to deliver a copy of the documentation relating to the close of the promised mortgage.

4⇓

Karina Leandro
Advogada Estagiária - CP 49403L
Rua Luciano Cordeiro, 123, 4º Esq
1050-139 Lisboa

GANTES compromete-se a entregar cópia da

ão referente à celebração da constituição da

rometida, de modo a comprovar a mesma.

e assinado em 21 de Junho de 2024, em Lisboa, em

plicado, ficando cada Parte com um exemplar.

**OS OUTORGANTES**

víton Ranuel alves cost

Done and signed on June 21, 2024, in Lisbon, in duplicate, with each Party having one copy.

**THE PARTIES**

víton Ranuel alves cost

 ORDEM DOS ADVOGADOS

**REGISTO ONLINE DOS ACTOS DOS ADVOGADOS**
Artigo 38.º do Decreto-Lei n.º 76-A/2006, de 29-03

Portaria n.º657-B/2006, de 29-06

**Dr.(a) Karina Leandro**
CÉDULA PROFISSIONAL: 49403LE
IDENTIFICAÇÃO DA NATUREZA E ESPÉCIE DO ACTO
    Certificação de fotocópias
IDENTIFICAÇÃO DOS INTERESSADOS
    Vítor Manuel Alves Costa
    Cartão de Cidadão nº. 100351042ZX3
    William Lonergan Hill
    Passaporte nº. 545398934
OBSERVAÇÕES
    10035104 2ZX3

EXECUTADO A: 2024-06-25 13:20
REGISTADO A: 2024-06-25 13:23
COM O Nº: 49403LE/42

Poderá consultar este registo em http://oa.pt/atos
usando o código 46628406-720424

**Karina Leandro**
Advogada Estagiária - CP 49403L
Rua Luciano Cordeiro, 123, 4º Esq
1050-139 Lisboa

# EXHIBIT 5





S. R.

## PROCURADORIA-GERAL DA REPÚBLICA

Ref.ª/réf./ref.

## APOSTILLE

### Convention de La Haye du 5 octobre 1961

1.  País/Pays/Country: **Portugal**
    Este documento público/Le présent acte public/This public document

2.  Foi assinado por/a été signé par/has been signed by **karina Leandro**

3.  Agindo na qualidade de/agissant dans la qualité de/acting in the  capacity of **Advogada-Estagiária 49403L**

4.  E tem o selo de/est revêtu du sceau de/bears the seal of **karina Leandro**

### Reconhecido/Attesté/Certified

5.  Em/à/at **Lisboa**

6.  A /le /the **26 de junho de 2024**

7.  Pela Procuradora-Geral da República /par le Procureur général de la République/by the Attorney General

8.  Sob o nº /sous le nº /Nº **16760-2024**

9.  Selo/sceau/seal

10.  Assinatura/signature/signature

Lucília Maria das Neves Franco Morgadinho Gago

*A presente Apostila apenas certifica a assinatura, a qualidade em que o signatário do ato atuou e o selo/carimbo que consta do ato. Não certifica o conteúdo do documento para o qual foi emitida.*

*Cette Apostille ne certifie que la signature, la qualité en laquelle le signataire de l'acte a agi et le sceau/timbre dont cet acte est revêtu. Elle ne certifie pas le contenu du document pour lequel elle a été émise.*

*This Apostille only certifies the signature, the capacity of the signer and the seal/stamp it bears. It does not certify the content of the document for which it was issued.*

*La presente Apostilla sólo certifica la firma, la capacidad del signatario y el sello/timbre que ostenta. La Apostilla no certifica el contenido del documento para el cual se expidió.*

cátia naves tavares
— Advogada / Law Office —

## PHOTOCOPY CERTIFICATION

KARINA LEANDRO, Trainee Lawyer, holder of professional card no. 49403LE, issued by the Portuguese Bar Association, registered since 09/10/2023, with office at Rua Luciano Cordeiro, 123, 4º esq, 1050-139 Lisboa, and at her professional domicile in Lisbon. -------

### I HEREBY CERTIFY:

That the photocopy of the document called "Unilateral Promise to Create a Mortgage With Real Effect" here attached, initialed and numbered by me, consists of 15 (fifteen) pages and corresponds to the original. --------------------------------------------------------------------
This certification is carried out under the terms of Article 38 of Decree-Law 76-A/2006 of 29.03 and Ministerial Order 675-B/2006 of 29.06, so it has the same probative force as if the act had been carried out with the intervention of a notary. --------------------------------

Lisbon, 25th June 2024.

Registered at the O.A. on the  2024-06-25
Under no. 49403LE/43
No emoluments

The Trainee lawyer,

**Karina Leandro**
Advogada Estagiária - CP 49403L
Rua Luciano Cordeiro, 123, 4º Esq
1050-139 Lisboa



cália novas tavares
— Advogada / Law Office —

**TRANSLATION CERTIFICATE**

**KARINA LEANDRO**, Trainee Lawyer, holder of professional card no. 49403LE, issued by the Portuguese Bar Association, registered since 09/10/2023, with office at Rua Luciano Cordeiro, 123, 4º esq, 1050-139 Lisboa, and at her professional domicile in Lisbon. ---------

**I HEREBY CERTIFY:**

That on on the twenty-five  June two thousand and twenty-four, came before me, **MARIA MANUELA FERNANDES COSTA FARIA DOS SANTOS**, **Fiscal Number 142.657.182**, divorced, born in Sé Nova, Coimbra, of Portuguese nationality, holder of Citizen Card number 04471126 3ZY8 issued by the Portuguese Republic and valid until 29/10/2030, with professional domicile at Rua Luciano Cordeiro, 123, 4º Esq, 1050-139 Lisboa, who has declared to me on oath that the attached translation, which was made by her, is the correct and faithful translation of the document written in Portuguese, taking full responsibility for it. ------------------------------

The document written in Portuguese, the translation into English and this certificate are duly signed by the translator and myself. ------------------------------------------------------------

I have verified the identity of the translator by looking at the Citizen Card mentioned above

This certification is carried out under the terms of Article 38 of Decree-Law 76-A/2006 of 29.03 and Ministerial Order 675-B/2006 of 29.06, so it has the same probative force as if the act had been carried out with the intervention of a notary. ------------------------------------

Lisbon, 25th June 2024.

**Registered at the O.A. on the  2024-06-25**

**Under no. 49403LE/39**

**No emoluments**

Karina Leandro
Advogada Estagiária - CP 49403L
Rua Luciano Cordeiro, 123, 4º Esq
1050-139 Lisboa

**Karina Leandro**
**Advogada Estagiária - CP 49403L**
**Rua Luciano Cordeiro, 123, 4º Esq**
**1050-139 Lisboa**

Rua Miguel Bombarda, n.º 70, R/C, Loja 1, 2500-238 Caldas da Rainha
Rua Luciano Cordeiro, n.º 123, 4º Esq., 1050-139 Lisboa | Avenida da Liberdade, n.º 90, 1º andar, Escritório B, 8200-002 Albufeira
PORTUGAL
Tel: (+351) 213 530 724 / (+351) 913 868 699
geral@cntavocats.com

**Karina Leandro**
Advogada Estagiária - CP 49403L
Rua Luciano Cordeiro, 123, 4º Esq
1050-139 Lisboa



NOTÁRIO
## Joaquim António Barata Lopes

## CERTIDÃO

----- Eu, abaixo assinado, **Sérgio Pedro Pinheiro Mendes**, colaborador inscrito sob o número 1/16, do notário **Joaquim António Barata Lopes**, por ele devidamente autorizado, conforme foi devidamente publicitado no sitio da Ordem dos Notários em 8 de Fevereiro de 2016, no uso da competência delegada, certifico que a presente fotocópia está conforme ao original e foi extraída neste Cartório, da escritura exarada de folhas **cento e três** a folhas **cento e cinco** do livro de notas para escrituras diversas número **QUINHENTOS E DEZASSEIS– A.** -------------------------------------------

----- Contém três folhas, frente e verso, as quais têm aposto o selo branco em uso neste cartório. ------------------------------------------------------

----- Lisboa, vinte e um de Junho de dois mil e vinte e quatro.----------------

Conta incluída na factura n.º 1583/2024

Foi emitido recibo

**Karina Leandro**
Advogada Estagiária - CP 49403L
Rua Luciano Cordeiro, 123, 4º Esq
1050-139 Lisboa

Av. da Liberdade. n.º 67-B. 3.º andar - 1250-140 LISBOA
Telef. 21 340 32 80 - Fax 21 340 32 89
cartoriobaratalopes@sapo.pt

**Karina Leandro**
Advogada Estagiária - CP 49403L
Rua Luciano Cordeiro, 123, 4° Esq
1050-139 Lisboa

Livro _516 - A_

Folha _103_

## PROMESSA UNILATERAL DE CONSTITUIÇÃO HIPOTECA
## COM EFICÁCIA REAL

------------ No dia *vinte e um de Junho de dois mil e vinte e quatro*, no meu **Cartório Notarial**, sito na Avenida da Liberdade, número sessenta e sete - B, terceiro andar, em **Lisboa**, perante mim, Notário **Joaquim António Barata Lopes**, compareceu como outorgante: ------------------------------

------------ *Vítor Manuel Alves Costa*, casado, natural de Lisboa, freguesia de São Sebastião da Pedreira, com domicílio profissional na Rua Luciano Cordeiro, nº 123, 4º esquerdo, Lisboa. -----------------------------------

------------ Outorga na qualidade de **procurador** em representação de: ------

------------ **William Lonergan Hill**, NIF 316.691.879, natural dos Estados Unidos da América, de nacionalidade norte-americana, e mulher, **Sabrina Kherbiche Hill,** NIF 316.690.679, natural da Argélia, de nacionalidade francesa, casados no regime francês da comunhão de adquiridos, residentes em 31 Avenue D'Italie, 75013, Paris, França. ------------------------------

**Verifiquei**: --------------------------------------------------------------------

------------ a) A **identidade** do outorgante pela exibição do cartão de cidadão com o número de identificação civil 10035104, válido até 24 de Fevereiro de 2030; ----------------------------------------------------------------

------------ b) A **qualidade** do outorgante por duas procurações, que apresentou. ------------------------------------------------------------------------

**DECLAROU O OUTORGANTE:** -----------------------------------------------

------------ Que os seus representados são proprietários da **fracção autónoma** individualizada pela letra **"G"**, correspondente ao *segundo andar esquerdo*, destinado a habitação, do prédio urbano, sito na Rua D.

**Karina Leandro**
Advogada Estagiária - CP 49403L
Rua Luciano Cordeiro, 123, 4° Esq
1050-139 Lisboa



Karina Leandro
Advogada Estagiária - CP 49403L
Rua Luciano Cordeiro, 123, 4º Esq
1050-139 Lisboa

Duarte, nºs 2, 2-A, 2-B, e 2-C e Rua João das Regras, nºs 6, 6-A, e 6-B, Santa Justa, em Lisboa, descrito na **Conservatória do Registo Predial de Lisboa** sob o número **quarenta e dois**, da freguesia de Santa Justa, afecto ao regime da propriedade horizontal registada pela apresentação *vinte e quatro, de vinte e sete de Junho de mil novecentos e noventa (e respectivas alterações pelas apresentações novecentos e sessenta e um, de vinte e dois de Dezembro de dois mil e onze; mil quatrocentos e oitenta, de dezasseis de Abril de dois mil e catorze; mil e setenta e dois, de vinte e oito de Julho de dois mil e catorze; dois mil oitocentos e dezasseis, de sete de Agosto de dois mil e quinze; e três mil seiscentos e vinte e sete, de dez de Março de dois mil e dezassete),* com a aquisição registada a favor dos seus representados pela apresentação *cinco mil novecentos e treze, de vinte e nove de Março de dois mil e vinte e três (e respectivo averbamento oficioso de rectificação de quatro de Abril de dois mil e vinte e três ),* prédio inscrito na respectiva matriz da freguesia de **Santa Maria Maior** sob o artigo **580**. ----------------

------------ Que, no âmbito do processo que corre contra o seu representado, **William Lonergan Hill**, no Tribunal do Distrito Sul de Nova Iorque, Estados Unidos da América, foi o mesmo notificado para, como garantia da fiança a prestar junto do Escrivão do mencionado tribunal, prometer hipotecar e hipotecar a fracção supra identificada. ----------------------------- --

-------------- Que, assim, em nome dos seus representados, através da presente escritura, em nome deles, unilateralmente, **promete constituir hipoteca** voluntária, em primeiro grau, sobre a fracção autónoma supra identificada, a favor do *Escrivão do Tribunal do Distrito Sul do Estado de Nova Iorque (Estados Unidos da América),* destinada a garantir o bom

Karina Leandro
Advogada Estagiária - CP 49403L
Rua Luciano Cordeiro, 123, 4º Esq
1050-139 Lisboa

**Karina Leandro**
Advogada Estagiária - CP 49403L
Rua Luciano Cordeiro, 123, 4º Esq
1050-139 Lisboa

Livro __516-A__
Folha __104__



pagamento do montante de **três milhões de dólares norte americanos** (correspondente a *dois milhões setecentos e noventa e oito mil setecentos e sessenta euros, à taxa de câmbio do Banco de Portugal, no dia de hoje, que é de zero vírgula nove três dois nove dois*), como fiança para libertação do seu representado **William Lonergan Hill,** no processo que corre contra este no Tribunal do Distrito Sul de Nova Iorque (Estados Unidos da América), se assim for ordenado pelo Tribunal. ------------------------------------------- --

----------- Que em nome dos seus representados promete constituir hipoteca com toda a plenitude legal, sobre o Imóvel supra identificado, de que os seus representados são proprietários, livre de qualquer ónus ou encargos, e, abrangendo todas as suas benfeitorias, pertenças e acessões, presentes e futuras, bem como as indemnizações por sinistro, expropriação, ou quaisquer outras que o credor hipotecário poderá receber diretamente de quem competir, até integral cumprimento das responsabilidades asseguradas pela hipoteca a constituir nos termos referidos. --------------------

----------- Que, quando necessário, os seus representados, obrigam-se a requerer junto da competente Conservatória todos os averbamentos, retificações e registos necessários à identificação correta e atualizada do Imóvel hipotecado.-------------------------------------------------------------

----------- Que o Escrivão do Tribunal Distrital dos Estados Unidos do Distrito Sul de Nova Iorque, após a constituição de hipoteca prometida, poderá promover a execução da hipoteca logo que o representado do outorgante **Wiliam Lonergan Hill** esteja em incumprimento.-----------------

----------- Que a hipoteca prometida poderá ser executada quando e se forem violadas quaisquer condições da fiança impostas pelo Tribunal

Mod. 502 - Tip. Tipomar, Lda. - Tomar

**Karina Leandro**
Advogada Estagiária - CP 49403L
Rua Luciano Cordeiro, 123, 4º Esq
1050-139 Lisboa

**Karina Leandro**
Advogada Estagiária - CP 49403L
Rua Luciano Cordeiro, 123, 4° Esq
1050-139 Lisboa

Distrital dos Estados Unidos do Distrito Sul de Nova Iorque a William Lonergan Hill. ---------------------------------------------------------------

------------ Que, se o Imóvel acima identificado, que os seus representados prometem hipotecar vier a ser alienado ou doado, ou se for por qualquer forma onerado, ou se de um modo geral e por qualquer outra causa, a presente hipoteca vier a diminuir de valor, sem autorização expressa do Tribunal Distrital dos Estados Unidos do Distrito Sul de Nova Iorque, pode o Escrivão do Tribunal do Distrito Sul de Nova Iorque exigir, de imediato, o cumprimento das obrigações que a hipoteca garante. -------------------------

------------ Que todas as despesas e encargos decorrentes da celebração da constituição da hipoteca prometida, dos atos de registo da hipoteca prometida, aqui se incluindo o do seu futuro cancelamento, bem como o cumprimento de todas as obrigações fiscais inerentes, são da responsabilidade dos seus representados.-------------------------------------------

------------ Que, uma vez que foi acordado conferir eficácia real à presente promessa de constituição de hipoteca, vai ser promovido o correspondente registo na Conservatória do Registo Predial. --------------------------------- --

------------ Que os seus representados comprometem-se a entregar cópia da documentação referente ao registo, de modo a comprovar o mesmo. ---------

------------ Que a marcação da celebração da constituição da hipoteca prometida fica a cargo dos seus representados, devendo ser celebrado no prazo máximo de cinco dias úteis, a contar da data da decisão do Tribunal Distrital dos Estados Unidos do Distrito Sul de Nova Iorque estabelecendo fiança que tenha como condição a constituição da hipoteca prometida. ------

------------ Que para o efeito, os seus representados lhe conferiram já a

**Karina Leandro**
Advogada Estagiária - CP 49403L
Rua Luciano Cordeiro, 123, 4° Esq
1050-139 Lisboa

Livro 516-A
Folha 105

necessária procuração.-----------------------------------------------------------------

------------ Que os seus representados comprometem-se a entregar cópia da

documentação referente à celebração da constituição da hipoteca prometida,

de modo a comprovar a mesma. --------------------------------------------------

------------ Que, assim, o limite das responsabilidades garantidas pela

hipoteca a constituir (e montante máximo assegurado) será de **três milhões

de dólares norte americanos.** ------------------------------------------------

**Assim o outorgou.** -------------------------------------------------------------

*Arquiva-se:* ----------------------------------------------------------------------

------------ **a)** As procurações apresentadas pelo outorgante; --------------------

------------ **b)** Certidão permanente online com o código PP-2886-68324-

150502-003117, por onde verifiquei os elementos prediais. -----------------

------------ *Foi exibida*: Caderneta predial urbana do Terceiro Serviço de

Finanças de Lisboa, obtida ontem via internet, pela qual verifiquei as

referências matriciais----------------------------------------------------- .-

------------ *Foi feita* ao outorgante a leitura e explicação do conteúdo da

presente escritura. --------------------------------------------------------------

. vitor manuel alves costa

**O Notário,**

*Factura nº* 1583     *Registo nº* PA1517

**Karina Leandro**
Advogada Estagiária - CP 49403L
Rua Luciano Cordeiro, 123, 4º Esq
1050-139 Lisboa

**Karina Leandro**
Advogada Estagiária - CP 49403L
Rua Luciano Cordeiro, 123, 4º Esq
1050-139 Lisboa

Karina Leandro
**Advogada Estagiária - CP 49403L**
**Rua Luciano Cordeiro, 123, 4º Esq**
**1050-139 Lisboa**

(notary logo)

## Joaquim António Barata Lopes

## CERTIFICATE

I, the undersigned, **Sérgio Pedro Pinheiro Mendes,** collaborator registered under number 1/16, of the notary **Joaquim António Barata Lopes,** duly authorized by him, as duly published on the website of the Order of Notaries on February 8, 2016, in the use of delegated competence, certify that this photocopy conforms to the original and was extracted in this Notary's Office, from the deed drawn up from sheets **one hundred and three** to sheets **one hundred and five** of the book of notes for miscellaneous deeds number **FIFTY-SIX- A.**

It contains three pages, front and back, which have the white seal in use in this registry office affixed.

Lisbon, June twenty-first, two thousand and twenty-four.

(Signature of Sérgio Pedro Pinheiro Mendes)

Account included in invoice no. 1583/2024

Receipt issued

Av. da Liberdade, n.º 67-B, 1.º andar - 1250-140 Lisboa
Phone 213403280 - Fax 213403289
cartoriobaratalopes @sapo.pt

Karina Leandro
**Advogada Estagiária - CP 49403L**
**Rua Luciano Cordeiro, 123, 4º Esq**
**1050-139 Lisboa**

**Karina Leandro**
Advogada Estagiária - CP 49403L
Rua Luciano Cordeiro, 123, 4º Esq
1050-139 Lisboa

Book 516-A
Sheet 103

## UNILATERAL PROMISE TO CREATE A MORTGAGE
## WITH REAL EFFECT

------------ On the twenty-first day of June, two thousand and twenty-four, at my Notary's Office, located at Avenida da Liberdade, number sixty-seven - B, third floor, in Lisbon, before me, Notary Joaquim António Barata Lopes, the following appeared as s signatory: -------------------------------------

------------ *Vítor Manuel Alves Costa,* married, born in Lisbon, parish of São Sebastião da Pedreira, with professional address at Rua Luciano Cordeiro, nº 123, 4º esquerdo, Lisbon. -----------------------------------------------------

------------ Signs as proxy on behalf of: ---------------------------------------------

------------ William Lonergan Hill, NIF 316.691.879, born in the United States of America, of US nationality, and his wife, Sabrina Kherbiche Hill, NIF 316.690.679, born in Algeria, of French nationality, married under the French community of property regime, residing at 31 Avenue D'Italie, 75013, Paris, France. -------------------------------------------------------------------

**I Checked:** -----------------------------------------------------------------------------

------------ **a)** The identity of the signatory by verifying the citizen's card with the civil identification number 10035104, valid until 24 February 2030;------------------------------------------------------------------------------------

------------ **b)** The quality of the signatory by two powers of attorney, which he presented. -------------------------------------------------------------------------

**THE SIGNATORY DECLARED:**-----------------------------------------------------

------------ That his represented are the owners of the autonomous fraction

**Karina Leandro**
Advogada Estagiária - CP 49403L
Rua Luciano Cordeiro, 123, 4º Esq
1050-139 Lisboa

**Karina Leandro**
Advogada Estagiária - CP 49403L
Rua Luciano Cordeiro, 123, 4° Esq
1050-139 Lisboa

Book 516-A
Sheet 104

identified by the letter "G", corresponding to the second left floor, intended for habitation, of the urban building, located at Rua D. Duarte, n°s 2, 2-A, 2-B, and 2-C and Rua João das Regras, n°s 6, 6-A, and 6-B, Santa Justa, in Lisbon, described in the Lisbon Land Registry under number forty-two, of the parish of Santa Justa, subject to the horizontal property regime registered by presentation twenty-four, of twenty-seven June one thousand nine hundred and ninety (and respective alterations by presentations nine hundred and sixty-one, of twenty-two December two thousand eleven; one thousand four hundred and eighty, of sixteen April two thousand fourteen; one thousand seventy-two, of twenty-eight July two thousand fourteen; two thousand eight hundred and sixteen, of seven August two thousand fifteen; and three thousand six hundred and twenty-seven, dated the tenth of March of two thousand and seventeen), with the acquisition registered in favour of those represented by the presentation of five thousand nine hundred and thirteen, dated the twenty-ninth of March of two thousand and twenty-three (and respective annotation of rectification dated the fourth of April of two thousand and twenty-three), a building inscribed in the respective matrix of the parish of Santa Maria Maior under article 580 of the Civil Code. --------- ----------- That, in the context of the proceedings against his represented party, William Lonergan Hill, in the Court of the Southern District of New York, United States of America, he was notified to promise, as security for the bail to be given before the Clerk of the said court, to promise to mortgage and mortgage the above-mentioned property. -------------------------

**Karina Leandro**
Advogada Estagiária - CP 49403L
Rua Luciano Cordeiro, 123, 4° Esq
1050-139 Lisboa



**Karina Leandro**
Advogada Estagiária - CP 49403L
Rua Luciano Cordeiro, 123, 4° Esq
1050-139 Lisboa

Book 516-A
Sheet 105

--------------- That, therefore, in the name of its represented parties, by means of this deed, in their name, unilaterally, promises to constitute a voluntary mortgage, in the first degree, on the autonomous fraction identified above, in favour of the Clerk of the Court for the Southern District of the State of New York (United States of America), to guarantee the payment of the sum of three million US dollars (corresponding to two million seven hundred and ninety-eight thousand seven hundred and sixty euros, at today's Banco de Portugal exchange rate of zero point nine three two nine two), as a bail bond for the release of his represented party William Lonergan Hill, in the case pending against him in the Court of the Southern District of New York (United States of America), if so ordered by the Court. --------------------------------------------------------------------------------

------------ That on behalf of its represented parties, it promises to constitute a fully legal mortgage, on the Property identified above, of which its represented parties are the owners, free of any liens or charges, and, covering all its improvements, belongings and accessions, present and future, as well as the indemnities for claims, expropriation, or any others that the mortgagee may receive directly from whomever competes, until full fulfilment of the responsibilities ensured by the mortgage to be constituted under the terms referred to above.---------------------------------------------------

------------ That, when necessary, their represented parties undertake Registry Office all the endorsements, corrections and records necessary for the correct and updated identification of the mortgaged Property. -------------

------------ That The Clerk of Court for the United States District Court for the Southern District of New York, after the close of the promised

**Karina Leandro**
Advogada Estagiária - CP 49403L
Rua Luciano Cordeiro, 123, 4° Esq
1050-139 Lisboa



**Karina Leandro**
**Advogada Estagiária - CP 49403L**
**Rua Luciano Cordeiro, 123, 4º Esq**
**1050-139 Lisboa**

mortgage, may execute the mortgage as soon as the represented party of the signatory, Wiliam Lonergan Hill, is in default. ----------------------------------

----------- The promised mortgage may be executed when and if any bail conditions imposed by the United States District Court for the Southern District of New York on William Lonergan Hill are violated. ------------------

----------- That If the Property identified above, that his represented parties promise to mortgage, were to be alienated or donated, or encumbered in any way, or if in general and for any other reason, this mortgage comes to decrease in value without the express authorization of the United States District Court for the Southern District of New York, then the Clerk of Court for the United States District Court for the Southern District of New York may demand, immediately, the fulfillment of the obligations that the mortgage guarantees.-------------------------------------------------------------

----------- That all expenses and charges arising from the close of the promised mortgage, the acts of registration of the promised mortgage, here including its future cancellation, as well as the fulfillment of all inherent tax obligations, are the responsibility of his represented parties.--------------------

----------- That, since it has been agreed to give real effect to this promise to constitute a mortgage, the corresponding registration with the Land Registry Office will be promoted. ----------------------------------------------

----------- That their represented parties undertake to deliver a copy of the documentation relating to the registration, in order to prove it.-----------------

----------- That the scheduling of the execution of the constitution of the pledged mortgage is the responsibility of those represented, and must be celebrated within a maximum period of five working days from the date of the decision of the United States District Court for the Southern District of New York establishing a bond that is conditional on the constitution of the

**Karina Leandro**
**Advogada Estagiária - CP 49403L**
**Rua Luciano Cordeiro, 123, 4º Esq**
**1050-139 Lisboa**

**Karina Leandro**
**Advogada Estagiária - CP 49403L**
**Rua Luciano Cordeiro, 123, 4° Esq**
**1050-139 Lisboa**

pledged mortgage. ----------------------------------------------------------------

----------- That, to this end, his represented parties have already granted him the necessary power of attorney. ------------------------------------------------

----------- That his represented parties undertake to deliver a copy of the documentation relating to the conclusion of the constitution of the promised mortgage, in order to prove it. -----------------------------------------------------

----------- That, therefore, the limit of the liabilities guaranteed by the mortgage to be set up (and the maximum amount guaranteed) will be three million US dollars. ------------------------------------------------------------------

**This is how he granted it.** -------------------------------------------------------------

*It is archived:* -----------------------------------------------------------------------

----------- **a)** The powers of attorney presented by the signatory; -------------

----------- **b)** Permanent online certificate with code PP-2886-68324-150502-003117, where I checked the property elements. -----------------------

----------- *It was shown*: Urban land Registry of the Third Finance Department of Lisbon, obtained yesterday via the internet, through which I verified the land registry references-----------------------------------------------------.

----------- *The signatory* was given a reading and explanation of the contents of this deed. --------------------------------------------------------------.

(Signatory's signature)

**The Notary,**

(Notary's signature)

**Karina Leandro**
**Advogada Estagiária - CP 49403L**
**Rua Luciano Cordeiro, 123, 4° Esq**
**1050-139 Lisboa**

*Invoice no.* 1583         *Registration no.* PA1517



# ORDEM DOS ADVOGADOS

**REGISTO ONLINE DOS ACTOS DOS ADVOGADOS**
Artigo 38.º do Decreto-Lei n.º 76-A/2006, de 29-03

Portaria n.º657-B/2006, de 29-06

**Dr.(a) Karina Leandro**
CÉDULA PROFISSIONAL: 49403LE
IDENTIFICAÇÃO DA NATUREZA E ESPÉCIE DO ACTO
    Certificação de traduções de documentos
IDENTIFICAÇÃO DOS INTERESSADOS
    MARIA MANUELA FERNANDES COSTA FARIA DOS SANTOS
    Cartão de Cidadão nº. 044711263ZY8?
EXECUTADO A: 2024-06-25 12:27
REGISTADO A: 2024-06-25 12:30
COM O Nº: 49403LE/39

Poderá consultar este registo em http://oa.pt/atos
usando o código 46627363-561992

Karina Leandro
Advogada Estagiária - CP 49403L
Rua Luciano Cordeiro, 123, 4º Esq
1050-139 Lisboa

Karina Leandro
Advogada Estagiária - CP 49403L
Rua Luciano Cordeiro, 123, 4º Esq
1050-139 Lisboa



# ORDEM DOS ADVOGADOS

**REGISTO ONLINE DOS ACTOS DOS ADVOGADOS**
Artigo 38.º do Decreto-Lei n.º 76-A/2006, de 29-03

Portaria n.º657-B/2006, de 29-06

**Dr.(a) Karina Leandro**
CÉDULA PROFISSIONAL: 49403LE
IDENTIFICAÇÃO DA NATUREZA E ESPÉCIE DO ACTO
    Certificação de fotocópias
IDENTIFICAÇÃO DOS INTERESSADOS
    Vítor Manuel Alves Costa
    Cartão de Cidadão nº. 100351042ZX3
    William Lonergan Hill
    Passaporte nº. 545398934
EXECUTADO A: 2024-06-25 13:20
REGISTADO A: 2024-06-25 13:25
COM O Nº: 49403LE/43

Poderá consultar este registo em http://oa.pt/atos
usando o código 46628422-308620



# EXHIBIT 6

Enclosure 6



cátia neves tavares
— Advogado  Law Office —

## CERTIFICADO DE TRADUÇÃO

**KARINA LEANDRO,** Advogada Estagiária, portadora da cédula profissional n.º 49403LE, emitida pela Ordem dos Advogados, inscrita desde 09/10/2023, com escritório na Rua Luciano Cordeiro, 123, 4º esq, 1050-139 Lisboa, e no seu domicílio profissional em Lisboa.

### CERTIFICO:

Que, no dia três de julho de dois mil e vinte e quatro, compareceu perante mim, **Tatiana Vanessa Afonso Loureiro**, solteira, maior, natural de Campo grande, Lisboa, de nacionalidade portuguesa, portadora do Cartão de Cidadão nº 14200112 0 ZY1, emitido pela République Portuguesa e válido até 16/01/2030, com domicílio profissional na, Rua Luciano Cordeiro, 123, 4º Esq, 1050-139 Lisboa, a qual me declarou sob compromisso de honra que a tradução anexa, que por si foi feita, é a tradução correta e fiel do documento escrito em língua portuguesa, assumindo pela mesma completa responsabilidade. --------

O documento escrito em língua portuguesa, a tradução para inglês e este certificado estão devidamente assinados pela tradutora e por mim. ----------------------------------------------------

Verifiquei a identidade da outorgante por exibição do Cartão de Cidadão. ---------------------

Esta certificação é efetuada nos termos do Art. 38º do DL 76-A/2006 de 29.03 e da Portaria 675-B/2006 de 29.06, pelo que possui força probatória idêntica à que teria se o ato tivesse sido realizado com intervenção notarial. -----------------------------------------------------------------

Lisboa, 03 de julho de 2024.

**Registado na O.A. em 2024-07-03**

**Sob o nº 49403LE/54**

**Sem emolumentos**

A Tradutora,

A Advogada Estagiária,

**Karina Leandro**
**Advogada Estagiária - CP 49403LE**
**Rua Luciano Cordeiro, 123, 4º Esq**
**1050-139 Lisboa**

Rua Luciano Cordeiro, n.º 139, 4º Esq., 1050-139 Lisboa | Avenida da Liberdade, n.º 90, 1º andar, Escritório B, 8200-002 Albufeira

PORTUGAL

Tel: (+351) 213 530 274 / (+351) 913 868 699

geral@cntavocats.com

**Karina Leandro**
Advogada Estagiária - CP 49403L
Rua Luciano Cordeiro, 123, 4º Esq
1050-139 Lisboa



NOTÁRIO
Joaquim António Barata Lopes

## CERTIDÃO

----- Eu, abaixo assinada, **Sónia Cristina Castro Queirós Trabulo**, colaboradora inscrita sob o número 1/18, do notário **Joaquim António Barata Lopes**, por ele devidamente autorizada, conforme foi devidamente publicitado no sitio da Ordem dos Notários em 08 de Janeiro de 2021, no uso da competência delegada, certifico que a presente fotocópia está conforme ao original e foi extraída neste Cartório, da escritura exarada de folhas **cinquenta** a folhas **cinquenta e um** do livro de notas para escrituras diversas número **QUINHENTOS E DEZASSETE – A.** ----------------------



----- Contém *duas folhas* as quais têm aposto o selo branco em uso neste cartório. --------------------------------------------------------------------------

----- Lisboa, três de Julho de dois mil e vinte e quatro. ----------------------

Conta incluída na factura n.º 1680/2024
Foi emitido recibo.



Av. da Liberdade, n.º 67-B, 3.º andar - 1250-140 LISBOA
Telef. 21 340 32 80 - Fax 21 340 32 89
cartoriobaratalopes@sapo.pt

**Karina Leandro**
Advogada Estagiária - CP 49403L
Rua Luciano Cordeiro, 123, 4º Esq
1050-139 Lisboa

Livro *517-A*

Folha *50*



## RECTIFICAÇÃO

_____No dia *três de Julho de dois mil e vinte e quatro*, no meu **Cartório Notarial**, sito na Avenida da Liberdade, número sessenta e sete - B, terceiro andar, em **Lisboa**, perante mim, Notário **Joaquim António Barata Lopes**, compareceu como outorgante: _____

_____*Vítor Manuel Alves Costa*, casado, natural de Lisboa, freguesia de São Sebastião da Pedreira, com domicílio profissional na Rua Luciano Cordeiro, nº 123, 4º esquerdo, Lisboa. _____

_____Outorga na qualidade de **procurador** em representação de: \_\_\_\_\_

_____**William Lonergan Hill**, NIF 316.691.879, natural dos Estados Unidos da América, de nacionalidade norte-americana, e mulher, **Sabrina Kherbiche Hill**, NIF 316.690.679, natural da Argélia, de nacionalidade francesa, casados no regime francês da comunhão de adquiridos, residentes na Rua D. Duarte, n.º 2, 2º esquerdo, em Lisboa. _____



**Verifiquei:** _____

_____**a)** A **identidade** do outorgante pela exibição do cartão de cidadão com o número de identificação civil 10035104, válido até 24 de Fevereiro de 2030;_____

_____**b)** A **qualidade** do outorgante pelas duas procurações, que já se encontram arquivadas no cartório a instruir a escritura exarada a *cento e três e seguintes, do respectivo livro de notas, com o úmero quinhentos e dezasseis – A*._____



## DECLAROU O OUTORGANTE:_____

_____Que, por escritura outorgada neste cartório *em vinte e um de Junho de dois mil e vinte e quatro, exarada a folhas cento e três e*

**Karina Leandra**
**Advogada Estagiária - CP 49403L**
**Rua Luciano Cordeiro, 123, 4° Esq**
**1050-139 Lisboa**

*seguintes, do respectivo livro de notas, com o úmero quinhentos e dezasseis* — *A*, em nome dos seus representados, prometeu, unilateralmente, constituir hipoteca sobre a **fracção autónoma** individualizada pela letra "**G**", correspondente ao *segundo andar esquerdo*, do prédio urbano, sito na Rua D. Duarte, nºs 2, 2-A, 2-B, e 2-C e Rua João das Regras, nºs 6, 6-A, e 6-B, Santa Justa, em Lisboa, descrito na **Conservatória do Registo Predial de Lisboa** sob o número **quarenta e dois**, da freguesia de Santa Justa, inscrito na respectiva matriz da freguesia de **Santa Maria Maior** sob o artigo **580, a favor** do *Escrivão do Tribunal do Distrito Sul do Estado de Nova Iorque (Estados Unidos da América),* como fiança para libertação do seu representado *William Lonergan Hill*, no processo que corre contra este no Tribunal do Distrito Sul de Nova Iorque (Estados Unidos da América). -----



------------Que, porém, nessa escritura ficou exarada a morada de França dos seus representados (31 Avenue D'Italie, 75013, Paris), quando, na verdade, a residência habitual actual (e residência fiscal) do seu representado, **William Lonergan Hill**, é em Portugal, na Rua D. Duarte, n.º 2, 2° esquerdo, freguesia de Santa Maria Maior, em Lisboa. --------------------

------------Que através do presente instrumento rectifica, em conformidade, a referida escritura de vinte e um de Junho de dois mil e vinte e quatro, exarada a folhas cento e três e seguintes, do respectivo livro de notas, com o número quinhentos e dezasseis — A, apenas no sentido de dela ficar a constar que a morada do seu representado, **Lonergan Hill**, é na *Rua D. Duarte, n.º 2, 2° esquerdo, freguesia de Santa Maria Maior, em Lisboa, Portugal.* -------------------------------------------------------------

------------Que em tudo o mais se mantém inalterada a referida escritura

**Karina Leandro**
Advogada Estagiária - CP 49403L
Rua Luciano Cordeiro, 123, 4º Esq
1050-139 Lisboa

Livro _517-A_
Folha _51_

rectificanda. ------------------------------------------------------------------

**Assim o outorgou.** ------------------------------------------------------------

------------ *Foi feita* ao outorgante a leitura e explicação do conteúdo da

presente escritura. -----------------------------------------------------------

*vitor fanuel alves costa*

**O Notário,**

*Factura nº* ) 6 8 0     *Registo nº* ) 6 | 2

**Karina Leandro**
Advogada Estagiária LEP 49403L
Rua Luciano Cordeiro, 123, 4º Esq
1050-139 Lisboa

(notary logo)

## Joaquim António Barata Lopes

## CERTIFICATE

I, the undersigned, **Sónia Cristina Castro Queirós Trabulo,** collaborator registered under number 1/18, of the notary **Joaquim António Barata Lopes,** duly authorized by him, as duly published on the websiteof the Order of Notaries on 08 January 2021, in the use of delegated competence, certify that this photocopy is in accordance with the original and was extracted in this Notary's Office, from the deed drawn up from sheets **fifty** to sheets **fifty-one** of the book of notes for miscellaneous deeds number **FIVE HUNDRED AND SEVENTEEN- A.**

Contains two sheets bearing the white seal in use in this registry office.

Lisbon, July three, two thousand and twenty-four.



(Signature of Sónia Cristina Castro Queirós Trabulo)

Account included in invoice no. 1680/2024

Receipt issued

Av. da Liberdade, n.º 67-B, 1.º andar - 1250-140 Lisboa
Phone 213403280 - Fax 213403289
cartoriobaratalopes @sapo.pt

**Karina Leandro**
Advogada Estagiária - 49403L
Rua Luciano Cordeiro, 123, 4º Esq
1050-139 Lisboa

# RECTIFICAÇÃO

------------On the third day of July two thousand and twenty-four, at my Notary's Office, located at Avenida da Liberdade, number sixty-seven - B, third floor, in Lisbon, before me, Notary Joaquim António Barata Lopes, the following appeared as s signatory: ------------------------------------------

------------*Vítor Manuel Alves Costa,* married, born in Lisbon, parish of São Sebastião da Pedreira, with professional address at Rua Luciano Cordeiro, nº 123, 4º esquerdo, Lisbon. ------------------------------------------------- -----

------------Signs as proxy on behalf of: ------------------------------------------

------------William Lonergan Hill, NIF 316.691.879, born in the United States of America, of North American nationality, and his wife, Sabrina Kherbiche Hill, NIF 316.690.679, born in Algeria, of French nationality, married under the French regime of communion of acquisitions, residing at Rua D. Duarte, n.º 2, 2º esquerdo, in Lisbon. ------------------------------------

**I Checked:**--------------------------------------------------------------------------

------------**a)** The identity of the signatory by verifying the citizen's card with the civil identification number 10035104, valid until 24 February 2030;--------------------------------------------------------------------------

------------**b)** The quality of the signatory by the two powers of attorney, which are already filed in the notary's office to instruct the deed drawn up at one hundred and three and following, of the respective book of notes, with the number five hundred and sixteen - A. ------------------------------------

**THE SIGNATORY DECLARED**:----------------------------------------------

------------That, by deed executed in this registry office on June twenty-first, two thousand and twenty-fourth, on pages one hundred and three and following, of the respective book of notes, numbered five hundred and



sixteen – *A*, on behalf of its represented parties, unilaterally promised to constitute a mortgage on the autonomous fraction individualized by the letter "G", corresponding to the second left floor, of the urban building, located at Rua D. Duarte, nºs 2, 2-A, 2-B, and 2-C and Rua João das Regras, nºs 6, 6-A, and 6-B, Santa Justa, in Lisbon, described in the Land Registry Office. Duarte, nºs 2, 2-A, 2-B, and 2-C and Rua João das Regras, nºs 6, 6-A, and 6-B, Santa Justa, in Lisbon, described in the Lisbon Land Registry under number forty-two, of the parish of Santa Justa, inscribed in the respective matrix of the parish of Santa Maria Maior under article 580, in favor of the Clerk of the Court of the Southern District of the State of New York (United States of America), as bail for the release of his represented party William Lonergan Hill, in the proceedings against him in the Court of the Southern District of New York (United States of America).



------------That, however, in this deed, the French address of its represented parties was stated (31 Avenue D'Italie, 75013, Paris), when, in fact, the current habitual residence (and tax residence) of its represented party, William Lonergan Hill, is in Portugal, at Rua D. Duarte, n.º 2, 2º esquerdo, parish of Santa Maria Maior, in Lisbon. -----------------------------------------

------------That it hereby rectifies, accordingly, the aforementioned deed of June twenty-first, two thousand and twenty-four, drawn up on pages one hundred and three and following, of the respective book of notes, with the number five hundred and sixteen - A, only in order to state that the address of its represented party, William Lonergan Hill, is Rua D. Duarte, n.º 2, 2º esquerdo, parish of Santa Maria Maior, in Lisbon, Portugal. -------------------

------------That in all other respects the aforementioned rectifying deed remains unchanged. -------------------------------------------------------------

**This is how he granted it.** ---------------------------------------------------------

**Karina Leandro**
Advogada Estagiária - C 49403L
Rua Luciano Cordeiro, 123, 4º Esq
1050-139 Lisboa

------------The signatory was given a reading and explanation of the contents of this deed.  ------------------------------------------------------------

(Signatory's signature)

### The Notary,

(Notary's signature)

*Invoice no.* 1680          *Registration no.* 1612





ORDEM DOS ADVOGADOS

**REGISTO ONLINE DOS ACTOS DOS ADVOGADOS**
Artigo 38.º do Decreto-Lei n.º 76-A/2006, de 29-03

Portaria n.º657-B/2006, de 29-06

**Dr.(a) Karina Leandro**
CÉDULA PROFISSIONAL: 49403LE
IDENTIFICAÇÃO DA NATUREZA E ESPÉCIE DO ACTO
    Certificação de traduções de documentos
IDENTIFICAÇÃO DOS INTERESSADOS
    Tatiana Vanessa Afonso Loureiro
    Cartão de Cidadão nº. 142001120ZY1
EXECUTADO A: 2024-07-03 14:11
REGISTADO A: 2024-07-03 14:11
COM O Nº: 49403LE/54

Poderá consultar este registo em http://oa.pt/atos
usando o código 46716178-272487

Karina Leandro
Advogada/Estagiária   CR 49403L
Rua Luciano Cordeiro, 123, 4º Esq
1050-139 Lisboa

# EXHIBIT 7

Enclosure 7



cátia neves tavares
— Advogada · Law Office —

## CERTIFICADO DE TRADUÇÃO

**KARINA LEANDRO**, Advogada Estagiária, portadora da cédula profissional n.º 49403LE, emitida pela Ordem dos Advogados, inscrita desde 09/10/2023, com escritório na Rua Luciano Cordeiro, 123, 4º esq, 1050-139 Lisboa, e no seu domicílio profissional em Lisboa.

### CERTIFICO:

Que, no dia três de julho de dois mil e vinte e quatro, compareceu perante mim, **Tatiana Vanessa Afonso Loureiro**, solteira, maior, natural de Campo grande, Lisboa, de nacionalidade portuguesa, portadora do Cartão de Cidadão nº 14200112 0 ZY1, emitido pela République Portuguesa e válido até 16/01/2030, com domicílio profissional na, Rua Luciano Cordeiro, 123, 4º Esq, 1050-139 Lisboa, a qual me declarou sob compromisso de honra que a tradução anexa, que por si foi feita, é a tradução correta e fiel do documento escrito em língua portuguesa, assumindo pela mesma completa responsabilidade. --------

O documento escrito em língua portuguesa, a tradução para inglês e este certificado estão devidamente assinados pela tradutora e por mim. -----------------------------------------------

Verifiquei a identidade da outorgante por exibição do Cartão de Cidadão. --------------------

Esta certificação é efetuada nos termos do Art. 38º do DL 76-A/2006 de 29.03 e da Portaria 675-B/2006 de 29.06, pelo que possui força probatória idêntica à que teria se o ato tivesse sido realizado com intervenção notarial. -----------------------------------------------------------

Lisboa, 03 de julho de 2024.

Registado na O.A. em 2024-07-03

Sob o nº 49403LE/55

Sem emolumentos

A Tradutora,

A Advogada Estagiária,

**Karina Leandro**
**Advogada Estagiária - CP 49403L**
**Rua Luciano Cordeiro, 123, 4º Esq**
**1050-139 Lisboa**

Rua Luciano Cordeiro, n.º 139, 4º Esq., 1050-139 Lisboa / Avenida da Liberdade, n.º 90, 1º andar, Escritório B, 8200-002 Albufeira

PORTUGAL

Tel: (+351) 213 530 274 / (+351) 913 868 699

geral@cntavocats.com

**Karina Leandro**
Advogada Estagiária - CP 49403L
Rua Luciano Cordeiro, 123, 4° Esq
1050-139 Lisboa

HIPOTECA

------------No dia *vinte e quatro de Junho de dois mil e vinte e quatro*, no meu **Cartório Notarial**, sito na Avenida da Liberdade, número sessenta e sete - B, terceiro andar, em **Lisboa**, perante mim, Notário **Joaquim António Barata Lopes**, compareceu como outorgante: ------------------------

------------*Vítor Manuel Alves Costa*, casado, natural de Lisboa, freguesia de São Sebastião da Pedreira, com domicílio profissional na Rua Luciano Cordeiro, n° 123, 4° esquerdo, Lisboa. --------------------------------------------

------------Outorga na qualidade de **procurador** em representação de: ------

------------**William Lonergan Hill**, NIF 316.691.879, natural dos Estados Unidos da América, de nacionalidade norte-americana, e mulher, **Sabrina Kherbiche Hill**, NIF 316.690.679, natural da Argélia, de nacionalidade francesa, casados no regime francês da comunhão de adquiridos, residentes em Rua Dom Duarte, n° 2, 2°esq, 1100-198 Lisboa. --------------------------

**Verifiquei:** ---------------------------------------------------------------------------

------------**a)** A **identidade** do outorgante pela exibição do cartão de cidadão com o número de identificação civil 10035104, válido até 24 de Fevereiro de 2030;-----------------------------------------------------------------------

------------**b)** A **qualidade** do outorgante por duas procurações, que já se encontram arquivadas a instruir a escritura exarada a folhas cento e três e seguintes deste mesmo livro de notas.---------------------------------------------

**DECLAROU O OUTORGANTE:**-------------------------------------------------------

------------Que os seus representados são proprietários da **fracção autónoma** individualizada pela letra **"G"**, correspondente ao *segundo andar esquerdo*, destinado a habitação, do prédio urbano, sito na Rua D.



**Karina Leandro**
Advogada Estagiária - CP 49403L
Rua Luciano Cordeiro, 123, 4º Esq
1050-139 Lisboa

Duarte, nºs 2, 2-A, 2-B, e 2-C e Rua João das Regras, nºs 6, 6-A, e 6-B, Santa Justa, em Lisboa, descrito na **Conservatória do Registo Predial de Lisboa** sob o número **quarenta e dois**, da freguesia de Santa Justa, afecto ao regime da propriedade horizontal registada pela apresentação *vinte e quatro, de vinte e sete de Junho de mil novecentos e noventa (e respectivas alterações pelas apresentações novecentos e sessenta e um, de vinte e dois de Dezembro de dois mil e onze; mil quatrocentos e oitenta, de dezasseis de Abril de dois mil e catorze; mil e setenta e dois, de vinte e oito de Julho de dois mil e catorze; dois mil oitocentos e dezasseis, de sete de Agosto de dois mil e quinze; e três mil seiscentos e vinte e sete, de dez de Março de dois mil e dezassete),* com a aquisição registada a favor dos seus representados pela apresentação *cinco mil novecentos e treze, de vinte e nove de Março de dois mil e vinte e três (e respectivo averbamento oficioso de rectificação de quatro de Abril de dois mil e vinte e três ),* prédio inscrito na respectiva matriz da freguesia de **Santa Maria Maior** sob o artigo **580**. ----------------
----------- Que, no âmbito do processo que corre contra o seu representado, **William Lonergan Hill**, no Tribunal do Distrito Sul de Nova Iorque, Estados Unidos da América, foi o mesmo notificado para, como garantia da fiança a prestar junto do Escrivão do mencionado tribunal, prometer hipotecar e hipotecar a fracção supra identificada. -----------------------------
--------------- Que, assim, em nome dos seus representados, através da presente escritura, em nome deles, unilateralmente, **CONSTITUI HIPOTECA** voluntária, em primeiro grau, sobre a fracção autónoma supra identificada, a favor do *Escrivão do Tribunal do Distrito Sul do Estado de Nova Iorque (Estados Unidos da América),* destinada a garantir o bom



**Karina Leandro**
Advogada Estagiária - CP 49403L
Rua Luciano Cordeiro, 123, 4º Esq
1050-139 Lisboa

pagamento do montante de **três milhões de dólares norte americanos** (correspondente a *dois milhões oitocentos e seis mil oitocentos e noventa euros, à taxa de câmbio do Banco de Portugal, no dia de hoje, que é de zero vírgula nove três cinco seis três*), como fiança para libertação do seu representado **William Lonergan Hill,** no processo que corre contra este no Tribunal do Distrito Sul de Nova Iorque (Estados Unidos da América), se assim for ordenado pelo Tribunal. --------------------------------------------------

------------Que em nome dos seus representados constitui hipoteca com toda a plenitude legal, sobre o Imóvel supra identificado, de que os seus representados são proprietários, livre de qualquer ónus ou encargos, e, abrangendo todas as suas benfeitorias, pertenças e acessões, presentes e futuras, bem como as indemnizações por sinistro, expropriação, ou quaisquer outras que o credor hipotecário poderá receber diretamente de quem competir, até integral cumprimento das responsabilidades asseguradas pela hipoteca a constituir nos termos referidos. --------------------

------------Que, quando necessário, os seus representados, obrigam-se a requerer junto da competente Conservatória todos os averbamentos, retificações e registos necessários à identificação correta e atualizada do Imóvel hipotecado. --------------------------------------------------------

------------Que o Escrivão do Tribunal Distrital dos Estados Unidos do Distrito Sul de Nova Iorque, após a constituição de hipoteca prometida, poderá promover a execução da hipoteca logo que o representado do outorgante **Wiliam Lonergan Hill** esteja em incumprimento. -----------------

------------Que a hipoteca prometida poderá ser executada quando e se forem violadas quaisquer condições da fiança impostas pelo Tribunal



**Karina Leandro**
Advogada Estagiária - CP 49403L
Rua Luciano Cordeiro, 123, 4° Esq
1050-139 Lisboa

Distrital dos Estados Unidos do Distrito Sul de Nova Iorque a William Lonergan Hill.---------------------------------------------------------------------

------------Que, se o Imóvel acima identificado, que os seus representados prometem hipotecar vier a ser alienado ou doado, ou se for por qualquer forma onerado, ou se de um modo geral e por qualquer outra causa, a presente hipoteca vier a diminuir de valor, sem autorização expressa do Tribunal Distrital dos Estados Unidos do Distrito Sul de Nova Iorque , pode o Escrivão do Tribunal do Distrito Sul de Nova Iorque exigir, de imediato, o cumprimento das obrigações que a hipoteca garante.--------------------------



------------Que todas as despesas e encargos decorrentes da celebração da constituição da hipoteca ora constituída, dos atos de registo da hipoteca prometida, aqui se incluindo o do seu futuro cancelamento, bem como o cumprimento de todas as obrigações fiscais inerentes, são da responsabilidade dos seus representados.----------------------------------------

------------Que os seus representados comprometem-se a entregar cópia da documentação referente ao registo, de modo a comprovar o mesmo.----------

------------ Que, assim, o limite das responsabilidades garantidas pela hipoteca ora constituída (e montante máximo assegurado) é de **três milhões de dólares norte americanos.** -------------------------------------------------

**Assim o outorgou.** ------------------------------------------------------------

*Arquiva-se:* ------------------------------------------------------------------

------------Certidão permanente online com o código PP-2955-38368-110631-000042, por onde verifiquei os elementos prediais. --------------------

------------ *Foi exibida*: Caderneta predial urbana do Terceiro Serviço de Finanças de Lisboa, obtida via internet em 20 de Junho de 2024, pela qual

**Karina Leandro**
Advogada Estagiária - CP 49403L
Rua Luciano Cordeiro, 123, 4º Esq
1050-139 Lisboa

verifiquei as referências matriciais------------------------------------------------ .

------------*Consigna-se* que foi liquidado e cobrado, neste acto, imposto do selo previsto na verba 10.3 da TGIS, no montante de 16.841,34€. -------------

------------*Foi feita* ao outorgante a leitura e explicação do conteúdo da presente escritura. --------------------------------------------------------------

.

O Notário,



*Factura nº*                    *Registo nº*

**Karina Leandro**
Advogada Estagiária - CP 49402L
Rua Luciano Cordeiro, 123, 4º Esq
1050-139 Lisboa

## MORTGAGE

------------On the day of DD-MM-YYYY, at my Notary's Office, located at Avenida da Liberdade, number sixty-seven - B, third floor, in Lisbon, before me, Notary Joaquim António Barata Lopes, appeared as signatory: --

------------*Vítor Manuel Alves Costa,* married, born in Lisbon, parish of São Sebastião da Pedreira, with professional address at Rua Luciano Cordeiro, nº 123, 4º esquerdo, Lisbon. --------------------------------------------------

------------Granted as proxy on behalf of: ----------------------------------------

------------William Lonergan Hill, NIF 316.691.879, born in the United States of America, of US nationality, and his wife, Sabrina Kherbiche Hill, NIF 316.690.679, born in Algeria, of French nationality, married under the French community of property regime, residing at Rua Dom Duarte, nº 2, 2ºesq, 1100-198 Lisboa. ---------------------------------------------------------

**I checked:** --------------------------------------------------------------------

------------**a)** The identity of the signatory by showing the citizen's card with the civil identification number 10035104, valid until February 24, 2030;------------------------------------------------------------------------

------------**b)** The quality of the signatory by two powers of attorney, which are already filed to instruct the deed drawn up on pages one hundred and three and following of this same book of notes.----------------------------------

**THE SIGNATORY DECLARED:**----------------------------------------------

------------That his represented are the owners of the autonomous fraction



Book 516-A
Sheet 104

Karina Leandro
Advogada Estagiária - CP 49403L
Rua Luciano Cordeiro, 123, 4° Esq
1050-139 Lisboa

identified by the letter "G", corresponding to the second left floor, intended for habitation, of the urban building, located at Rua D. Duarte, n°s 2, 2-A, 2-B, and 2-C and Rua João das Regras, n°s 6, 6-A, and 6-B, Santa Justa, in Lisbon, described in the Lisbon Land Registry under number forty-two, of the parish of Santa Justa, subject to the horizontal property regime registered by presentation twenty-four, of twenty-seven June one thousand nine hundred and ninety (and respective alterations by presentations nine hundred and sixty-one, of twenty-two December two thousand eleven; one thousand four hundred and eighty, of sixteen April two thousand fourteen; one thousand seventy-two, of twenty-eight July two thousand fourteen; two thousand eight hundred and sixteen, of seven August two thousand fifteen; and three thousand six hundred and twenty-seven, dated the tenth of March of two thousand and seventeen), with the acquisition registered in favour of those represented by the presentation of five thousand nine hundred and thirteen, dated the twenty-ninth of March of two thousand and twenty-three (and respective annotation of rectification dated the fourth of April of two thousand and twenty-three), a building inscribed in the respective matrix of the parish of Santa Maria Maior under article 580 of the Civil Code. --------- ------------ That, in the context of the proceedings against his represented party, William Lonergan Hill, in the Court of the Southern District of New York, United States of America, he was notified to promise, as security for the bail to be given before the Clerk of the said court, to promise to mortgage and mortgage the above-mentioned property. ------------------------ -------------- That, therefore, on behalf of its represented parties, by means



**Karina Leandro**
Advogada Estagiária - CP 49403L
Rua Luciano Cordeiro, 123, 4º Esq
1050-139 Lisboa

of this deed, on their behalf, unilaterally, he CONSTITUTES a voluntary HIPOTECA, in the first degree, over the autonomous fraction identified above, in favor of the Clerk of the Court of the Southern District of the State of New York (United States of America), destined to guarantee the proper payment of the sum of three million US dollars (corresponding to two million eight hundred and six thousand eight hundred and ninety euros, at today's Banco de Portugal exchange rate, which is zero point nine three five six three), as bail for the release of its representative William Lonergan Hill, in the proceedings against him in the Southern District Court of New York (United States of America), if so ordered by the Court. ------------------

------------That on behalf of its represented parties, it constitutes a fully legal mortgage, on the Property identified above, of which its represented parties are the owners, free of any liens or charges, and, covering all its improvements, belongings and accessions, present and future, as well as the indemnities for claims, expropriation, or any others that the mortgagee may receive directly from whomever competes, until full fulfilment of the responsibilities ensured by the mortgage to be constituted under the terms referred to above. -------------------------------------------------------------------



------------That, when necessary, their represented parties undertake Registry Office all the endorsements, corrections and records necessary for the correct and updated identification of the mortgaged Property. -------------

------------That the Clerk of the United States District Court for the Southern District of New York, upon constitution of the mortgage, may proceed to foreclose the mortgage as soon as the represented party of the signatory, William Lonergan Hill, is in default.----------------------------------

**Karina Leandro**
**Advogada Estagiária - CP 49403L**
**Rua Luciano Cordeiro, 123, 4º Esq**
**1050-139 Lisboa**

------------ The mortgage may be executed when and if any bail conditions imposed by the United States District Court for the Southern District of New York on William Lonergan Hill are violated. ------------------------------

------------ That If the Property identified above, which is mortgaged by its represented parties, were to be alienated or donated, or encumbered in any way, or if in general and for any other reason, this mortgage comes to decrease in value without the express authorization of the United States District Court for the Southern District of New York, then the Clerk of Court for the United States District Court for the Southern District of New York may demand, immediately, the fulfillment of the obligations that the mortgage guaranteese. -------------------------------------------------------------

------------ That all expenses and charges arising from the conclusion of the mortgage constitution herein constituted, the acts of registration of the mortgage, including its future cancellation, as well as the fulfillment of all inherent tax obligations, are the responsibility of its represented parties. -----

------------ That his represented parties undertake to deliver a copy of the documentation relating to the registration, in order to prove it. ------------------

------------ That, therefore, the limit of the liabilities guaranteed by the mortgage hereby constituted (and the maximum amount guaranteed) is three million US dollars. -------------------------------------------------------------

**This is how he granted it.** -------------------------------------------------------------

*It is archived:* -------------------------------------------------------------

------------ Permanent online certificate with code PP-2886-68324-150502-003117, where I checked the property elements. -------------------------------

------------ *It was shown*: Urban land Registry of the Third Finance



**Karina Leandro**
Advogada Estagiária - CP 49403L
Rua Luciano Cordeiro, 123, 4º Esq
1050-139 Lisboa

Department of Lisbon, obtained yesterday via the internet, through which I verified the land registry references------------------------------------------------- ..

------------**It is noted** that stamp duty under item 10.3 of the TGIS, in the amount of €16,841.34, was paid and collected in this act.-----------------------

------------**The signatory** was given a reading and explanation of the contents of this deed. -------------------------------------------------------------

.

**The Notary,**

*Invoice nº*          *Registration no.*





ORDEM DOS ADVOGADOS

**REGISTO ONLINE DOS ACTOS DOS ADVOGADOS**
Artigo 38.º do Decreto-Lei n.º 76-A/2006, de 29-03

Portaria n.º657-B/2006, de 29-06

**Dr.(a) Karina Leandro**
CÉDULA PROFISSIONAL: 49403LE
IDENTIFICAÇÃO DA NATUREZA E ESPÉCIE DO ACTO
    Certificação de traduções de documentos
IDENTIFICAÇÃO DOS INTERESSADOS
    Tatiana Vanessa Afonso Loureiro
    Cartão de Cidadão nº. 142001120ZY1
EXECUTADO A: 2024-07-03 14:11
REGISTADO A: 2024-07-03 14:11
COM O Nº: 49403LE/55

Poderá consultar este registo em http://oa.pt/atos
usando o código 46716179-134915

**Karina Leandro**
**Advogada Estagiária - CR 49403LE**
**Rua Luciano Cordeiro, 123, 4º Esq**
**1050-139 Lisboa**

www.oa.pt