

25 Cannon Street
London EC4M 5UB
UK
+44 20 7184 7000  Main
+44 20 7184 7001  Fax
DX 30 London
www.dechert.com

Three Bryant Park
1095 Avenue of the Americas
New York, NY  10036-6797
United States of America
+1 212 698 3500  Main
+1 212 698 3599  Fax
www.dechert.com

January 16, 2025

<u>Via ECF & email</u>

The Honorable Richard Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**ROGER BURLINGAME**
*Partner*

Roger.Burlingame@dechert.com
+44 20 7184 7333  Direct
+44 20 7184 7001  Fax
+1 212 641 5682  Direct
+1 212 698 3599  Fax

Re: *United States v. William Hill et al.*, 24 Cr. 82 (RMB)

Dear Judge Berman,

I represent the defendant William Hill in the above-referenced matter and write to respectfully request that the next status conference, which is scheduled to take place on March 12, 2025 at 9 a.m., a date that is very difficult for me, be adjourned to March 18, 2025 at 11:30 a.m., a date that your chambers have kindly informed me can be accommodated by the Court. Counsel for the government and for co-defendant Keonne Rodriguez have no objection to the request and all parties are available to attend the status conference on the requested date.

Respectfully submitted,


*/s/ Roger A. Burlingame*

Roger A. Burlingame


cc:  Assistant U.S. Attorneys David Felton and Andrew Chan (via ECF and email)
      Michael Krouse, Esq. (counsel for defendant Keonne Rodriguez; via ECF and email)

---

Application granted. Conference is adjourned to March 18, 2025 at 11:30 am.

SO ORDERED:
Date: 1/16/25
Richard M. Berman, U.S.D.J.

Dechert LLP is a limited liability partnership registered in England & Wales (Registered No. OC306029) and is authorised and regulated by the Solicitors Regulation Authority (SRA No. 389648). A list of the names of the members of Dechert LLP (who are solicitors or registered foreign lawyers) is available for inspection at our registered office at the above address. Dechert practices as a limited liability partnership or limited liability company other than in Hong Kong.