UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

Keonne Rodriguez, *and*
William Lonergan Hill,

        Defendants.

**Notice of Appearance**

No. 24 Cr. 82 (RMB)

---

To:    Clerk of Court
        United States District Court
        Southern District of New York

        The undersigned attorney respectfully requests that the Clerk of Court note her appearance in this case and add her as a Filing User to whom Notices of Electronic Filing will be transmitted.

        Respectfully submitted,

        MATTHEW PODOLSKY
        Acting United States Attorney for the
        Southern District of New York

Dated: New York, New York
        March 17, 2025

        By: /s/ Cecilia E. Vogel
           Cecilia E. Vogel
           Assistant United States Attorney
           Tel.: 212-637-1084
           Email: cecilia.vogel@usdoj.gov