# Arnold & Porter

Michael Krouse
+1 212.836.7750 Direct
Michael.Krouse@arnoldporter.com


MEMO ENDORSED
p 2

March 31, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/1/25

**BY ECF**

Honorable Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: *United States v. Keonne Rodriguez, et al.*, 24 Cr. 82 (RMB)**

Dear Judge Berman:

We write on behalf of the parties in the above-referenced matter. During the last conference on May 18, 2025, the Court set a briefing schedule for pre-trial motions. The parties have now agreed to a slightly modified schedule, which we have submitted below for the Court's consideration:

- May 13, 2025:     Defense motions
- May 20, 2025:     Amicus briefs in support of defense motions
- June 10, 2025:    Government responses
- June 24, 2025:    Defense replies

Respectfully submitted,

Michael Kim Krouse

cc:  AUSA Andrew Chan
     AUSA David Felton
     AUSA Cecilia Vogel

Arnold & Porter Kaye Scholer LLP
250 West 55th Street | New York, NY 10019-9710 | www.arnoldporter.com

> Extensions Granted.
> Before we get to Amicus
> Briefs, Defense counsel
> needs to send a letter indica-
> ting need for briefs and identi-
> fying proposed Amici.
>
> SO ORDERED:
> Date: 4/1/25
> Richard M. Berman, U.S.D.J.