**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>KEONNE RODRIGUEZ and<br>WILLIAM LONERGAN HILL,<br><br>　　　　　　　　　　Defendants. | NOTICE OF MOTION TO ADMIT<br>ANTHONY J. FRANZE AS COUNSEL<br>*PRO HAC VICE*<br><br>No. 24 Cr. 82 (RMB) |

　　　PLEASE TAKE NOTICE that upon the annexed affidavit of Anthony J. Franze in support of this motion and the Certificate of Good Standing annexed thereto, I, Anthony J. Franze, will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York for an order allowing the admission of movant, a member of the firm of Arnold & Porter Kaye Scholer LLP and a member in good standing of the Bar of the District of Columbia, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for Defendant Keonne Rodriguez. There are no pending disciplinary proceedings against me in any state or federal court.

Dated:　May 29, 2025

　　　　　　　　　　　　　　　　　　　　　　　／s／ Anthony J. Franze
　　　　　　　　　　　　　　　　　　　　　　　Anthony J. Franze
　　　　　　　　　　　　　　　　　　　　　　　ARNOLD & PORTER
　　　　　　　　　　　　　　　　　　　　　　　KAYE SCHOLER LLP
　　　　　　　　　　　　　　　　　　　　　　　601 Massachusetts Avenue, N.W.
　　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20001
　　　　　　　　　　　　　　　　　　　　　　　Tel: (202) 942-5000
　　　　　　　　　　　　　　　　　　　　　　　Anthony.Franze@arnoldporter.com

　　　　　　　　　　　　　　　　　　　　　　　*Attorney for Defendant Keonne Rodriguez*