UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KEONNE RODRIGUEZ and<br>WILLIAM LONERGAN HILL<br><br>Defendants. | Case No. 24 Cr. 82 (RMB) |

**DEFENDANT WILLIAM LONERGAN HILL'S MOTION TO SUPPRESS
EVIDENCE OBTAINED THROUGH THE SEIZURE AND SEARCH
OF HIS STORED ELECTRONIC COMMUNICATIONS**

PLEASE TAKE NOTICE that upon the (i) Declaration of Matthew L. Mazur, dated May 29, 2025, together with the exhibits attached thereto, and (ii) the accompanying Memorandum of Law, Defendant William Lonergan Hill, by and through the undersigned counsel, hereby moves this Court, before the Honorable Richard M. Berman, United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007-1312, for an order, pursuant to the Fourth Amendment of the United States Constitution, suppressing evidence obtained from the government's seizure and search of William Lonergan Hill's personal Gmail account data, as well as any and all fruits of the unlawful seizure and search, and an order, pursuant to Fed. R. Crim. P. 41(g), for the return or destruction of any data that has not been identified as responsive to The Warrant.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's April 29, 2025 Order (ECF No. 85), the Government's response must be filed by June 26, 2025.

Dated: May 29, 2025                    Respectfully submitted,

                                                By:  *Roger A. Burlingame*
                                                    Roger A. Burlingame
                                                    Matthew L. Mazur
                                                    DECHERT LLP
                                                    Three Bryant Park
                                                    1095 Avenue of the Americas
                                                    New York, NY 10036
                                                    Tel.: +1 212 698 3500
                                                    roger.burlingame@dechert.com
                                                    matthew.mazur@dechert.com

                                                    *Counsel for Defendant William Lonergan Hill*