UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KEONNE RODRIGUEZ and<br>WILLIAM LONERGAN HILL,<br><br>Defendants. | Case No. 24 Cr. 82 (RMB) |

## **DEFENDANT WILLIAM LONERGAN HILL'S MOTION FOR A SEPARATE TRIAL**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of his Motion for a Separate Trial, Defendant William Lonergan Hill, by and through the undersigned counsel, hereby moves this Court, before the Honorable Richard M. Berman, United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007-1312, for an order, pursuant to Rule 14(a) of the Federal Rules of Criminal Procedure, the Due Process Clause of the Fifth Amendment, and the Sixth Amendment right to call witnesses in one's defense, severing Mr. Hill's trial from the trial of his co-defendant, Keonne Rodriguez.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's April 29, 2025 Order (ECF No. 85), the Government's response must be filed by June 26, 2025.

Dated: May 29, 2025          Respectfully submitted,

                                     By: <u>*/s/ Roger A. Burlingame*</u>
                                           Roger A. Burlingame
                                           Matthew L. Mazur
                                           DECHERT LLP
                                           Three Bryant Park
                                           1095 Avenue of the Americas
                                           New York, NY 10036
                                           Tel.: +1 212 698 3500
                                           roger.burlingame@dechert.com
                                           matthew.mazur@dechert.com

                                           *Counsel for Defendant William Lonergan Hill*