UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

KEONNE RODRIGUEZ and WILLIAM LONERGAN HILL,

                  *Defendants*.

S2 24 Cr. 82 RMB

RMB [PROPOSED] ORDER 

**RICHARD M. BERMAN, United States District Judge:**

    With respect to the above referenced matter, CourtListener.com is hereby ordered to immediately expunge, redact, or otherwise remove all instances of Defendant William Lonergan Hill's residential address that are currently visible within the following documents on CourtListener.com's website:

    **"Letter — Document #40"**
    Citation: United States v. RODRIGUEZ, 1:24-cr-00082, (S.D.N.Y. Jul 10, 2024) ECF No. 40
    Uploaded: August 23rd, 2024, 6:45 a.m. EDT

    **"Memo Endorsement — Document #41"**
    Citation: United States v. RODRIGUEZ, 1:24-cr-00082, (S.D.N.Y. Jul 10, 2024) ECF No. 41
    Uploaded: August 23rd, 2024, 6:43 a.m. EDT)

    The Court concludes that the Defendant Hill's residential address is sensitive personally identifying information and that redacting this information does not burden the public's right to access records of this Court.

SO ORDERED:

Dated: June 25, 2025
       New York, New York

                                              /s/ RMB
                                              RICHARD M. BERMAN
                                              United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/25