UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                Government,  :  24 Cr 82 (RMB)

- against -  :  **ORDER**

KEONNE RODRIGUEZ,
WILLIAM LONERGAN HILL,
                Defendants.
------------------------------------------------------------x

The Court will hold an arraignment on the S3 Indictment on July 22, 2025 at 1:00 pm in Courtroom 17 B, 500 Pearl Street, New York, New York 10007. Oral argument and further submissions, if any, will be scheduled at date(s) to be determined.

Dated: New York, New York
       July 8, 2025

                                              _/s/ RMB_
                                    RICHARD M. BERMAN, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/25