UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

KEONNE RODRIGUEZ and
WILLIAM LONERGAN HILL,

          Defendants.

Case No. 24 Cr. 82 (RMB)

**NOTICE PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 12.2(b)**

PLEASE TAKE NOTICE THAT Defendant William Lonergan Hill intends to introduce ███████████████████████████████.

Mr. Hill reserves the right to withdraw this notice pursuant to Federal Rule of Criminal Procedure 12.2(e).

Dated: May 29, 2025

Respectfully submitted,

By: _Roger A. Burlingame_
    Roger A. Burlingame
    Matthew L. Mazur
    DECHERT LLP
    Three Bryant Park
    1095 Avenue of the Americas
    New York, NY 10036
    Tel.: +1 212 698 3500
    roger.burlingame@dechert.com
    matthew.mazur@dechert.com

*Counsel for Defendant William Lonergan Hill*