

**Dechert LLP**
Three Bryant Park
1095 Avenue of the Americas
New York, NY  10036-6797
+1 212 698 3500  Main
+1 212 698 3599  Fax

**MATTHEW L. MAZUR**
*Partner*

Matthew.Mazur@dechert.com
+44 20 7184 7487 Direct

July 23, 2025

**BY ECF**

Hon. Denise L. Cote
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

   Re: *United States v. Keonne Rodriguez and William Lonergan Hill*, No. 24 Cr. 82 (DLC)

Dear Judge Cote,

In response to the Court's inquiry at yesterday's hearing, Mr. Hill will return to the United States on October 20, 2025, in preparation for the trial beginning on November 3, 2025.  Before and during the trial, Mr. Hill will reside with his sister at her home in Brooklyn, New York.

Consistent with past practice in this case, Mr. Hill and defense counsel will provide Mr. Hill's flight information to the Government, Pretrial Services, and the agents who have been monitoring him while on release.

| | |
|---|---|
| Dated: New York, New York<br>July 23, 2025 | Respectfully submitted,<br><br>By:  *Matthew L. Mazur*<br>      Matthew L. Mazur<br>      Roger A. Burlingame<br>      Dechert LLP<br>      Three Bryant Park<br>      1095 Avenue of the Americas<br>      New York, NY 10036<br>      Tel.: +1 212 698 3500<br>      matthew.mazur@dechert.com<br>      roger.burlingame@dechert.com |
| cc (by ECF): All Counsel of Record | *Counsel for Defendant William Lonergan Hill* |