

**DECHERT**

Dechert LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
+1 212 698 3500  Main
+1 212 698 3599  Fax

**MATTHEW L. MAZUR**
Partner

Matthew.Mazur@dechert.com
+44 20 7184 7487 Direct

July 23, 2025

BY ECF

Hon. Denise L. Cote
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

Re: *United States v. Keonne Rodriguez and William Lonergan Hill*, No. 24 Cr. 82 (DLC)

Dear Judge Cote,

In response to the Court's inquiry at yesterday's hearing, Mr. Hill will return to the United States on October 20, 2025, in preparation for the trial beginning on November 3, 2025. Before and during the trial, Mr. Hill will reside with his sister at her home in Brooklyn, New York.

Consistent with past practice in this case, Mr. Hill and defense counsel will provide Mr. Hill's flight information to the Government, Pretrial Services, and the agents who have been monitoring him while on release.

Dated: New York, New York
July 23, 2025

Respectfully submitted,

By: *Matthew L. Mazur*
    Matthew L. Mazur
    Roger A. Burlingame
    Dechert LLP
    Three Bryant Park
    1095 Avenue of the Americas
    New York, NY 10036
    Tel.: +1 212 698 3500
    matthew.mazur@dechert.com
    roger.burlingame@dechert.com

cc (by ECF): All Counsel of Record

*Counsel for Defendant William Lonergan Hill*

---

[Handwritten endorsement by the Court:]

The defendant shall return to the United States no later than September 8, 2025, and remain in the Southern or Eastern District of New York through trial. Should the defendant wish to be heard on this issue he shall advise the Court by July 25.

/s/ Denise Cote
7/23/25