**DECHERT**

Dechert LLP
25 Cannon Street
London EC4M 5UB
UK
+44 20 7184 7000  Main
+44 20 7184 7001  Fax
DX 30 London
www.dechert.com

Three Bryant Park
1095 Avenue of the Americas
New York, NY  10036-6797
United States of America
+1 212 698 3500  Main
+1 212 698 3599  Fax

Roger Burlingame
*Partner*

Roger.Burlingame@dechert.com
+44 20 7184 7333  Direct
+44 20 7184 7001  Fax

July 24, 2025

*Granted.*
*/s/ Denise Cote*
*7/24/25*

**BY ECF**

Hon. Denise L. Cote
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

      Re: ***United States v. Keonne Rodriguez & William Hill***, **No. 24 Cr. 82 (DLC)**

Dear Judge Cote,

      On behalf of Defendant William Hill, we write with respect to the Court's order directing Mr. Hill to return to the United States no later than September 8, 2025, and to remain in the Southern and Eastern Districts of New York through trial (ECF No. 132). For the purpose of allowing Mr. Hill to attend an important medical appointment in Lisbon, we respectfully request that he be permitted to travel to the United States on September 27, 2025.

      Since Mr. Hill's July 9, 2024, release on a bond to his home in Lisbon where he resides with his wife of 34 years, on conditions including real-time location monitoring by the case agents, travel restricted to Lisbon city limits, and a curfew between 7 p.m. and 6 a.m., Mr. Hill has had no violations of his conditions of release and has returned to New York for all three court appearances.

      On September 26, 2025, Mr. Hill is scheduled to attend an important eye examination in Lisbon. A record confirming the appointment is attached to this letter. As stated in the confirmation, Mr. Hill is under treatment for both glaucoma and for an extraretinal membrane that has developed over his retina. He sees the doctor with whom he is meeting on September 26th twice yearly, the appointments are booked six months in advance, and the doctor is unable to move the current appointment up to see Mr. Hill earlier. In addition to the importance of the continuance of care under the same physician to maintain his eyesight – the doctor is monitoring the progression of the conditions over the period between appointments – the visit and testing will be covered by Mr. Hill's Portuguese insurance, which would not cover equivalent testing in the United States.



      To allow Mr. Hill to maintain this appointment, we respectfully request that the Court permit him to remain in Lisbon for 19 days after September 8, returning to the United States on September 27, 2025. We thank the Court for its consideration.

Respectfully submitted,

*/s/ Roger A. Burlingame*

Roger A. Burlingame

Attachment

Cc: All Counsel of Record (by ECF)