Case 1:24-cr-00082-DLC     Document 138     Filed 07/25/25     Page 1 of 1



**DECHERT**

Dechert LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
+1 212 698 3500  Main
+1 212 698 3599  Fax

**MATTHEW L. MAZUR**
*Partner*

Matthew.Mazur@dechert.com
+44 20 7184 7487 Direct

July 25, 2025

**BY ECF**

Hon. Denise L. Cote
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

Approved.
*Denise Cote*
7/25/25

Re: *United States v. Keonne Rodriguez & William Hill*, No. 24 Cr. 82 (DLC)

Dear Judge Cote,

In response to the Court's directive at the hearing held on July 22, we have reviewed the materials in support of Defendant Hill's motion to determine what can be filed on the public record.

The basis for our sealing request was the Government's designation of certain documents as "Sealed Materials" under the protective order entered by Judge Berman on August 13, 2024 (ECF No. 47). After consultation with the Government, we have now filed all of the documents on the public docket, with redactions of personal email addresses and telephone numbers, names of non-parties, cryptocurrency wallet addresses, and subscriber information and web searches from Mr. Hill's personal Gmail account. The Government consents to these redactions, and the unredacted versions of these documents have been provided to the Court and to the Government.

We respectfully request that the Court authorize the limited redactions which are necessary to protect sensitive personal and financial information, including the information of non-parties, and do not unduly interfere with the public's right to access.

Respectfully submitted,

*/s/ Matthew L. Mazur*

Matthew L. Mazur

Cc: All Counsel of Record (by ECF)