```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                           :
UNITED STATES OF AMERICA,                  :      24cr82-2(DLC)
                                           :
          -v-                              :      ORDER
                                           :
WILLIAM LONERGAN HILL,                     :
                                           :
                    Defendant.             :
                                           :
------------------------------------------X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the sentencing in this matter scheduled for November 7, 2025 is adjourned to November 19, 2025 at 2:30 PM in Courtroom 18B, 500 Pearl Street.

Dated:   New York, New York
         November 5, 2025

                                   _____
                                            DENISE COTE
                                   United States District Judge