UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
  UNITED STATES OF AMERICA,             :          24cr82(DLC)
                                        :
                  -v-                   :          ORDER
                                        :
  WILLIAM LONERGAN HILL,                :
                                        :
                    Defendant.          :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

      Sentencing in this matter is scheduled for today.  It is

hereby

      ORDERED that the parties shall confer in advance of

sentencing as to whether a condition of supervised release

should be imposed along the lines of the attached.

Dated:    New York, New York
          November 19, 2025

                          _____
                                    DENISE COTE
                          United States District Judge

As an additional condition of supervised release, the defendant shall not:

Be employed by, associate with, provide consulting services to, derive any compensation from, or act as a principal or agent of any business, organization, or individual engaged in facilitating or promoting cryptocurrency transactions.