**DECHERT**

Dechert LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
United States of America

+1 212 698 3500 Main
+1 212 698 3599 Fax
www.dechert.com

25 Cannon Street
London EC4M 5UB
UK
+44 20 7184 7000 Main
+44 20 7184 7001 Fax
DX 30 London
www.dechert.com

November 21, 2025

**BY ECF**

**Roger Burlingame**

*Partner*

Hon. Denise L. Cote
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

Roger.Burlingame@dechert.com
+44 20 7184 7333 Direct
+44 20 7184 7001 Fax
+1 212 641 5682 Direct
+1 212 698 3599 Fax

Re: *United States v. William Hill*, 24 Cr. 82-2

Dear Judge Cote:

At the conclusion of yesterday's sentencing, Your Honor kindly asked Defendant William Hill if he wanted the Court to recommend a Bureau of Prisons facility close to his family in New York or one with specialized accommodations for his sensory hypersensitivity.

With our apologies for not reverting with our request yesterday, upon research, reflection and consultation with counsel, a prison specialist and his family, Mr. Hill respectfully requests a recommendation for designation to FCI Otisville, where he will hopefully be assigned to its minimum-security camp which, together with proximity to family, will best support his adjustment. While we anticipate that he will be placed into the Satellite Prison Camp, Mr. Hill recognizes that the Bureau of Prisons retains final authority to make a determination regarding his security designation.

We therefore respectfully request that the Court amend its judgment (ECF No. 163) to recommend to the Bureau of Prisons that Mr. Hill be designated to "FCI Otisville – Satellite Prison Camp." We greatly appreciate the Court's consideration.

*[Handwritten note:]* The Judgment of Conviction has the necessary requests for the Bureau of Prisons to consider. The Court declines to request a specific facility. /s/ Denise Cote 12/1/25

Dechert LLP is a limited liability partnership registered in England & Wales (Registered No. OC306029) and is authorised and regulated by the Solicitors Regulation Authority (SRA No. 389648). A list of the names of the members of Dechert LLP (who are solicitors or registered foreign lawyers) is available for inspection at our registered office at the above address. Dechert practices as a limited liability partnership or limited liability company other than in Hong Kong.

Dechert
LLP

Page 2

Respectfully submitted,

*/s/ Roger A. Burlingame*
Roger A. Burlingame

cc: All counsel of record (by ECF)