

## DECHERT

**Dechert LLP**
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
United States of America

+1 212 698 3500  Main
+1 212 698 3599  Fax
www.dechert.com

25 Cannon Street
London EC4M 5UB
UK
+44 20 7184 7000  Main
+44 20 7184 7001  Fax
DX 30 London
www.dechert.com

January 13, 2026

**BY ECF**

*Granted.*
*Denise Cote*
*√ 1/15/26*

Hon. Denise L. Cote
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

**Roger Burlingame**

*Partner*

Roger.Burlingame@dechert.com
+44 20 7184 7333  Direct
+44 20 7184 7001  Fax
+1 212 641 5682  Direct
+1 212 698 3599  Fax

Re: *United States v. William Hill*, 24 Cr. 82-2

Dear Judge Cote:

We write on behalf of Defendant William Lonergan Hill to respectfully request that the Court: (i) seal the portions of Mr. Hill's October 24, 2025, sentencing submission (ECF No. 155) that mention the surnames of his wife and family members in order to protect their safety and (ii) issue the attached Proposed Orders to CourtListener.com, an online archive that includes repositories of federal filings, to remove information the Court has sealed from the versions of docketed case materials that appear on its website. The government has no objection to these requests.

## Request to Seal Personal Information

We request the sealing of Mr. Hill's wife and family's surnames due to the prevalence and increasing cadence of violent kidnappings and extortion attempts seeking to obtain cryptocurrency from individuals known to possess it. *See e.g.*, "Waterboarding, sexual assault, disguises: Details of terrifying $2M B.C. bitcoin hostage-taking revealed," CBC News, November 21, 2025 *at* https://www.cbc.ca/news/canada/british-columbia/bitcoin-hostage-millions-cryptocurrency-9.6987994; "Another Arrest in Crypto Kidnapping and Torture Case," N.Y. Times, May 28, 2025 *at* https://www.nytimes.com/2025/05/28/nyregion/bitcoin-kidnapping-torture-arrest.html; "French Crypto Chiefs Step Up Security After String of Violent Kidnappings," N.Y. Times, May 29, 2025 *at* https://www.nytimes.com/2025/05/27/world/europe/france-crypto-kidnappings.html; "France charges 25 suspects in cryptocurrency abduction cases," The Guardian, June 2, 2025 *at* https://www.theguardian.com/technology/2025/jun/02/france-crypto-abduction-cases; "Daughter of crypto boss escapes Paris kidnapping attempt in latest series of attacks," CNN, May 14, 2025 *at* https://www.cnn.com/2025/05/14/europe/paris-kidnap-crypto-attack-intl. These crimes include the targeting of family members. *See, e.g.*, "Armed kidnappers steal $8M in crypto after holding family at gunpoint: Prosecutors," ABC News, September 25, 2025 *at* https://abcnews

Dechert LLP is a limited liability partnership registered in England & Wales (Registered No. OC306029) and is authorised and regulated by the Solicitors Regulation Authority (SRA No. 389648). A list of the names of the members of Dechert LLP (who are solicitors or registered foreign lawyers) is available for inspection at our registered office at the above address. Dechert practices as a limited liability partnership or limited liability company other than in Hong Kong.



January 13, 2026
Page 3

security and safety of Mr. Hill and his family, we respectfully request that the Court issue the attached Proposed Orders to CourtListener.com, requiring it to remove unredacted, sealed versions of the sentencing submissions from public access.

We also sincerely apologize for counsel's lack of foresight in not requesting the sealing of our sentencing submission at its filing and the additional work this has created for Your Honor.

Respectfully submitted,

*/s/ Roger A. Burlingame*
Roger A. Burlingame

cc: All counsel of record (by ECF)