UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | 24 Cr. 82 (DLC) |
| -v- | [PROPOSED] ORDER |
| WILLIAM LONERGAN HILL, | |
| *Defendant.* | |

DENISE COTE, District Judge:

Upon Defendant William Lonergan Hill's unopposed motion, and pursuant to Fed. R. Crim. P.

46(g), it is hereby ORDERED that:

1. The appearance bond is exonerated in full. All sureties are released from their

   obligations, and all property-based securities posted in connection with the bond are

   discharged to the extent permissible under U.S. law.

2. The United States Pretrial Services Office for the Southern District of New York shall

   return Mr. Hill's U.S. passport to his counsel or his counsel's designee at Dechert LLP:

   Roger A. Burlingame, Dechert LLP, Three Bryant Park, 1095 Avenue of the Americas,

   New York, NY 10036.

3. The Clerk of Court is directed to refund the $200,000 cash via a check made payable to

   Dechert LLP, and mailed to Roger A. Burlingame, Dechert LLP, Three Bryant Park,

   1095 Avenue of the Americas, New York, NY 10036.

4. The Government shall execute or provide any documents reasonably necessary to release

   and lift liens/encumbrances recorded against the Brooklyn, Portuguese and French

   properties in connection with Mr. Hill's bond.

*Denise Cote*
1/21/26

Dated: New York, New York
      January __, 2026

                                  _____

                                       DENISE COTE
                                United States District Judge