UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

WILLIAM LONERGAN HILL,

*Defendant.*

24 Cr. 82 (DLC)

~~[PROPOSED]~~ ORDER

DENISE COTE, District Judge:

Upon Defendant William Lonergan Hill's unopposed motion, upon the Court's January 21, 2026 Order (ECF No. 173) exonerating Mr. Hill's appearance bond in full, and pursuant to Fed. R. Crim. P. 46(g), it is hereby ORDERED that:

1. The voluntary mortgage deed executed and recorded as Ap. 2652 on July 12, 2024 in favor of the Clerk of the United States District Court for the Southern District of New York on Fraction G of the urban building located at Rua Dom Duarte, no. 2, 2nd floor left, parish of Santa Maria Maior, municipality of Lisbon, Portugal, described in the Lisbon Land Registry under no. 42 of the parish of Santa Justa, and registered in the urban property registry under article 580 of the parish of Santa Maria Maior (the "Portuguese Apartment"), annexed hereto as Exhibits 1 and 2, is discharged to the extent permissible under U.S. law.
2. This Court has no outstanding claims against the owners of the Portuguese Apartment arising from the bond or the voluntary mortgage.
3. The cancellation of the voluntary mortgage registration with the Lisbon Land Registry is hereby authorized.

4. The Clerk of Court is directed to (a) issue a certified copy of this Order and its annexed Exhibits to counsel for Mr. Hill and (b) affix an apostille to such copy pursuant to the Hague Convention of October 5, 1961, the Clerk of the United States District Court for the Southern District of New York being a competent authority designated under Article 6 of that Convention.

5. The Government shall execute or provide any documents reasonably necessary to facilitate the cancellation of the voluntary mortgage registration with the Lisbon Land Registry.

Dated: New York, New York
July 30, 2026

Denise Cote

DENISE COTE
United States District Judge