UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>WILLIAM LONERGAN HILL,<br><br>*Defendant.* | 24 Cr. 82 (DLC)<br><br>~~[PROPOSED]~~ ORDER |

DENISE COTE, District Judge:

Upon Defendant William Lonergan Hill's unopposed motion, upon the Court's January 21, 2026 Order (ECF No. 173) exonerating Mr. Hill's appearance bond in full, and pursuant to Fed. R. Crim. P. 46(g), it is hereby ORDERED that:

1. The voluntary mortgage deed executed and recorded as Ap. 2652 on July 12, 2024 in favor of the Clerk of the United States District Court for the Southern District of New York on Fraction G of the urban building located at Rua Dom Duarte, no. 2, 2nd floor left, parish of Santa Maria Maior, municipality of Lisbon, Portugal, described in the Lisbon Land Registry under no. 42 of the parish of Santa Justa, and registered in the urban property registry under article 580 of the parish of Santa Maria Maior (the "Portuguese Apartment"), annexed hereto as Exhibits 1 and 2, is discharged to the extent permissible under U.S. law.
2. This Court has no outstanding claims against the owners of the Portuguese Apartment arising from the bond or the voluntary mortgage.
3. The cancellation of the voluntary mortgage registration with the Lisbon Land Registry is hereby authorized.

4. The Clerk of Court is directed to (a) issue a certified copy of this Order and its annexed Exhibits to counsel for Mr. Hill and (b) affix an apostille to such copy pursuant to the Hague Convention of October 5, 1961, the Clerk of the United States District Court for the Southern District of New York being a competent authority designated under Article 6 of that Convention.

5. The Government shall execute or provide any documents reasonably necessary to facilitate the cancellation of the voluntary mortgage registration with the Lisbon Land Registry.

Dated: New York, New York
July 30, 2026

Denise Cote

DENISE COTE
United States District Judge

# EXHIBIT 1

Enclosure 1

S. R.

**PROCURADORIA-GERAL DA REPÚBLICA**

Ref.ª/réf./ref.

## APOSTILLE

**Convention de La Haye du 5 octobre 1961**

1. País/Pays/Country: **Portugal**
   Este documento público/Le présent acte public/This public document
2. Foi assinado por/a été signé par/has been signed by **karina Leandro**
3. Agindo na qualidade de/agissant dans la qualité de/acting in the capacity of **Advogada-Estagiária 49403L**
4. E tem o selo de/est revêtu du sceau de/bears the seal of **karina Leandro**

**Reconhecido/Attesté/Certified**

5. Em/à/at **Lisboa**
6. A /le /the **15 de julho de 2024**
7. Pela Procuradora-Geral da República /par le Procureur général de la République/by the Attorney General
8. Sob o nº /sous le nº /Nº **18676-2024**
9. Selo/sceau/seal
10. Assinatura/signature/signature

Lucília Maria das Neves Franco Morgadinho Gago

*A presente Apostila apenas certifica a assinatura, a qualidade em que o signatário do ato atuou e o selo/carimbo que consta do ato. Não certifica o conteúdo do documento para o qual foi emitida.*

*Cette Apostille ne certifie que la signature, la qualité en laquelle le signataire de l'acte a agi et le sceau/timbre dont cet acte est revêtu. Elle ne certifie pas le contenu du document pour lequel elle a été émise.*

*This Apostille only certifies the signature, the capacity of the signer and the seal/stamp it bears. It does not certify the content of the document for which it was issued.*

*La presente Apostilla sólo certifica la firma, la capacidad del signatario y el sello/timbre que ostenta. La Apostilla no certifica el contenido del documento para el cual se expidió.*

## TRANSLATION CERTIFICATE

**KARINA LEANDRO**, Trainee Lawyer, holder of professional card number 49403LE, issued by the Portuguese Bar Association, registered since 09/10/2023, with office at Rua Luciano Cordeiro, 123, 4º esq, 1050-139 Lisboa, and at her professional address in Lisbon.-----------

## I HEREBY CERTIFY

That on the twelfth of July of the year two thousand and twenty-four, TATIANA VANESSA AFONSO LOUREIRO, single, of legal age, of Portuguese nationality, NIF 263954781, holder of Citizen Card number 14200112 0 ZY1, issued by the Portuguese Republic and valid until 16/01/2030, with professional domicile at Rua Luciano Cordeiro, 123, 4º Esq, 1050-139 Lisbon, who has declared to me on oath that the attached translation, which was made by her, is the correct and faithful translation of the document written in Portuguese, taking full responsibility for it. ------------------------------------------------------------------------------------------

The document written in Portuguese, the translation into English and this certificate are duly signed by the translator and myself. ----------------------------------------------------------------------

I have verified the identity of the grantor by looking at the citizen card indicated above. ------

This certification is carried out under the terms of Article 38 of Decree-Law 76-A/2006 of 29.03 and Ministerial Order 675-B/2006 of 29.06, so it has the same probative force as if the act had been carried out with the intervention of a notary. -----------------------------------------

Lisbon, July 12th 2024.

Registered at the O.A. on 2024/07/12

With number 49403LE/68

No emoluments

The Translator,

The Trainee Lawyer,

**Karina Leandro**
**Advogada Estagiária CP 49403L**
**Rua Luciano Cordeiro, 123, 4º Esq**
**1050-139 Lisboa**

Rua Luciano Cordeiro, n.º 139, 4º Esq., 1050-139 Lisboa | Avenida da Liberdade, n.º 90, 1º andar, Escritório B, 8200-002 Albufeira
PORTUGAL
Tel: (+351) 213 530 274 / (+351) 913 868 699
geral@cntavocats.com

Karina Leandro
Advogada Estagiária - CP 49403L
Rua Luciano Cordeiro, 123, 4º Esq
1050-139 Lisboa

NOTÁRIO
Joaquim António Barata Lopes

## CERTIDÃO

----- Eu, abaixo assinada, **Sónia Cristina Castro Queirós Trabulo**, colaboradora inscrita sob o número 1/18, do notário **Joaquim António Barata Lopes**, por ele devidamente autorizada, conforme foi devidamente publicitado no sitio da Ordem dos Notários em 08 de Janeiro de 2021, no uso da competência delegada, certifico que a presente fotocópia está conforme ao original e foi extraída neste Cartório, da escritura exarada de folhas **cento e quarenta e cinco** a folhas **cento e quarenta e sete** do livro de notas para escrituras diversas número **QUINHENTOS E DEZASSETE – A.** ---------------------------------------------------------------------------

----- Contém *três folhas,* impressas frente e verso as quais têm aposto o selo branco em uso neste cartório. ----------------------------------------------

----- Lisboa, doze de Julho de dois mil e vinte e quatro. --------------------

Conta incluída na factura n.º 1782/2024

Foi emitido recibo.

Karina Leandro
Advogada Estagiária - CP 49403L
Rua Luciano Cordeiro, 123, 4º Esq
1050-139 Lisboa

Livro 517-A
Folha 145

# HIPOTECA

----------- No dia *doze de Julho de dois mil e vinte e quatro*, no meu **Cartório Notarial**, sito na Avenida da Liberdade, número sessenta e sete - B, terceiro andar, em **Lisboa**, perante mim, Notário **Joaquim António Barata Lopes**, compareceu como outorgante: ----------------------------------

----------- *Vítor Manuel Alves Costa*, casado, natural de Lisboa, freguesia de São Sebastião da Pedreira, com domicílio profissional na Rua Luciano Cordeiro, nº 123, 4º esquerdo, Lisboa. ------------------------------------------

----------- Outorga na qualidade de **procurador** em representação de: ------

----------- **William Lonergan Hill**, NIF 316.691.879, natural dos Estados Unidos da América, de nacionalidade norte-americana, e mulher, **Sabrina** , NIF 316.690.679, natural da Argélia, de nacionalidade francesa, casados no regime francês da comunhão de adquiridos, residentes na Rua D. Duarte, nº 2, 2º esquerdo, freguesia de Santa Maria Maior, em Lisboa.--- ------------------------------------------------------------------------

**Verifiquei:** -------------------------------------------------------------------

----------- **a)** A **identidade** do outorgante pela exibição do cartão de cidadão com o número de identificação civil 10035104, válido até 24 de Fevereiro de 2030; ---------------------------------------------------------------

----------- **b)** A **qualidade** do outorgante por duas procurações, que já se encontram arquivadas a instruir a escritura exarada a folhas *cento e três e seguintes do respectivo livro de notas, com o número quinhentos e dezasseis – A*. ------------------------------------------------------------------

**DECLAROU O OUTORGANTE:** ------------------------------------------

----------- Que os seus representados são proprietários da **fracção**

Karina Leandro
Advogada Estagiária - CP 49403L
Rua Luciano Cordeiro, 123, 4º Esq
1050-139 Lisboa

**autónoma** individualizada pela letra "G", correspondente ao *segundo andar esquerdo*, destinado a habitação, do prédio urbano, sito na Rua D. Duarte, nºs 2, 2-A, 2-B, e 2-C e Rua João das Regras, nºs 6, 6-A, e 6-B, Santa Justa, em Lisboa, descrito na **Conservatória do Registo Predial de Lisboa** sob o número **quarenta e dois**, da freguesia de Santa Justa, afecto ao regime da propriedade horizontal registada pela apresentação *vinte e quatro, de vinte e sete de Junho de mil novecentos e noventa (e respectivas alterações pelas apresentações novecentos e sessenta e um, de vinte e dois de Dezembro de dois mil e onze; mil quatrocentos e oitenta, de dezasseis de Abril de dois mil e catorze; mil e setenta e dois, de vinte e oito de Julho de dois mil e catorze; dois mil oitocentos e dezasseis, de sete de Agosto de dois mil e quinze; e três mil seiscentos e vinte e sete, de dez de Março de dois mil e dezassete)*, com a aquisição registada a favor dos seus representados pela apresentação *cinco mil novecentos e treze, de vinte e nove de Março de dois mil e vinte e três (e respectivo averbamento oficioso de rectificação de quatro de Abril de dois mil e vinte e três)*, prédio inscrito na respectiva matriz da freguesia de **Santa Maria Maior** sob o artigo **580**. ----------------

------------ Que, no âmbito do processo que corre contra o seu representado, **William Lonergan Hill**, no Tribunal do Distrito Sul de Nova Iorque, Estados Unidos da América, foi o mesmo notificado para, como garantia da fiança a prestar junto do Escrivão do mencionado tribunal, prometer hipotecar e hipotecar a fracção supra identificada. ------------------------------

-------------- Que, assim, através da presente escritura, em nome dos seus representados, unilateralmente, **CONSTITUI HIPOTECA VOLUNTÁRIA**, em primeiro grau, sobre a fracção autónoma supra

Karina Leandro
Advogada Estagiária - CP 49403L
Rua Luciano Cordeiro, 123, 4º Esq
1050-139 Lisboa

Livro 517-A
Folha 146

identificada, a favor do *Escrivão do Tribunal do Distrito Sul do Estado de Nova Iorque (Estados Unidos da América),* destinada a garantir o bom pagamento do montante de **três milhões de dólares norte americanos** (correspondente a ***dois milhões setecentos e sessenta e três mil seiscentos e noventa euros,*** *à taxa de câmbio do Banco de Portugal, no dia de hoje, que é de zero vírgula nove dois um dois três),* como fiança para libertação do seu representado **William Lonergan Hill,** no processo que corre contra este no Tribunal do Distrito Sul de Nova Iorque (Estados Unidos da América. --

----------- Que em nome dos seus representados constitui hipoteca com toda a plenitude legal, sobre o Imóvel supra identificado, de que os seus representados são proprietários, livre de qualquer ónus ou encargos, e, abrangendo todas as suas benfeitorias, pertenças e acessões, presentes e futuras, bem como as indemnizações por sinistro, expropriação, ou quaisquer outras que o credor hipotecário poderá receber diretamente de quem competir, até integral cumprimento das responsabilidades asseguradas pela hipoteca aqui constituida. -----------------------------------

----------- Que, quando necessário, os seus representados obrigam-se a requerer junto da competente Conservatória todos os averbamentos, retificações e registos necessários à identificação correta e atualizada do Imóvel hipotecado.-----------------------------------------------------------

----------- Que o Escrivão do Tribunal Distrital dos Estados Unidos do Distrito Sul de Nova Iorque poderá promover a execução da hipoteca logo que o representado do outorgante **Wiliam Lonergan Hill** esteja em incumprimento.-----------------------------------------------------------

----------- Que a hipoteca poderá ser executada quando e se forem violadas

Mod. 502 - Tip. Tipomar, Lda. - Tomar

Karina Leandro
Advogada Estagiária - CP 49403L
Rua Luciano Cordeiro, 123, 4º Esq
1050-139 Lisboa

quaisquer condições da fiança impostas pelo Tribunal Distrital dos Estados Unidos do Distrito Sul de Nova Iorque a William Lonergan Hill. -------------

------------ Que todas as despesas e encargos decorrentes da celebração da constituição da hipoteca ora constituída, dos atos de registo da hipoteca, bem como o cumprimento de todas as obrigações fiscais inerentes, são da responsabilidade dos seus representados.------------------------------------------

------------ Que os seus representados comprometem-se a entregar cópia da documentação referente ao registo, de modo a comprovar o mesmo. ---------

------------ Que, assim, o limite das responsabilidades garantidas pela hipoteca ora constituída (e montante máximo assegurado) é de **três milhões de dólares norte americanos.** ---------------------------------------------------

------------ Que se encontra registada a promessa de oneração cuja hipoteca prometido aqui se titula, pela apresentação *dois mil setecentos e vinte e oito, de vinte e quatro de Junho de dois mil e vinte e quatro,* pelo que vai ser cancelada a correspondente inscrição de promessa de oneração referida, servindo a presente escritura de título para o efeito. ---------------------------

**Assim o outorgou.** -----------------------------------------------------------

***Arquiva-se:*** ------------------------------------------------------------------

------------ Certidão permanente online com o código PP-2955-38368-110631-000042, por onde verifiquei os elementos prediais. ------------------

------------ ***Foi exibida***: Caderneta predial urbana do Terceiro Serviço de Finanças de Lisboa, obtida via internet em 20 de Junho de 2024, pela qual verifiquei as referências matriciais -------------------------------------------- .

------------ ***Consigna-se*** que foi liquidado e cobrado, neste acto, imposto do selo previsto na verba 10.3 da TGIS, no montante de 16.582,14€. ------------

Karina Leandro
Advogada Estagiária - CP 49403L
Rua Luciano Cordeiro, 123, 4° Esq
1050-139 Lisboa

Livro 517-A
Folha 147

----------- ***Foi feita*** ao outorgante a leitura e explicação do conteúdo da presente escritura. ------------------------------------------------------------------

. Vitor Manuel Alves cost

O Notário,

*Factura nº* 1782 *Registo nº* 1708

Mod. 502 - Tip. Tipomar, Lda. - Tomar

Karina Leandro
Advogada Estagiária - CP 49403L
Rua Luciano Cordeiro, 123, 4º Esq
1050-139 Lisboa

(notary logo)

**Joaquim António Barata Lopes**

# CERTIFICATE

I, the undersigned, **Sónia Cristina Castro Queirós Trabulo,** collaborator registered under number 1/18, of the notary **Joaquim António Barata Lopes,** duly authorized by him, as duly published on the website of the Order of Notaries on January 8, 2021, in the use of delegated competence, certify that this photocopy conforms to the original and was extracted in this Notary's Office, from the deed drawn up from sheets **one hundred and forty five** to sheets **one hundred and forty seven** of the book of notes for miscellaneous deeds number **FIVE HUNDRED AND SEVENTEE- A.**

It contains three pages, front and back, which have the white seal in use in this registry office affixed.

Lisbon, July twelfth, two thousand and twenty-four.

(Signature of Sónia Cristina Castro Queirós Trabulo)

Account included in invoice no. 1782/2024

Receipt issued

Karina Leandro
Advogada Estagiária - CP 49403L
Rua Luciano Cordeiro, 123, 4º Esq
1050-139 Lisboa

Book 517-A
Sheet 145

# MORTGAGE

------------On July 12, two thousand and twenty-four, at my Notary's Office, located at Avenida da Liberdade, number sixty-seven - B, third floor, in Lisbon, before me, Notary Joaquim António Barata Lopes, appeared as signatory: ---------------------------------------------------------------

------------*Vítor Manuel Alves Costa,* married, born in Lisbon, parish of São Sebastião da Pedreira, with professional address at Rua Luciano Cordeiro, nº 123, 4º esquerdo, Lisbon. -------------------------------------------------------

------------Granted as proxy on behalf of: ---------------------------------------

------------William Lonergan Hill, NIF 316.691.879, born in the United States of America, of US nationality, and his wife, Sabrina
NIF 316.690.679, born in Algeria, of French nationality, married under the French community of property regime, residing at Rua D. Duarte, nº 2, 2ºesq, parish of Santa Maria Maior, in Lisbon.-----------------------------------

**I checked**:--------------------------------------------------------------------------

------------**a)** The identity of the signatory by showing the citizen's card with the civil identification number 10035104, valid until February 24, 2030;------------------------------------------------------------------------------

------------**b)** The quality of the signatory by two powers of attorney, which are already filed to instruct the deed drawn up on pages one hundred and three of the respective book of notes, with the number five hundred and sixteen - A. --------------------------------------------------------------------------

**THE SIGNATORY DECLARED**:---------------------------------------------

------------That his represented are the owners of the autonomous fraction

Karina Leandro
Advogada Estagiária - CP 49403L
Rua Luciano Cordeiro, 123, 4º Esq
1050-139 Lisboa

identified by the letter "G", corresponding to the second left floor, intended for habitation, of the urban building, located at Rua D. Duarte, nºs 2, 2-A, 2-B, and 2-C and Rua João das Regras, nºs 6, 6-A, and 6-B, Santa Justa, in Lisbon, described in the Lisbon Land Registry under number forty-two, of the parish of Santa Justa, subject to the horizontal property regime registered by presentation twenty-four, of twenty-seven June one thousand nine hundred and ninety (and respective alterations by presentations nine hundred and sixty-one, of twenty-two December two thousand eleven; one thousand four hundred and eighty, of sixteen April two thousand fourteen; one thousand seventy-two, of twenty-eight July two thousand fourteen; two thousand eight hundred and sixteen, of seven August two thousand fifteen; and three thousand six hundred and twenty-seven, dated the tenth of March of two thousand and seventeen), with the acquisition registered in favour of those represented by the presentation of five thousand nine hundred and thirteen, dated the twenty-ninth of March of two thousand and twenty-three (and respective annotation of rectification dated the fourth of April of two thousand and twenty-three), a building inscribed in the respective matrix of the parish of Santa Maria Maior under article 580. ------------------------------

------------ That, in the context of the proceedings against his represented party, William Lonergan Hill, in the Court of the Southern District of New York, United States of America, he was notified, as security for the bail to be given before the Clerk of the said court, to promise to mortgage and mortgage the above-mentioned property. ----------------------------------------

-------------- That, therefore, on behalf of its represented parties, by means of this deed, on their behalf, unilaterally, he CONSTITUTES A VOLUNTARY MORTGAGE, in the first degree, over the autonomous fraction identified above, in favor of the Clerk of the Court of the Southern

Karina Leandro
Advogada Estagiária - CP 49403L
Rua Luciano Cordeiro, 123, 4º Esq
1050-139 Lisboa



District of the State of New York (United States of America), destined to guarantee the proper payment of the sum of three million US dollars (corresponding to two million seven hundred and sixty-three thousand six hundred and ninety euros, at today's Banco de Portugal exchange rate, which is zero point nine two one two three), as bail for the release of its represented party William Lonergan Hill, in the proceedings against him in the Southern District Court of New York (United States of America). -----------

---- --------That on behalf of its represented parties, he constitutes a fully legal mortgage, on the Property identified above, of which his represented parties are the owners, free of any liens or charges, and, covering all its improvements, belongings and accessions, present and future, as well as the indemnities for claims, expropriation, or any others that the mortgagee may receive directly from whomever competes, until full fulfilment of the responsibilities ensured by the mortgage constituted herein.-------------------

------------That, when necessary, their represented parties undertake to request from the competent Registry Office all the amendments, rectifications and registrations necessary for the correct and up-to-date identification of the Mortgaged Property.----------------------------------------

------------That the Clerk of the United States District Court for the Southern District of New York may proceed to foreclose the mortgage as soon as the represented party of the signatory, William Lonergan Hill, is in default.---------------------------------------------------------------------------------

------------The mortgage may be executed when and if any bail conditions imposed by the United States District Court for the Southern District of

Karina Leandro
Advogada Estagiária - CP 49403L
Rua Luciano Cordeiro, 123, 4º Esq
1050-139 Lisboa

New York on William Lonergan Hill are violated. ------------------------------

------------That all expenses and charges arising from the close of the constitution of the mortgage hereby constituted, the acts of registration of the mortgage, as well as the fulfillment of all inherent tax obligations, are the responsibility of his represented parties. --------------------------------------

------------That their represented parties undertake to deliver a copy of the documentation relating to the registration, in order to prove it.-----------------

------------ That, therefore, the limit of the liabilities guaranteed by the mortgage set up (and the maximum amount guaranteed) is three million US dollars. ---------------------------------------------------------------------------------

------------That the promise of encumbrance whose mortgage is herein titled is registered by presentation two thousand seven hundred and twenty-eight, of June twenty-four, two thousand and twenty-four, and therefore the corresponding registration of the aforementioned promise of encumbrance will be canceled, with this deed serving as a title to that effect. ----------------

**This is how he granted it.** --------------------------------------------------------

***It is archived:*** ---------------------------------------------------------------------

------------Permanent online certificate with code PP-2955-38368-110631-000042, where I checked the property elements. --------------------------------

------------***It was shown***: Urban land Registry of the Third Finance Department of Lisbon, obtained via internet on June 20, 2024, through which I verified the land registry references--------------------------------------

------------***It is noted*** that stamp duty under item 10.3 of the TGIS, in the amount of €16,841.34, was paid and collected in this act.-----------------------

Karina Leandro
Advogada Estagiária - CP 49403L
Rua Luciano Cordeiro, 123, 4º Esq
1050-139 Lisboa

Book 517-A
Sheet 147

------------**The signatory** was given a reading and explanation of the contents of this deed. --------------------------------------------------------------

. (Signatory's signature)

**The Notary,**

(Notary's signature)

*Invoice no.* 1782 *Registration no.* 1708

ORDEM DOS ADVOGADOS

**REGISTO ONLINE DOS ACTOS DOS ADVOGADOS**
Artigo 38.º do Decreto-Lei n.º 76-A/2006, de 29-03
Portaria n.º657-B/2006, de 29-06

**Dr.(a) Karina Leandro**
CÉDULA PROFISSIONAL: 49403LE
IDENTIFICAÇÃO DA NATUREZA E ESPÉCIE DO ACTO
Certificação de traduções de documentos
IDENTIFICAÇÃO DOS INTERESSADOS
Tatiana Vanessa Afonso Loureiro
Cartão de Cidadão nº. 142001120ZY1
EXECUTADO A: 2024-07-12 12:25
REGISTADO A: 2024-07-12 13:01
COM O Nº: 49403LE/68

Poderá consultar este registo em http://oa.pt/atos
usando o código 46813216-992323

**Karina Leandro**
**Advogada Estagiária - CP 49403L**
**Rua Luciano Cordeiro, 123, 4º Esq**
**1050-139 Lisboa**

# EXHIBIT 2

Enclosure 2

S. R.

**PROCURADORIA-GERAL DA REPÚBLICA**

Ref.ª/réf./ref.

## APOSTILLE

**Convention de La Haye du 5 octobre 1961**

1. País/Pays/Country: **Portugal**
   Este documento público/Le présent acte public/This public document
2. Foi assinado por/a été signé par/has been signed by **karina Leandro**
3. Agindo na qualidade de/agissant dans la qualité de/acting in the capacity of **Advogada-Estagiária 49403L**
4. E tem o selo de/est revêtu du sceau de/bears the seal of **karina Leandro**

**Reconhecido/Attesté/Certified**

5. Em/à/at **Lisboa**
6. A /le /the **15 de julho de 2024**
7. Pela Procuradora-Geral da República /par le Procureur général de la République/by the Attorney General
8. Sob o nº /sous le nº /Nº **18675-2024**
9. Selo/sceau/seal
10. Assinatura/signature/signature

Lucília Maria das Neves Franco Morgadinho Gago

*A presente Apostila apenas certifica a assinatura, a qualidade em que o signatário do ato atuou e o selo/carimbo que consta do ato. Não certifica o conteúdo do documento para o qual foi emitida.*

*Cette Apostille ne certifie que la signature, la qualité en laquelle le signataire de l'acte a agi et le sceau/timbre dont cet acte est revêtu. Elle ne certifie pas le contenu du document pour lequel elle a été émise.*

*This Apostille only certifies the signature, the capacity of the signer and the seal/stamp it bears. It does not certify the content of the document for which it was issued.*

*La presente Apostilla sólo certifica la firma, la capacidad del signatario y el sello/timbre que ostenta. La Apostilla no certifica el contenido del documento para el cual se expidió.*

Rua da Escola Politécnica, n.º 140 1269-269 LISBOA PORTUGAL * Telf.: 21 392 19 00 * 21 394 98 00 * Fax: 21 397 52 55
E-mail: correiopgr@pgr.pt

Enclosure 2

## TRANSLATION CERTIFICATE

**KARINA LEANDRO,** Trainee Lawyer, holder of professional card number 49403LE, issued by the Portuguese Bar Association, registered since 09/10/2023, with office at Rua Luciano Cordeiro, 123, 4º esq, 1050-139 Lisboa, and at her professional address in Lisbon.-----------

## I HEREBY CERTIFY

That on the twelfth of July of the year two thousand and twenty-four, TATIANA VANESSA AFONSO LOUREIRO, single, of legal age, of Portuguese nationality, NIF 263954781, holder of Citizen Card number 14200112 0 ZY1, issued by the Portuguese Republic and valid until 16/01/2030, with professional domicile at Rua Luciano Cordeiro, 123, 4º Esq, 1050-139 Lisbon, who has declared to me on oath that the attached translation, which was made by her, is the correct and faithful translation of the document written in Portuguese, taking full responsibility for it. ----------------------------------------------------------------------------------------

The document written in Portuguese, the translation into English and this certificate are duly signed by the translator and myself. --------------------------------------------------------------------

I have verified the identity of the grantor by looking at the citizen card indicated above. ------

This certification is carried out under the terms of Article 38 of Decree-Law 76-A/2006 of 29.03 and Ministerial Order 675-B/2006 of 29.06, so it has the same probative force as if the act had been carried out with the intervention of a notary. ----------------------------------------

Lisbon, July 12th 2024.

Registered at the O.A. on 2024/07/12

With number 49403LE/69

No emoluments

The Translator,

Tatiana Loureiro

The Trainee Lawyer,

**Karina Leandro**
**Advogada Estagiária - CP 49403L**
**Rua Luciano Cordeiro, 123, 4º Esq**
**1050-139 Lisboa**

Karina Leandro
Advogada Estagiária - CP 49403L
Rua Luciano Cordeiro, 123, 4º Esq
1050-139 Lisboa

registo predial online

# Certidão Permanente

Código de acesso: PP-2955-38368-110631-000042

## DESCRIÇÃO FRACÇÃO AUTÓNOMA

COMPOSIÇÃO:
SEGUNDO ANDAR ESQUERDO - Habitação.

O(A) Conservador(a)
Aurora da Conceição Reis Magno

## INSCRIÇÕES - AVERBAMENTOS - ANOTAÇÕES

AP. 24 de 1990/06/27 - Constituição da Propriedade Horizontal

---

Conservatória do Registo Predial de Mafra.
AP. 961 de 2011/12/22 11:24:33 UTC - Alteração de Propriedade Horizontal
Registado no Sistema em: 2011/12/22 11:24:33 UTC

---

1ª Conservatória do Registo Predial de Loures.
AP. 1480 de 2014/04/16 14:40:14 UTC - Alteração de Propriedade Horizontal
Registado no Sistema em: 2014/04/16 14:40:14 UTC

---

Conservatória do Registo Civil, Predial, Comercial e Automóveis de Bombarral
AP. 3627 de 2017/03/10 17:10:29 UTC - Alteração de Propriedade Horizontal
Registado no Sistema em: 2017/03/10 17:10:29 UTC

---

2ª Conservatória do Registo Predial de Leiria
AP. 3675 de 2017/10/04 17:40:50 UTC - Aquisição
Registado no Sistema em: 2017/10/04 17:40:50 UTC

CAUSA : Compra

SUJEITO(S) ATIVO(S):

** M. PESTANA - INVESTIMENTOS IMOBILIÁRIOS, UNIPESSOAL, LDA
NIPC 510164986
Sede: Rua Jau, nº 54, Alcântara, Lisboa

SUJEITO(S) PASSIVO(S):

** MARGARIDA JUDITE DA CUNHA BRUNO NAUGTON SIMÃO PESTANA
NIF 186001240

INSCRIÇÕES - AVERBAMENTOS - ANOTAÇÕES

O(A) Notário(a)
Diamantino Rodrigues Matias

---

Conservatória do Registo Predial de Seixal
AP. 5913 de 2023/03/29 17:04:36 UTC - Aquisição
Registado no Sistema em: 2023/03/29 17:04:36 UTC

CAUSA : Compra

SUJEITO(S) ATIVO(S):

** WILLIAM LONERGAN HILL
NIF 316691879
Nacionalidade NORTEAMERICANA
Casado/a com SABRINA
Morada: 31 Avenue D'Italie, 75013, Paris,
Localidade: França

SUJEITO(S) PASSIVO(S):

** M. PESTANA - INVESTIMENTOS IMOBILIÁRIOS, UNIPESSOAL, LDA
NIPC 510164986

sujeitos ativos casados no regime francês de comunhão de adquiridos

O(A) Conservador(a) de Registos em Substituição
Isabel Maria Delgado Amaro

---

Conservatória do Registo Predial de Seixal
OFICIOSO
AVERB. - OF. de 2023/04/04 19:21:58 UTC - Rectificação
Registado no Sistema em: 2023/04/04 19:21:58 UTC
DA APRESENT. 5913 de 2023/03/29 - Aquisição

SUJEITO(S) ATIVO(S):

** WILLIAM LONERGAN HILL
NIF 316691879
Nacionalidade NORTEAMERICANA
Casado/a com SABRINA
** SABRINA
NIF 316690679
Nacionalidade FRANCESA
Casado/a com WILLIAM LONERGAN HILL

O(A) Conservador(a) de Registos em Substituição
Isabel Maria Delgado Amaro

---

Conservatória do Registo Predial de Agualva-Cacém
AP. 2728 de 2024/06/24 15:21:59 UTC - Promessa de Oneração
Registado no Sistema em: 2024/06/24 15:21:59 UTC

SUJEITO(S) ATIVO(S):

** ESCRIVÃO DO TRIBUNAL DO DISTRITO SUL DO ESTADO DE NOVA IORQUE (ESTADOS UNIDOS DA AMÉRICA)
Sede: ESTADOS UNIDOS DA AMÉRICA

Advogada Estagiária - CP 49403L
Rua Luciano Cordeiro, 123, 4º Esq
1050-139 Lisboa

INSCRIÇÕES - AVERBAMENTOS - ANOTAÇÕES

HIPOTECA VOLUNTÁRIA

FUNDAMENTO: Garantir o bom pagamento do montante de três milhões de dólares norte americanos (correspondente a dois milhões setecentos e noventa e oito mil setecentos e sessenta euros), como fiança a prestar junto do Escrivão do mencionado tribunal, para libertação de William Lonergan Hill, no processo que corre contra este no Tribunal do Distrito Sul de Nova Iorque ( Estados Unidos da América), se assim for ordenado pelo Tribunal.

O(A) Conservador(a) de Registos em Substituição
Elisa Maria Farinha Alves

---

REGISTOS PENDENTES

Conservatória do Registo Predial de Agualva-Cacém
AP. 2652 de 2024/07/12 - Hipoteca Voluntária

Conservatória do Registo Predial de Agualva-Cacém
AP. 2653 de 2024/07/12 - Cancelamento

---

Certidão permanente disponibilizada em 19-06-2024 e válida até 19-12-2024

Katrina Leandro
Advogada Estagiária - CP 49403L
Rua Luciano Cordeiro, 123, 4º Esq
1050-139 Lisboa



registo predial
online

Permanent Certificate
Access code: PP-2955-38368-110631-000042

**DESCRIPTION AUTONOMOUS FRICTION**

**COMPOSITION:**

SECOND FLOOR LEFT - RESIDENTIAL

The Conservative

Aurora da Conceição Reis Magno

**REGISTRATION - AMENDMENTS – ANNOTATIONS**

AP. 24 of 1990/06/27- Constitution of horizontal property

---

Mafra Land Registry Office

AP. 961 of 2011/12/22 11:24:33 UTC - Alteration of Horizontal Property

Registered in the system at: 2011/12/22 11:24:33 UTC

---

1st Land Registry Office of Loures.

AP. 1480 of 2014/04/16 14:40:14 UTC - Alteration of Horizontal Property

Registered in the System on: 2014/04/16 14:40:14 UTC

---

Civil, Land, Commercial and Automobile Registry Office of Bombarral

AP. 3627 of 2017/03/10 17:10:29 UTC - Alteration of Horizontal Property

Registered in the System on: 2017/03/10 17:10:29 UTC

---

2nd Land Registry Office of Leiria

AP. 3675 of 2017/10/04 17:40:50 UTC – Acquisition

Advogada Estagiária - CP 49403L
Rua Luciano Cordeiro, 123, 4º Esq
1050-139 Lisboa



Registered in the System on: 2017/10/04 17:40:50 UTC

Cause: Acquisition
Active Subject:
** M. PESTANA - INVESTIMENTOS IMOBILIÁRIOS, UNIPESSOAL, LDA
NIPC 510164986
HEAD OFFICE : Rua Jau, nº 54, Alcântara, Lisboa

Passive subject :
** MARGARIDA JUDITE DA CUNHA BRUNO NAUGTON SIMÃO PESTANA
NIF 186001240

**REGISTRATION - AMENDMENTS – ANNOTATIONS**

The Notary

Diamantino Rodrigues Matias

---

Seixal Land Registry Office
AP. 5913 of 2023/03/29 17:04:36 UTC - Acquisition
Registered in the System on: 2023/03/29 17:04:36 UTC

Cause: Acquisition

ACTIVE SUBJECT(S):
** WILLIAM LONERGAN HILL
NIF 316691879
Nationality NORTH AMERICAN
Married to SABRINA
Address: 31 Avenue D'Italie, 75013, Paris,
Place: France

PASSIVE SUBJECT(S):
** M. PESTANA - INVESTIMENTOS IMOBILIÁRIOS, UNIPESSOAL, LDA
NIPC 510164986

active subjects married under the French community of acquisitions regime

The Substitute Conservative of Registrations
Isabel Maria Delgado Amaro

---

Seixal Land Registry Office
OFFICER
AVERB. - OF. of 2023/04/04 19:21:58 UTC - Rectification
Registered in the System on: 2023/04/04 19:21:58 UTC
FROM PRESENT. 5913 of 2023/03/29 – Acquisition

ACTIVE SUBJECT(S):
** WILLIAM LONERGAN HILL
NIF 316691879
Nationality NORTH AMERICAN
Married to SABRINA I

** SABRINA I
NIF 316690679
French nationality
Married to WILLIAM LONERGAN HILL

The Substitute Conservative of Registrations

Isabel Maria Delgado Amaro

---

Agualva-Cacém Land Registry Office
AP. 2728 of 2024/06/24 15:21:59 UTC - Pledge
Registered in the System on: 2024/06/24 15:21:59 UTC

ACTIVE SUBJECT(S):
** CLERK OF THE COURT FOR THE SOUTHERN DISTRICT OF THE STATE OF NEW YORK
(UNITED STATES OF AMERICA)
Headquarters: UNITED STATES OF AMERICA

Karina Leandro
Advogada Estagiária - CP 49403L
Rua Luciano Cordeiro, 123, 4º Esq
1050-139 Lisboa

**REGISTRATION - AMENDMENTS – ANNOTATIONS**

VOLUNTARY MORTGAGE

BACKGROUND: To guarantee the proper payment of the sum of three million US dollars (corresponding to two million seven hundred and ninety-eight thousand seven hundred and sixty euros),as bail to be lodged with the Registrar of the aforementioned court, for the release of William Lonergan Hill, in the case pending against him in the Southern District Court of New York (United States of America), if so ordered by the Court.

The Substitute Conservative of Registrations

Elisa Maria Farinha Alves

---

**Pending registrations**

Agualva-Cacém Land Registry Office
AP. 2652 of 2024/07/12 - Voluntary Mortgage

Agualva-Cacém Land Registry Office
AP. 2653 of 2024/07/12 - Cancellation

---

Permanent certificate made available on 19-06-2024 and valid until 19-12-2024

# ORDEM DOS ADVOGADOS

**REGISTO ONLINE DOS ACTOS DOS ADVOGADOS**
Artigo 38.º do Decreto-Lei n.º 76-A/2006, de 29-03
Portaria n.º657-B/2006, de 29-06

**Dr.(a) Karina Leandro**
CÉDULA PROFISSIONAL: 49403LE
IDENTIFICAÇÃO DA NATUREZA E ESPÉCIE DO ACTO
Certificação de traduções de documentos
IDENTIFICAÇÃO DOS INTERESSADOS
Tatiana Vanessa Afonso Loureiro
Cartão de Cidadão nº. 142001120ZY1
EXECUTADO A: 2024-07-12 12:25
REGISTADO A: 2024-07-12 13:01
COM O Nº: 49403LE/69

Poderá consultar este registo em http://oa.pt/atos
usando o código 46813217-728036

**Karina Leandro**
**Advogada Estagiária - CP 49403L**
**Rua Luciano Cordeiro, 123, 4º Esq**
**1050-139 Lisboa**